# EXHIBIT 1

## DECLARATION OF RODNEY QUINN SMITH II

1) My name is Rodney Quinn Smith II and, on behalf of GST LLP, I am one of the counsel for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the motion for class action treatment.

2) I am the Managing Partner of GST LLP ("GST"), a boutique focused on international dispute resolution. Clients retain GST in high-stakes disputes around the world, the vast majority of which involve amounts in dispute of more than $100 million. In my professional career, I have been involved in a number of class actions, including *City Pension Fund for Firefighters and Police Officers in the City of Miami Beach v. Aracruz Celulose, et al.*, Case No. 08-23317-CIV-LENARD (S.D. Fla. Nov. 26, 2008) (settled in July 2013).

3) As a part of our firm's *pro bono* practice, we have worked with Community Justice Project, one of the firms serving as co-counsel in this case.

4) GST LLP has committed to supporting this case on a *pro bono* basis. To the extent any fees are earned from this litigation on behalf of GST LLP, they will be donated to support the efforts of the organizations leading this litigation.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.


____/s/Quinn Smith_____         April 4, 2020
Rodney Quinn Smith II                         Date

1