# EXHIBIT 2

## DECLARATION OF MAYA RAGSDALE

1. My name is Maya Ragsdale and I am one of the counsel for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the motion for class action treatment.

2. I am an attorney who works for Dream Defenders, supported by a fellowship from a nonprofit organization with 501(c)(3) status called Justice Catalyst. Justice Catalyst advances innovative legal work in the public interest to protect marginalized groups. The organization awards fellowships to attorneys across the nation to engage in path-breaking approaches to social justice lawyering and affirmative litigation that have real-world impact and improve the lives of low-wage workers, the poor, and the marginalized. My legal advocacy at Dream Defenders is also supported by a fellowship from Law for Black Lives, which is a national network of lawyers building a legal infrastructure for movement organizations and cultivating a community of legal advocates trained in movement lawyering.

3. At Dream Defenders, I provide legal, organizing, and communications support to advocates for criminal justice reform within the organization and partnering organizations. Dream Defenders is fiscally sponsored by Tides Advocacy, Inc., a nonprofit with 501(c)(3) status. Dream Defenders was developed to build power in communities across Florida to protect the civil rights of marginalized people in our society, particularly those who are impacted by the criminal justice system. Dream Defender's work includes movement building and public

education on issues such as voting rights, juvenile justice, the school-to-prison pipeline, and restoration of civil rights for returning citizens.

4. Prior to my work with Dream Defenders, I was an assistant public defender in Miami, Florida, where I worked for the Miami-Dade Public Defender's Office. Before working at the Miami-Dade Public Defender's Office, I was a legal aid attorney and assistant public defender at Texas RioGrande Legal Aid in Edinburg, Texas and Raymondville, Texas, on the Texas-Mexico border. I represented people in their criminal cases, worked with immigration attorneys to protect people from the immigration consequences of criminal cases, assisted with expunction cases for people with criminal records, and represented people in civil matters including eviction proceedings, removal proceedings, and consumer protection matters. I graduated from Harvard Law School in May 2018, where I participated in numerous clinics to advance the public interest, including spending two years working as a student-attorney in the Harvard Immigration & Refugee Clinic, where I represented people applying for immigration relief and defending against removal proceedings.

5. Prior to law school, I was a legal assistant at the Law Offices of John Burton, a civil rights law firm in Pasadena, California. The Law Offices of John Burton specializes in representing people who have been injured by law enforcement and correctional officers, including serious injuries attributed to Electrical Control Devices in civil rights claims brought under 42 U.S.C. §1983.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

*/s/ Maya Ragsdale*
Maya Ragsdale (Florida Bar No.: 1015395)
DREAM DEFENDERS
6161 NW 9th Ave
Miami, Florida 33127
Tel: 786-309-2217
maya@decarceratemiami.com

Date: April 4, 2020