# EXHIBIT 3

## **DECLARATION OF KATHERINE HUBBARD**

1) My name is Katherine Hubbard and, on behalf of Civil Rights Corps, I am one of the counsel for the named Plaintiff and the putative Class members in this case. I submit this Declaration in support of the motion for class certification.

2) I received a Juris Doctor degree from Stanford University. After graduating law school, I worked as a Law Fellow at Equal Justice Initiative where I litigated criminal appeals. I then worked as a Litigation Fellow at Equal Justice Under Law, where I litigated federal civil rights class action lawsuits.

3) I have been an attorney at Civil Rights Corps, a non-profit civil rights organization based in Washington, D.C., since the founding of the organization in 2016. I have worked on numerous civil rights cases, including class actions and habeas petitions.

4) I currently serve as counsel on several constitutional civil rights class action lawsuits including *Allison v. Allen* (M.D.N.C. Case No. 19-cv-1126), *Daves v. Dallas*, (N.D. Tex. Case No. 3:18-cv-154), and have been appointed class counsel in other constitutional civil rights class action lawsuits, including *Schultz v. State*, 330 F. Supp. 3d 1344 (N.D. Ala. 2018) and *Edwards v. Cofield*, 265 F. Supp. 3d 1344 (M.D. Ala. 2017). I have also represented numerous individuals in state and federal habeas petitions challenging unconstitutional pretrial detention including *Reem v. Hennessy*, No. 17-CV-06628-CRB, 2017 WL 6765247 (N.D. Cal. Nov. 29, 2017), *Rodriguez-Ziese v. Hennessy*, No. 17-CV-06473-BLF, 2017 WL 6039705 (N.D. Cal. Dec. 6, 2017), *Coleman v. Hennessy*, No. 17-CV-06503-EMC, 2018 WL 541091 (N.D. Cal. Jan. 5, 2018), and *Arevalo v. Hennessy*, 882 F.3d 763, 767 (9th Cir. 2018).

5) My colleague Alexandria Twinem graduated with a Juris Doctorate from Stanford Law School. She clerked for the late Honorable Stephen Reinhardt of the Ninth Circuit Court of Appeals and the Honorable Alison J. Nathan of the District Court for the Southern District of New York. Prior to working at Civil Rights Corps, she was the Fellow for Appellate and Constitutional Litigation at the law firm Gupta Wessler PLLC. She currently serves as counsel on two constitutional civil rights lawsuits that are putative class actions: *McNeil v. Community Probation Services*, No. 18-cv-33 (M.D. Tenn. Mar. 25, 2020), and *Parga v. Board of County Commissioners of the County of Tulsa*, No. 18-cv-298 (N.D. Okla. Apr. 3, 2020).

6) Civil Rights Corps has devoted significant time and resources to becoming familiar with the conditions in Miami's Metro West jail, the health and safety risks that the coronavirus poses to people in jails, and the substantive and procedural law of challenging unconstitutional jail conditions.

7) Civil Rights Corps has sufficient funds available to litigate this case and is prepared to contribute significant resources to litigating this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

  /s/ Katherine Hubbard                                            Date: April 4, 2020
Katherine Hubbard