# EXHIBIT 4

## DECLARATION OF THOMAS B. HARVEY

1) My name is Thomas B. Harvey and, on behalf of Advancement Project, National Offices, I am one of the counsel for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the motion for class action treatment.

2) I am the Program Director for the Justice Project at Advancement Project, a non-profit multi racial civil rights organization based in Washington, D.C. Advancement Project ("AP") is a non-profit, next generation, multi-racial civil rights organization. Rooted in the great human rights struggles for equality and justice, AP exists to fulfill America's promise of a caring, inclusive and just democracy. AP provides legal, organizing, and communications support to grassroots organizations across the country in its Power and Democracy Project, Justice Project, Opportunity to Learn Project, and the Immigrant Justice Project. Since 1999, AP has regularly filed federal litigation, including class action litigation, written reports in educating the public on issues such as voting rights, school discipline, restoration of civil rights for returning citizens, and criminalization of undocumented persons. AP staff have testified before state and federal legislative bodies on civil rights and racial justice.

3) While at Advancement Project, I have conducted an investigation into the use of secured money bail to detain impoverished people in St. Louis. This investigation has included interviews with witnesses, experts, government employees, people jailed for their poverty and their families, local attorneys, community members, experts in the functioning of courts and jails, and national experts in post-arrest procedures and constitutional law.

4) Prior to joining Advancement Project, I was the Co-Founder of ArchCity Defenders. ArchCity Defenders (ACD) is a 501(c)3 non-profit civil rights organization providing holistic legal advocacy and combating the criminalization of poverty and state violence against

poor people and people of color. ACD uses direct services, impact litigation, and policy and media advocacy as its primary tools to promote justice, protect civil and human rights, and bring about systemic change on behalf of the poor and communities of color directly impacted by the abuses of the legal system.

5) While at ArchCity Defenders, I was the lead author of a paper investigating the St. Louis municipal legal system and documenting widespread practices involving the denial of the right to counsel, unconstitutional use of cash bail, debtors' prisons, and police misconduct. I have also published academic articles detailing the specific processes in question in the City of St. Louis's 22nd Judicial Circuit. I have therefore devoted significant time and resources to becoming familiar with the scheme in St. Louis and with all of the relevant state and federal laws and procedures that can and should govern it.

6) I have been counsel in a number of recent constitutional civil rights class action lawsuits raising similar and related issues issues. A small sampling of these cases includes: *Pierce et al. v. City of Velda City,* 2015 WL 10013006 (E.D. Mo. 2015); *See, e.g.*, *Templeton v. Dotson,* 4:14-cv-01019 (E.D. Mo 2014, settlement approved in 2014); *Jenkins et al. v. City of Jennings*, 15-cv-252-CEJ (E.D. Mo. 2015, settlement approved in 2016); *Fant et al. v. City of Ferguson*, 15-cv-253-AGF (E.D. Mo. 2015); *Thomas et al. v. St. Ann et al.*, 4:16-cv-1302 (E.D. Mo. 2016); *Powell v. City of St. Ann* 4:15-cv-840 (E.D. Mo. 2015, settlement approved in 2018 ); *Pierce v. City of Velda City*, 4:15-CV-570 (E.D. Mo. 2015, settlement approved in 2015); *White* v. *City of Pine Lawn*, 14SL-CC04194 (St. Louis Co. Cir. Ct., Dec. 2014); *Pruitt v. City of Wellston*, 14SL-CC04192 (St. Louis Co. Cir. Ct., Dec. 2014); *Lampkin v. City of Jennings*, 14SL-CC04207 (St. Louis Co. Cir. Ct., Dec. 2014); *Wann v. City of St. Louis*, 1422-CC10272 (St. Louis City Cir. Ct., Dec. 2014, settlement approved in 2015);*Reed v. City of Ferguson*, 14SL-CC04195 (St. Louis Co. Cir. Ct., Dec. 2014); *Eldridge v. City of St. John*,

15SL-00456 (St. Louis Co. Cir. Ct., Feb. 2015, settlement approved in 2018); *Watkins v. City of Florissant*, 16SL-CC00165 (St. Louis Co. Cir. Ct., Jan. 2016, Settled in 2017); among others.

7) Those cases have resulted in consent decrees and other settlements in the St. Louis region to change their post-arrest procedures to remove secured money bail for new arrestees, end debtors' prisons practices, and cease the practice of collecting illegal fines and fees. I was also member of the Ferguson Commission's working group that proposed changes to broader practices in the courts that were adopted throughout the region. I have also been counsel in lawsuits successfully challenging the treatment of indigent people with respect to money bond in the municipal courts and jails of Jennings and Ferguson, Missouri, *see also Jenkins et al. v. City of Jennings*, 15-cv-252-CEJ (E.D. Mo. 2015) (settled by consent decree); and *Fant et al. v. City of Ferguson*, 15-cv-253-AGF (E.D. Mo. 2015) (ongoing).

8) Advancement Project is prepared to contribute significant resources to litigating this case.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

/s/ Thomas B. Harvey_____                 04-04-2020
Thomas B. Harvey                                                     Date