# EXHIBIT 5

## DECLARATION OF TIFFANY YANG

1) My name is Tiffany Yang and, on behalf of Advancement Project, National Offices, I am one of the counsel for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the motion for class action treatment.

2) I am a Staff Attorney at the Justice Project and Immigrant Justice Project at Advancement Project, a non-profit multi racial civil rights organization based in Washington, D.C. Advancement Project ("AP") is a non-profit, next generation, multi-racial civil rights organization. Rooted in the great human rights struggles for equality and justice, AP exists to fulfill America's promise of a caring, inclusive and just democracy. AP provides legal, organizing, and communications support to grassroots organizations across the country. Since 1999, AP has regularly filed federal litigation, including class action litigation, written reports in educating the public on issues such as voting rights, school discipline, restoration of civil rights for returning citizens, and criminalization of undocumented persons. AP staff have testified before state and federal legislative bodies on civil rights and racial justice.

3) Prior to joining Advancement Project, I was a Skadden Legal Fellow at the Washington Lawyers' Committee for Civil Rights, a non-profit civil rights organization working to create legal, economic and social equity through impact and appellate litigation, client and public education, and public policy advocacy.

4) While at the Washington Lawyers' Committee, I was appointed class counsel in a constitutional civil rights class action lawsuit challenging the conditions of confinement for immigrant children. *Doe 1, et al. v. Shenandoah Valley Juvenile Center*, Case No. 5:17-cv-0097 (W.D. Va. 2017). I have also been counsel in other constitutional civil rights lawsuits and

appeals representing individual clients. *Parker v. Reema Consulting Services, Inc.*, 915 F.3d 297 (4th Cir. 2019); *CASA de Maryland, Inc., et al. v. Trump, et al.*, Case No. 8:18-cv-00845-GJH (D. Md. 2017) (ongoing); *Equal Rights Center v. Mid-America Apartment Communities, Inc.*, Case No. 1:17-cv-02659 (D.D.C. 2017) (settled with positive resolution in Oct. 2018); *Alexander v. Edgewood Management Corporation, et al.*, Case No. 1:15-cv-01140-RCL (D.D.C. 2017).

5) Prior to joining the Washington Lawyers' Committee, I was a judicial law clerk for the Honorable Andre M. Davis on the U.S. Court of Appeals for the Fourth Circuit, and I was also a judicial law clerk for the Honorable Josephine L. Staton on the U.S. District Court for the Central District of California. During these two judicial clerkships, I was exposed daily to federal litigation, including several constitutional civil rights class actions.

6) Advancement Project is prepared to contribute significant resources to litigating this case.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

/s/Tiffany Yang_____          April 4, 2020
Tiffany Yang                                 Date