# EXHIBIT 6

## **DECLARATION OF MEENA JAGANNATH**

1. My name is Meena Jagannath and, on behalf of Community Justice Project, Inc., I am one of the counsel for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the motion for class action treatment.

2. I am a Co-Director and Co-Founder of the Community Justice Project, Inc. ("CJP"), a non-profit racial justice and human rights organization based in Miami, Florida. Founded in 2015, CJP provides legal support to community organizations and grassroots groups in South Florida leading efforts on a range of social justice issues, from housing rights and community development to immigrants rights and transformation of the criminal legal system. CJP's work builds off of more than fifteen years of community lawyering work within Florida Legal Services, Inc. on behalf of public housing tenants, immigrants rights groups, and numerous community organizations. Its legal work ranges from litigation to policy advocacy, human rights advocacy, research and community legal education.

3. I have been involved in litigation in Miami related to workers' rights, land use and zoning, tenants' rights and other matters. I have led advocacy efforts regarding racial discrimination in the criminal legal system, police accountability and the disproportionate use of force before international human rights mechanisms under the auspices of the United Nations Office of the High Commissioner for Human Rights and the Inter-American Commission on Human Rights. I have published multiple articles in law journals and other publications on racial justice and human rights, and spoken on a range of equity and social justice issues related to low-income communities of color in South Florida.

4. Prior to my practice in Florida, I served as a Legal Fellow at the *Bureau des Avocats Internationaux* in Port-au-Prince, Haiti, a human rights law office committed to advocating alongside and on behalf of poor and marginalized communities in Haiti. I coordinated the Rape Accountability and Prevention Project, which represented individual victims of sexual violence in their civil claims, supported grassroots women's groups and conducted policy advocacy to reform the Haitian penal system and advance women's rights legislation on the national and international levels.

5. Community Justice Project has been involved in class action lawsuits *C.F.C. et al v. Miami-Dade County, Florida et al* (FLSD-1:2018-cv-22956, ongoing) and *Miami Workers Center et al v. Carroll et al* (FLSD-1:2017-cv-24047, settlement achieved). I have also been counsel on *Samuels et al v. Federal Housing Finance Agency et al* (FLSD-1:2013-cv-22399, case dismissed), and numerous cases filed in the 11th Judicial Circuit of Florida.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

/s/ Meena Jagannath            04-04-2020
Meena Jagannath              Date