# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-CV-21457-WILLIAMS

ANTHONY SWAIN, *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department; MIAMI-DADE COUNTY, FLORIDA,

    Defendants.

_____/

## NOTICE OF FILING

Defendants hereby gives notice of filing the following exhibits in support of their response in opposition to Plaintiffs' Motion for Preliminary Injunction [ECF No. 3]:

| Exhibit/ Attachment No. | Description (including relevant paragraph in Notice of Compliance [ECF No. 30] and TRO [ECF No. 25] supported by document, if applicable) | Cited As (or by Docket Entry or Exhibit No.) |
|---|---|---|
| 1A | Declaration of Director Daniel Junior | Junior Decl. |
| 1B | Declaration of Captain Safani Summons | Summons Decl. |
| 1C | Declaration of Director Edith Wright, RN | Wright Decl. |
| 1D | Declaration of Dr. Reggie Egins, MD | Egins Decl. |
| 1E | Declaration of Cpl. Bridgett Johnson | Johnson Decl. |
| 1F | Declaration of Ofc. Patricia Delancy | Delancy Decl. |
| 1G | Declaration of Ofc. Jasmine Mayo | Mayo Decl. |
| 1H | Declaration of Cpl. Nicole Pieze | Pieze Decl. |
| 1I | Declaration of Ofc. Beatrice Almonor | Almonor Decl. |

1

| | | |
|---|---|---|
| 1J | Declaration of Dr. Aileen Marty, MD, FCAP | Marty Decl. |
| 2 | SOP 090 Communicable Disease Temporary Housing Plan, April 3, 2020 (ECF No. 30 ¶¶ I.a-g.) | |
| 3 | Notification to Inmates re: COVID-19, March 12, 2020 (ECF No. 25 ¶ 4, ECF No. 30 ¶¶ I.h., VI.h,j) | |
| 4 | Inmate notification re: free calls, March 16, 2020 (ECF No. 24 ¶ 4; ECF No. 30 ¶¶ I.h., VI.b) | |
| 5A | Memo re: COVID-19 Pareparedness, March 12, 2020 (ECF No. 25 ¶ 4; ECF No. 30 ¶ I.i.) | |
| 5B | Memo Directing Non-Essential Personnel to Work from Home, Mask Use, Social Distancing and Hygiene, April 3, 2020 (ECF No. 25 ¶ 4; ECF No. 30 ¶¶ I.i., III.d.-e.) | |
| 6A | Wellness Screening Memo, March 16, 2020 (ECF No. 30 ¶¶ I.k-o.) | |
| 6B | Second Wellness Screening Memo, March 23, 2020 (ECF No. 30 ¶¶ I.k-o.) | |
| 6C | Third Wellness Screening Memo, March 27, 2020 (ECF No. 30 ¶¶ I.k-o.) | |
| 7 | Law Enforcement Screening Letter, March 20, 2020 (ECF No. ¶ I.l.) | |
| 8A/B | Photographs of entry temperature check (filed under seal, ECF No. 52 ¶ 5) (ECF No. 30 ¶ I.k) | |
| 9 | Script of Director's Video re: COVID-19 Pandemic (ECF No. 25 ¶ 4; ECF No. 30 ¶¶ I.q., VI.f.,h) | |
| 10 | Directive re: cleaning of high-touch area and enhanced cleaning procedure attaching janitorial handbook, March 10, 2020 (ECF No. 25 ¶ 4; ECF No. 30 ¶ II.a-f) | |
| 11 A/B | Photographs of fogging sanitation equipment in bunk and bathroom areas of housing unit at MWDC (ECF No. 30 ¶ II.b.) (filed under seal, ECF No. 52 ¶ 5) | |

| | |
|---|---|
| **12** | Photographs of cleaning supplies in housing units at MWDC (ECF No. 25 ¶ 4; ECF No. 30 ¶ II.d-h, j) (filed under seal, ECF No. 52 ¶ 5)<br>A-Pride Machine<br>B-Chemical Bottles in Pride Machine<br>C-Bleach<br>D-Mops & Buckets on Wheels<br>E-Chemical Bottles<br>F-Mops |
| **13 A/B/C/D** | Product Information of Cleaning Supplies in inmate housing at MWDC (ECF No. 25 ¶ 4; ECF No. 30 ¶ II.d-h, j)<br>A-Pride Alpha MDC<br>B-Pride Citragerm<br>C-Pride Nuetra Clean<br>D-Pride multipurpose cleaner |
| **14A** | Four emails to SAO and PD containing lists of inmates considered for early release, March 19, 2020-April 14, 2020; Request by MDCR Director to prioritize release of elderly and critical care inmates (ECF No. 30 ¶ III.c.) [lists of inmates already filed under seal for MWDC at ECF No. 54] |
| **14B** | Release statistics |
| **15** | Notification to all inmates re: use of PPEs (ECF No. 25 ¶ 4; ECF No. 30 ¶ III.d.) |
| **16** | Emails re: Social Distancing and Personal Hygiene, March 28, 2020, March 31, 2020, April 9, 2020 (ECF No. 25 ¶4; ECF No. 30 ¶¶ III.e.,j.) |
| **17** | Memo to all MDCR staff re: COVID-19 preparedness, March 12, 2020 (ECR No. 30 ¶ III.e.j.) |
| **18** | Photographs of staggered bunks and social distancing (ECF No. 25 ¶ 4; ECF No. 30 ¶¶ III.a-b, d, i., IV.d.)<br>A-Staggered Bunks 1<br>B-Staggered Bunks 2<br>C-Social Distancing 1<br>D-Social Distancing in Clinic 1<br>E-Social Distancing in Clinic 2<br>(filed under seal, ECF No. 52 ¶ 5) |

