UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-21457-KMW

ANTHONY SWAIN, *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR, *et al.*,

    Defendants.

_____/

## DECLARATION OF CAPTAIN SAFANI SUMMONS

Pursuant to 28 U.S.C. § 1746, Safani Summons declares under penalty of perjury as follows:

1.    My name is Safani Summons. I am the Captain of the Metro West Detention Center ("MWDC") of the Miami-Dade County Corrections and Rehabilitation Department ("MDCR").

2.    I have been a sworn correctional officer with MDCR for over 24 years, and I have held the rank of Captain since 2018.

3.    I have been Captain of MWDC since August 2019. As Captain of MWDC, I am the highest-ranking official responsible for the operations of the facility.

4.    Although MWDC has the capacity to house up to 2,234 inmates, its current population as of April 20, 2020 is only 1,655.

5.    At MWDC, with the exception of special management units, inmates are housed in units of up to 64 inmates per unit. These dormitory-style units, which can accommodate up to 64 inmates while complying with all applicable Florida Model Jail Standards, are 4,723 square feet, not including the bathrooms.

6.    MWDC is a facility with three floors of housing. On the first floor, there are special management units on the north and south sides, as well one wing of general housing units. Each "wing" has four dormitory-style housing units. The second and third floors each have four housing

wings, for a total of 16 units each on the second and third floors. Accordingly, there are a total of 36 dormitory-style housing units which can house up to 64 inmates each at MWDC.

7.      Housing at MWDC, and across all MDCR facilities, is based on a classification system which assesses inmates based on their individual security and custodial needs. Inmates are assessed on various factors, including but not limited to the severity of their current charges or convictions, their serious offense history, their escape history, their previous disciplinary history, and their prior felony convictions. Special classification needs, such as medical needs, are also considered.

8.      In addition to its inmate housing in the form of dormitory-style housing units and special management units, MWDC also has two on-site medical clinics; five recreational yards; a warehouse for supplies, including but not limited to gloves, masks, cleaning supplies, bar soap, liquid soap, detergent, and hand sanitizer; a separate storage area for linens; a kitchen; a chapel; a cosmetology room, where female inmates can take courses in cosmetology; and additional classrooms where inmates can take courses of study, including working towards a GED.

9.      Every dormitory-style unit at MWDC has a built-in bathroom. Every dormitory-style unit at MWDC is also equipped with its own washer and dryer. Every dormitory-style unit at MWDC also has, towards the back, a "rec room" area where inmates can participate in social activities. Finally, every dormitory-style unit at MWDC has a storage closet where cleaning supplies are kept in-unit.

10.     Intake of new inmates—new arrestees—does not take place at MWDC, but at the Turner Guilford Knight Center ("TGK").

11.     Accordingly, inmates who currently arrive for housing at MWDC have already:

        i.      Received a medical screening as part of MDCR intake at TGK;

2

ii.   Been quarantined for 14 days at TGK, only with other inmates who entered MDCR custody the same day; and

iii.   Been symptom-free, and quarantined with a symptom-free cohort, for those 14 days.

12.   Upon arrival at MWDC for housing, inmates are again screened, including having their temperature taken.

13.   For the safety of both inmates and staff, all MWDC staff entering the facility must pass a daily temperature check before they are permitted entry. A photograph of a correctional officer being screened upon entry can be viewed at Exhibit [8]. All other visitors, such as law enforcement officers and contractors, are screened not only for temperature but also for potential exposure history.

14.   No individual, whether staff or visitor, may enter MWDC if their temperature is 100.0 or higher.

15.   Social visitation at MWDC has been cancelled since March 12, 2020, although professional visitation, such as attorney visits, are permitted and are conducted behind glass.

16.   Since April 3, 2020, every inmate receives a surgical mask upon intake at TGK, but upon arrival at MWDC, every single inmate receives a surgical mask if they do not have theirs. Inmates are required to wear a mask at virtually all times, unless sleeping or quietly sitting on their bunks.

17.   Staff are provided with N95 masks and required to wear a mask at all times. Staff are also provided with gloves and required to wear them whenever they physically interact with an inmate, as well as when handling food or other potentially infectious material, such as garbage cans and biohazardous bags, or when cleaning an area.

18.     MWDC has no shortage of supply of masks and gloves for both inmates and staff. A photograph of part of MWDC's supply of masks and gloves, which is readily available in on-site storage, can be viewed at Exhibit [24]

19.     Inmates are provided with towels and linens that are exchanged once a week. Inmates are also provided with uniforms, which are exchanged twice a week.

20.     Inmates at MWDC have access to in-unit washers and dryers, with which they can launder their personal effects—including but not limited to shirts, socks, and underwear—up to seven days a week. A photograph of an in-unit washer and dryer can be viewed at Exhibit [25]. All of the housing units have access at all times to functioning washers and dryers.

21.     Inmates at MWDC are provided individual supplies of bar soap and toilet paper, which may be refilled without limit free of charge. A photograph of the bar soap provided to inmates can be viewed at Exhibit [24].

