UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21457-KMW

ANTHONY SWAIN, *et al.*,

      Plaintiffs,

v.

DANIEL JUNIOR, *in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department*, and
MIAMI-DADE COUNTY

      Defendants.

_____/

## **DECLARATION OF OFFICER PATRICIA DELANCY**

Pursuant to 28 U.S.C. § 1746, Patricia Delancy declares under penalty of perjury as follows:

1. My name is Patricia Delancy. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration.

2. I have worked as sworn officer for Miami-Dade Corrections and Rehabilitation (MDCR) since 2011.

3. As of 2013, I have worked at the Metro West Detention Center (Metro West). Currently, I am assigned to Unit 1D3 on the 7:00 a.m. to 3:00 p.m. shift, Sunday through Thursday. Winfred Hill and Peter Bernal are housed in Unit 1D3 where I work. There are currently 44 inmates in Unit 1D3 and maximum capacity is 64.

4. Mr. Bernal is an inmate worker (formerly referred to as "trustees"). I have reviewed his Declaration and it contains several inaccuracies. First, inmates' food and trays are not being prepared with bare hands. Even before the COVID-19 pandemic, staff and inmates handling food

preparation always wore gloves while doing so. They continue to do so now. Second, contrary to Mr. Bernal's claims, MDCR has provided sufficient cleaning supplies and equipment to safely and adequately sanitize the unit. Inmate workers have access to these supplies as needed. Third, there is no glove shortage. MDCR has provided enough gloves for staff and inmates workers to use while performing their duties, including cleaning the facility and preparing food.

5. Mr. Hill usually sleeps on my shift. The only time he gets up is to eat lunch and sometimes for medication, but even that is rare as he often refuses his medication. Neither Mr. Hill nor Mr. Bernal have asked me anything about COVID-19. And they have not requested from me any additional personal hygiene equipment or cleaning supplies.

6. Inmates have access to the grievance process; all they have to do is ask for a grievance form and it will be supplied upon demand. There are sufficient grievance forms in Unit 1D3. Neither Mr. Bernal nor Mr. Hill have asked me for a grievance form at any point in 2020. If they had, I would have duly provided them with the grievance form. If I do not have grievance forms, I can always get extra forms from the counselors or my corporal. There is no shortage of paper grievance forms in Unit 1D3 and there has never been one at any time during 2020.

7. As soon as I arrive to work each day, I put on my N95 mask before entering Metro West. I see other officers arriving for work doing the same thing. I wear my mask at all times throughout my shift as do all MDCR and CHS staff working within Metro West. Upon entering the facility, my temperature is taken and, once I am cleared, I report to the shift commander for my assignment. Once I enter the unit, I receive a briefing from the previous shift's officer and then proceed to perform security checks and conduct headcount. I wear gloves during headcount because I am handling jail cards which are considered "high-touch" items. During headcount, I also make sure that inmates are wearing their masks. If an inmate is not wearing his mask, or is

wearing it improperly (e.g., uncovering part of his face or only secured behind one ear), I remind him to put it on correctly. I have to constantly remind the inmates in 1D3 to wear their masks.

8. Following headcount and throughout my shift I regularly wash my hands with soap and water. I also have hand sanitizer, which I use frequently. On the rare occasion that I have to physically touch another person, I make sure to wear gloves and promptly dispose of those gloves when I complete my interaction with that person. I would certainly wear a new pair of gloves if I had to touch a different person in order to avoid potential cross-contamination.

9. Disinfectant wipes are available to me at the corporal station, which is where the corporal sits outside my unit but inside the wing. At the outset of my shift, I use the wipes to sanitize my entire desk area, including the phone, computer, keyboard, and mouse. Also available to me as needed are cleaning products including Citra Germ, Pride Alpha, and Pride Neutraclean. If inmates need these cleaning supplies at any point during my shift, I will retrieve the products for their use upon request. There is no charge to the inmate for use of cleaning supplies.

10. At the start of my shift, inmate workers wipe down all high-touch surfaces including tables, chairs, the phone area and all items therein, and the commissary kiosk machine with the proper cleaning supplies. Cleanings occur at least two more times during my shift—after mealtime and then again before I close the unit at the end of my shift.

11. Inmates in Unit 1D3 have access to liquid hand soap and paper napkins free of charge. These items are refilled as needed. An inmate who wants to use the liquid hand soap (instead of his personal bar of soap) to wash his hands may do so at any time. The liquid hand soap and paper towels are located on a table next to the officers' desk, which is adjacent to the bathroom inside the unit. In order to prevent hoarding and for security purposes, these items are kept on the officers' desk just outside the bathroom and not directly in the bathrooms themselves. There is no

door to the bathroom and so, when inmates access the liquid soap, they do not have to touch any doorknobs or open any doors before accessing the bathroom sink where they can then lather and wash their hands. Inmates are also free to use their own personal towels to dry their hands. These towels are cleaned by the MDCR on a weekly basis and can be laundered more frequently within the unit if the inmate so chooses. The unit also maintains an adequate supply of toilet paper sufficient for daily use.

12. Signs are posted at eye level throughout Unit 1D3 containing information about COVID-19 symptoms, prevention, and hygiene. Specifically, the signs are located in the back of the unit, by the recreation room, as well as in the front of the unit where they are visible immediately upon entry. Signs are also posted at the table next to the officers' desk (which holds the liquid soap and paper towel) as well as in the elevators which inmates utilize to access the clinic. The signs are in English, Spanish, and Creole and contain visual aids to explain the importance of (1) cleaning your hands often; (2) maintaining your living area clean; (3) covering coughs and sneezes with a tissue, throwing the tissue in the trash, and washing your hands immediately thereafter; and (4) wearing a face mask. In addition, the signs contain symptoms to watch for which include fever, cough, and shortness of breath. Images accompany that verbiage as well. Upon experiencing fever, cough, or shortness of breath, the signs direct inmates to "immediately place a sick call."

13. Should an inmate present with COVID-related symptoms, I would immediately report it to my supervisor and the clinic. Throughout my shift I respond to requests from inmates and, to date, no inmate has reported to me that he is feeling symptomatic. Likewise, no inmate has requested a sick call form from me in order to report symptoms of COVID-19.

14. I frequently communicate with the inmates in Unit 1D3 regarding COVID-19 prevention and precaution techniques by reminding them to wear their masks, encouraging frequent hand washing, and enforcing social distancing measures by ordering inmates to stand at least six feet apart from one another. Furthermore, bunk beds within Unit 1D3 have been staggered in such a way so as to achieve social distancing. On an alternating basis, on bed is pulled toward the middle of the unit, and the next is pulled back toward the wall. With the beds in this position, and with inmates sleeping head-to-toe, instead of facing each other, we are achieving appropriate social distancing when inmates are in their beds. I have to remind the inmates in Unit 1D3 of these precautionary measures several times throughout my shift as they frequently do not comply, including Mr. Hill and Mr. Bernal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __20__ day of April 2020.

_____
PATRICIA DELANCY
Officer, Metro West Detention Center