# MIAMI-DADE COUNTY CORRECTIONS AND REHABILITATION DEPARTMENT

| LOCATION: TGKCC | DIVISION: TRANSITIONAL HOUSING | S.O.P. NO. 090 |
|---|---|---|



| SUBJECT: Communicable Disease/ Temporary Housing Plan |
|---|
| EFFECTIVE DATE: April 3, 2020 |
| SUPERSEDES: N/A |



## TABLE OF CONTENTS

I. PURPOSE
II. RESPONSE AND PREPAREDNESS
III. PROCEDURES
   A. QUARANTINE PERIOD
   B. HOUSING
   C. INMATES WITH SPECIAL NEEDS

## I. PURPOSE

The facility shall set guidelines to establish for the separation of all new arrests from the rest of the inmate population for a minimum period of 14 days, when a communicable disease is suspected or confirmed to prevent the spread to staff and inmates. Inmates shall be housed in a temporary 14 day quarantine cell and may be relocated at the conclusion of the quarantine period with clearance from the Qualified Medical Professional (QMP). This operating procedure applies to all Turner Guilford Knight Correctional staff.

## II. RESPONSE AND PREPAREDNESS

The Facility Supervisor has been designated as the Communicable Disease Coordinator for the Turner Guilford Knight Correctional Center. The Facility Supervisor/Pandemic Coordinator will also be responsible for obtaining instructions from the Department's Command Center or the Chain of command as applicable.

The Facility's response to a pandemic outbreak at the Turner Guilford Knight Correctional Center will be determined and initiated by the Facility Supervisor or designee in conjunction with Corrections Health Services, the Miami Dade County Health Department, the Centers for Disease Control and/or any other entities who are providing information relative to the situation, and assuring the

# MIAMI-DADE COUNTY CORRECTIONS AND REHABILITATION DEPARTMENT

| LOCATION: TGKCC | DIVISION: TRANSITIONAL HOUSING | S.O.P. NO. 090 |
|---|---|---|

proper dissemination of those instructions throughout the Bureau. The Facility Supervisor will provide notification to the chain of command.

The Shift Supervisor/Commander will be responsible for coordinating with the Corrections Health Services' nurse manager for the medical needs of inmates and staff. The Shift Supervisor/Commander will also be responsible for coordinating with the Food Services Commander for the delivery of adequate food supplies.

## III. **PROCEDURES:**

All new arrests shall be isolated for a minimum period of 14 days from the date of arrival to the facility.

### A. QUARANTINE PERIOD.

All new arrests accepted in any housing unit from the Intake Lobby, must be accompanied with a TGKCC Intake Isolation Sheet. The following information will be displayed: The inmates name, jail number, profile photo, date in unit and (14 day) clearance date.

### B. HOUSING.

All inmates shall be double bunked with another inmate booked on the same date. Efforts shall be made to group inmates by their arrest date in the same area in the housing unit. All movement in the temporary housing unit will be restricted to allow for social distancing and prevent inmates from interacting with other inmates arrested on different days. The movement restrictions apply to all unit activities to include showers, phone, and recreation time. These activities shall be conducted in a manner that restricts inmate contact to those arrested on the same day. Movement outside of the housing unit for medical needs will proceed as long as inmates don the appropriate Department facial/surgical masks.

### C. RELOCATION FOLLOWING QUARANTINE

Upon the conclusion of the 14 day quarantine period, the inmate must be evaluated by the QMP and a CHS Relocation Form shall be issued prior to relocating the inmate to a new housing location.

### D. INMATES WITH SPECIAL NEEDS.

Level 3 (mental health population) inmates will serve the same 14 day isolation period in a temporary housing unit as level 4 inmates. Following the 14 day isolation period, inmates will be psychologically evaluated and housed

| MIAMI-DADE COUNTY CORRECTIONS AND REHABILITATION DEPARTMENT ||||
|---|---|---|---|
| LOCATION: TGKCC | DIVISION: TRANSITIONAL HOUSING || S.O.P. NO. 090 |

accordingly. Mental Health Level 1 and Level 2 inmates will be housed in the designated unit assigned by the Facility Supervisor following the same 14 day isolation procedures. Corrections Health Services will determine where those inmates with specific special needs will be housed, i.e. the clinic isolation cells, Medical Housing Unit and Detox Housing Unit. Any inmate displaying symptoms or found to have a communicable disease shall be housed in medical isolation until they are no longer contagious or pose a threat to other staff or inmates.

ATTACHMENT:

TGKCC Intake Isolation Sheet

Approved by:

*[signature]*

Anthony Yeber, Captain
Facility Supervisor
Turner Guilford Knight Correctional Center

AY/fb

# TURNER GUILFORD KNIGHT CORRECTIONAL CENTER
## INTAKE ISOLATION

| INMATE NAME | INMATE JAIL # |
|---|---|
|  |  |

| DATE IN | 14 DAY ISOLATION CLEARANCE |
|---|---|
|  |  |

NOTES: