# Salom, Veronica (MDCR)

| | |
|---|---|
| **From:** | Johnson, John W. (MDCR) |
| **Sent:** | Wednesday, April 8, 2020 10:35 AM |
| **To:** | Salom, Veronica (MDCR) |
| **Subject:** | FW: Inmate Notice (Corona Virus) |
| **Attachments:** | Inmate Notice (Corona Virus) Final.pdf |

Chief John W. Johnson, Sr.

---

**From:** Johnson, John W. (MDCR)
**Sent:** Thursday, March 12, 2020 11:00:23 AM
**To:** Benoit, Jean (MDCR) <Jean.Benoit@miamidade.gov>; Hardley, Rochelle (MDCR) <Rochelle.Hardley@miamidade.gov>; Mathews, Terrence (MDCR) <Terrence.Mathews@miamidade.gov>; Romero, Reynaldo L. (MDCR) <Reynaldo.Romero@miamidade.gov>; Garcia, James (MDCR) <James.Garcia@miamidade.gov>
**Cc:** Botner, Joel (MDCR) <Joel.Botner@miamidade.gov>; Guevara, Marydell (MDCR) <Marydell.Guevara@miamidade.gov>; Summons, Safani (MDCR) <Safani.Summons@miamidade.gov>; Yeber, Anthony (MDCR) <Anthony.Yeber@miamidade.gov>; Valdes, Pablo (MDCR) <Pablo.Valdes@miamidade.gov>; Rodriguez, Enrique (MDCR) <Enrique.Rodriguez2@miamidade.gov>; Denson, Eddie (MDCR) <Eddie.Denson@miamidade.gov>; Jones, Cassandra (MDCR) <Cassandra.Jones@miamidade.gov>
**Subject:** Inmate Notice (Corona Virus)

Good morning all,

Please ensure the posting of the attached notice in the housing areas by COB today. In addition to this action, please have the counselors explain the department's efforts to the inmate population. If you have any questions, let me know.

Thanks,

John


John W. Johnson, Sr., Chief
Program Service Division
Support Services
Miami Dade Corrections and Rehabilitation Department
Office: (786) 263-6309
Mobile: (305) 790-4632

1

# INMATE NOTICE
# CORONAVIRUS(COVID-19)

**MIAMI-DADE COUNTY CORRECTIONS AND REHABILITATION (MDCR) WILL BE TAKING THE FOLLOWING ACTIONS TO ENSURE YOUR WELL BEING WHILE IN JAIL:**

- MANDATORY RECREATION TIME WILL BE REQUIRED FOR ALL INMATES. MDCR WILL USE THIS TIME TO CLEAN YOUR HOUSING AREA.
- VISITATION WITH YOUR FAMILY/ FRIENDS AND VOLUNTEER PROGRAMS HAVE BEEN TEMPORARILY SUSPENDED UNTIL FURTHER NOTICE.
- ATTORNEYS AND/OR OTHER PROFESSIONAL VISITS MAY CONTINUE UNDER RESTRICTED CONDITIONS.
- ACCESS INTO ALL FACILITIES WILL BE RESTRICTED TO CORRECTIONAL AND SUPPORT STAFF.
- YOU SHOULD LET A STAFF MEMBER KNOW IF YOU OR ANOTHER INMATE ARE EXPERIENCING SYMPTOMS OR NOT FEELING WELL.

**STAY HEALTHY BY DOING THE FOLLOWING:**

- WASH YOUR HANDS FREQUENTLY WITH SOAP AND WATER FOR 20 SECONDS.
- AVOID CLOSE CONTACT WITH PEOPLE WHO ARE SICK.
- COVER YOUR MOUTH WHEN YOU COUGH, IF YOU USE A TISSUE THROW IT IN THE TRASH IMMEDIATELY.
- AVOID TOUCHING YOUR EYES, NOSE AND MOUTH.
- AVOID SHARING PERSONAL ITEMS.





**SYMPTOMS OF COVID-19 MAY INCLUDE:**

- FEVER
- COUGH
- SHORTNESS OF BREATH

**IF YOU HAVE THESE SYMPTOMS, LET AN OFFICER OR NURSE KNOW**

**KEEP CALM AND STAY HEALTHY**