# Memorandum  MIAMI-DADE COUNTY

**Date:**    March 12, 2020

**To:**      All Staff

**From:**    Daniel Junior, Director
             Miami-Dade Corrections and Rehabilitation Department

**Subject:** COVID-19 Preparedness

---

Miami-Dade Corrections and Rehabilitation Department (MDCR) is diligently working to ensure the health and wellbeing of staff. MDCR is purchasing additional personal protective equipment, enhancing sanitation efforts, and limiting access to our facilities including the cancellation of inmate visitation and screening professional visitors.

As MDCR takes precautions to prevent the spread of COVID-19, it is important to emphasize that Alpha/Bravo mobilization may be activated in the event COVID-19 impacts MDCR. As such, staff should be prepared to remain on-duty for an extended length of time and bring enough personal supplies and medication as well as make any tentative childcare arrangements. To ensure appropriate level of staffing, all supervisors and Command Staff are directed to closely monitor and limit the approval of leave requests to the 10% Rule, pursuant to the collective bargaining agreement, effective immediately and until further notice. No leave requests will be approved beyond the 10% without the written approval by the respective Assistant Director. Additionally, any and all unscheduled leave will be closely reviewed by the Labor Management Unit and will need to be supported by appropriate documentation.

At this time, staff should solidify their personal preparedness plan and ensure sufficient food, personal and household supplies, and medication are available at home as well as any necessary childcare arrangements are made. Staff must update or confirm their contact information in the County BlueBook and/or Alpha/Bravo and continue to monitor their emails, CRNet link, and ReadyOps notifications for any future developments

Working together, we can help protect your health, well-being, and safety and that of your family.

DJ/vms