# Memorandum

**MIAMI-DADE COUNTY**

| | |
|---|---|
| **Date:** | April 3, 2020 |
| **To:** | All MDCR Personnel |
| **From:** | Daniel Junior, Director<br>Miami-Dade Corrections and Rehabilitation Department |
| **Subject:** | COVID-19 Response Level 2 |

As we manage the COVID-19 situation, Miami-Dade Corrections and Rehabilitation Department continues to implement proactive measures to protect the health and well-being of our staff and the inmates in our custody.

Effective immediately, all staff reporting to work to any MDCR facility or office will be required to wear personal protective masks throughout their entire shift for the next 30 days. Staff are to utilize the N95 masks that have been issued pending upcoming receipt of surgical masks. Certain areas, such as intake pre-screening, quarantine and medical isolation units, and TGK's Mental Health Treatment Center, must only utilize N95 masks during this period. It is the responsibility of each employee to report to work with their issued N95 mask and maintain appropriate care of their mask throughout the exchange period. One-to-one replacement of N95 masks will occur weekly and surgical masks daily.

Additionally, the inmate population will also be required to wear surgical masks for the next 30 days and notification will be forwarded by my office for distribution. Until additional surgical masks are received, surgical masks for inmates will be replaced on a weekly basis. This 30-day period will be re-assessed based on the COVID-19 situation.

During this 30-day period, non-essential personnel are directed to work from home and must remain available by phone, access their emails twice daily, continue working on assignments and projects, and may be required to report to work if deemed necessary or if unable to transition to a work at home environment. Weekly assessments will be made to determine continuation and staff will be notified if work from home assignments will cease before the end of the 30-day period.

Now more than ever, it is important that everyone practice strict social distancing even while wearing the protective mask, stay home if exhibiting symptoms, and practice personal hygiene by washing hands and using sanitizer, when soap and water are not readily available.

DJ/vms