3

| | | |
|---|---|---|
| **19** | Inmate Handbook in 3 languages (see pp. 22, 32) (ECF No. 25 ¶ 4; ECF No. 30 ¶¶ IV.a,,c.) | |
| **20** | Inventory of Critical Items MDCR (ECF No. 25 ¶ 4; ECF No. 30 ¶ IV.g.-h.) | |
| **21** | Inventory of distribution to MWDC (ECF No. 25 ¶ 4; ECF No. 30 ¶ IV.g.-h.) | |
| **22** | Sanitation Schedule MWDC (ECF No. 25 ¶ 4; ECF No. 30 ¶¶ II, IV). | |
| **23** | Directive from Captain Summons Regarding Paper Towels (ECF No 25 ¶ 4; ECF No. 30 ¶ IV.j). | |
| **24** | Photos of supplies of various hygienic supplies (ECF No 25 ¶ 4; ECF No. 30 ¶ IV.a.,j.,m,) (filed under seal, ECF No. 52 ¶ 5) A-Gloves B-Gloves and paper towels in unit C-Toilet paper rolls and bar soap in unit D-Additional bar soap E-PPEs1 F-PPEs2 | |
| **25** | Photos of soap and towels, and laundry equipment (ECF No 25 ¶ 4; ECF No. 30 ¶ IV.e.f.,i.,j.,) (filed under seal, ECF No. 52 ¶ 5) A-Liquid soap and paper towels within housing unit B-Laundry detergent within housing unit C-Laundry machines within housing unit | |
| **26** | Inmate Notifications re: Hygiene and Social Distancing Posted in three language in housing units with pictures for low-literacy inmates (ECF No. 25 ¶ 4; ECF No 30 ¶ VI.a.) | |
| **27** | Cell Representative Meeting, March 19, 2020 (ECF No. 25 ¶ 4; ECF No. 30 ¶ VI.c.,h) | |
| **28** | March 30, 2020 command staff meeting | |
| **29** | COVID-19 Incident Command Center Response Line (ECF No. 30 ¶ VII.b.) | |

| | | |
|---|---|---|
| **30A** | Eleventh Judicial Circuit Miami-Dade County, Florida, Administrative Order No. 20-08 A1 | |
| **30B** | Onmibus Order to Terminate Jail Sentences April 3, 2020 | |
| **30C** | Second Onmibus Order to Terminate Jail Sentences April 3, 2020 | |
| **30D** | Motion for Release from Custody by Plaintiff Willis April 7, 2020 | |
| **30E** | Motion to Set Bond for Inmate Blanco, March 16, 2020 | |
| **31A** | Criminal Justice Information System Information (Swaine) | |
| **31B** | Criminal Justice Information System Information (Blanco) | |
| **31C** | Criminal Justice Information System Information (Cruz) | |
| **31D** | Criminal Justice Information System Information (Flores) | |
| **31E** | Criminal Justice Information System Information (Hill) | |
| **31F** | Criminal Justice Information System Information (Willis) | |
| **31G** | Criminal Justice Information System Information (Bernal) | |
| **32** | SOP 19-005 Inmate Classifications | |
| **33** | Intake and Release Bureau SOP CL 20-001 Classification Procedures 2-24-2020 | |

OFFICE OF THE COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151

Dated: April 21, 2020.

    Respectfully submitted,

    ABIGAIL PRICE-WILLIAMS
    Miami-Dade County Attorney
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128

By:    /s/ *Ezra S. Greenberg*
    Ezra S. Greenberg, Esq.
    Assistant County Attorney
    Fla. Bar. No. 85018
    Telephone: (305) 375-5151
    Facsimile: (305) 375-5643
    Email: ezrag@miamidade.gov
    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

    /s/ *Ezra S. Greenberg*
    Assistant County Attorney