22.     Inmates at MWDC have access to unlimited supplies of liquid soap and paper towels inside each unit—also free of charge—along with open access to their in-unit bathrooms, to allow for frequent handwashing. A photograph of paper towels available in-unit for use by inmates can be viewed at Exhibit [24B & 25A].

23.     Inmates at MWDC have open access to their in-unit bathrooms and may shower at nearly any time (showers are only limited when the floor is "closed," for example, during a headcount).

24.     To allow for social distancing, bunk beds are staggered. A photograph of the interior of a housing unit at MWDC be viewed at Exhibit [18].

25.     Where inmates are sleeping in bunk beds, they are instructed to sleep in staggered formation, head to toe, which creates social distancing of more than six feet between heads. A photograph of bunk beds in the interior of a housing unit at MWDC can be viewed at Exhibit [18].

26.     Mealtimes are slightly staggered, and although the units themselves have dining tables at which inmates can sit and eat while practicing social distancing, inmates are also permitted to eat at their beds if they so choose, all of which promotes social distancing of at least six feet between inmates.

27.     Within each unit, multiple types of disinfectant solution are available for use at any time:

   i. Pride Alpha MDC;

   ii. Pride Neutraclean;

   iii. Citra Germ Concentrate (bleach based); and

   iv. Pride Multi-Purpose cleaner.

28.     Two photographs of the various disinfectant solutions which are kept inside housing units and available at any time to inmates can be viewed at Exhibit [12].

29.     Inmates are instructed to use these available cleaning solutions to clean surfaces within their unit frequently and liberally.

30.     Inmate workers conduct an in-unit cleaning after every meal and before a shift change—of which there are three per day. High-touch areas are being cleaned at least twice during shift and sometimes even more frequently as needed.

31.     Inmates only exit their assigned housing unit to visit the recreational yard, twice or three times a week for a total of three hours per week. There is only one unit at a time in a given recreational yard.

32.     The recreational yards are expansive and offer plenty of space to practice social distancing while providing an opportunity for inmates to enjoy their recreational time.

33.     MWDC has purchased six (6) industrial foggers for sanitation purposes.

34.     While inmates are in the recreational yard and their housing unit is unoccupied, their housing unit, including the bathroom, is sanitized with the industrial foggers. A photograph of a housing unit being fogged can be viewed at Exhibit [11A]. A photograph of the bathroom being fogged can be viewed at Exhibit [11B].

35.     When a unit of inmates clears the recreational yard, the entire recreational yard is sanitized with chemical cleaners.

36.     If an inmate at MWDC exhibits symptoms of COVID-19, they are immediately removed from their housing unit and taken to a medical isolation unit.

37.     Inmates exhibiting COVID-19 symptoms are also tested for COVID-19.

38.     Any inmate who tests positive for COVID-19 is monitored and treated in medical isolation and will not return to their housing unit at MWDC until they have tested negative.

39.     Any inmate who exhibits COVID-19 symptoms but tests negative for COVID-19 will nevertheless be kept in medical isolation for monitoring and treatment until such symptoms subside.

40.     Only once an inmate has tested negative for COVID-19 and is no longer exhibiting COVID-19 symptoms may that inmate return to their assigned housing unit.

41.     Any housing unit from which an inmate has been removed and taken to medical isolation will be kept in quarantine for at least 14 days.

42.     Medical staff have been performing daily temperature checks of those MWDC inmates who have chronic care conditions or are over 60.

43.     Informational posters regarding COVID-19, including its symptoms and tips for the prevention of its spread, are posted prominently throughout MWDC in English, Spanish, and Creole, and contain images which explain the information as well for low-literacy individuals. A

photograph of these informational posters as posted at MWDC as well as close ups of the individual signs in each language can be viewed at Exhibit [26].

44.    MDCR administration and staff are reviewing, updating, and adjusting these practices and procedures on a near-daily basis as additional information regarding COVID-19 becomes known.

45.    MWDC has a grievance process that is available for all inmates. Metro West has never had a shortage of grievance forms. All MDCR staff are required to provide grievance forms upon request and will be disciplined if they refuse to do so. I have never heard of an officer refusing to provide a grievance form to an inmate. Inmates have 10 days to grieve issues. During that time, they can ask any of the officers who are assigned to their housing unit (three officers each day), the corporals who enter the units three times per shift (three corporals per day), or the correctional counselors who make daily rounds to provide grievance forms.

46.    Inmates in dormitory-style units are required to sleep head to toe in staggered bunks, so that, across bunks, maximum social distancing between bunks can be achieved. Inmates cannot be staggered both across bunks and within bunks, so inmates on each level of a bunk bed (bunkmates) are oriented in the same direction. Bunkmates are separated by a mattress and a metallic bed frame between them. It is not possible to have bunkmates oriented in opposite directions, as that would defeat the purpose of staggering between bunks and would seriously reduce the physical distance between inmates' faces across bunks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this **21** day of April, 2020.

SAFANI SUMMONS
Captain, Metro West Detention Center

7