# Memorandum   MIAMI-DADE COUNTY

**Date:**     March 16, 2020

**To:**       All MDCR and CHS Personnel

**From:**     Daniel Junior, Director
Miami-Dade Corrections and Rehabilitation Department

Edith Wright, Director
Corrections Health Services, Jackson Health Systems

**Subject:**  Mandatory Employee Wellness Screening

---

To ensure the health, safety and welfare of staff and the inmate population, the Miami-Dade Corrections and Rehabilitation Department (MDCR) and Corrections Health Services (CHS) must take reasonable steps to identify and address any health and safety risks within the workplace. Accordingly, effective Tuesday, March 17th, a mandatory wellness screening, developed in cooperation with Jackson Health System and CHS, will be implemented to mitigate the transmission of Coronavirus Disease (COVID-19) or COVID-19 into our facilities.

This wellness screening alone is not a guarantee against the possible importation of this virus but is one important part of the MDCR and CHS multilayered public health response strategy. This noninvasive screening is only to determine if a person exhibits symptoms, not to determine if he or she has an impairment or medical condition. As new information emerges, we will reassess our screening measures and adjust activities accordingly.

This wellness screening will include a 3-question assessment and temperature check. Anyone with concerning symptoms (fever, cough, shortness of breath) will not be allowed to work and will be directed to contact their medical provider immediately to seek further assessment and testing.

There are currently no confirmed cases of COVID-19 among MDCR facilities, inmate population or staff. However, all MDCR facilities shall implement the following wellness screening protocol in a private setting in all of our facilities.

**Screening questions:**

1. Do you have a fever and/or respiratory symptoms (e.g., cough or shortness of breath)?

2. Did you travel to any CDC Level 3 country in the past 14 days?

3. Did you have contact with someone with possible Coronavirus Disease (COVID-19) in the past 14 days?

If the answer to 2 or more of the screening questions is yes, and the employee has a fever, the employee must go to the emergency room as soon as possible and follow medical instructions.

Employees who believe they may have been exposed to COVID-19, should also call the Florida Department of Health at 305-324-2400 prior to traveling to any medical office or facility.

Employees will be required to use their sick or other earned leave for their absence from work. Pursuant to the Centers for Disease Control and Prevention (CDC), a doctor's note is not required for an employee to return work after staying home with flu-like symptoms. However, returning employees will be subject to subsequent wellness screening

**Employee Assessment**

Screening personnel should assess each employee in a private area.   During the assessment, please collect the following information:

1. Respiratory symptoms (fever, cough, shortness of breath)

2. Temperature Check

3. Date of illness onset

4. Location and date of travel to a CDC Level 3 country.

5. Description of any contact with ill or suspected COVID-19 persons

**Environmental Cleaning**

Appropriate routine cleaning and disinfection procedures are appropriate for the area used for the entry-screening.  It is important to understand that guidelines may change depending on guidance provided by the CDC and the Miami-Dade County Health Department and it is incumbent on employees to keep up to date with CDC guidelines, advisories as well as Miami-Dade County policies or procedures on current travel provisions.

We will continue to act out of an abundance of caution, based on CDC guidelines, to keep all of our employees and inmate population safe.

For more information:

Frequently Asked Questions and Answers:  https://www.cdc.gov/coronavirus/2019-ncov/travelers/faqs.html

Locations with Confirmed COVID-19 Cases Global Map:  https://www.cdc.gov/coronavirus/2019-ncov/locations-confirmed-cases.html

Miami-Dade County COVID-19
(Coronavirus):  https://www8.miamidade.gov/global/initiatives/coronavirus/home.page

Countries that currently have a CDC Level 3 Travel Health Notice (widespread, ongoing transmission):

- Austria
- Belgium
- China
- Czech Republic
- Denmark
- England
- Estonia
- Finland
- France
- Germany
- Greece
- Hungary
- Iceland
- Iran
- Ireland
- Italy
- Latvia
- Liechtenstein
- Lithuania
- Luxembourg
- Malta
- Monaco
- Netherlands
- Norther Ireland
- Norway
- Poland
- Portugal
- San Marino
- Scotland
- Slovakia
- Slovenia
- Spain
- Sweden
- Switzerland
- South Korea
- Vatican City
- Wales

These efforts are precautionary in nature but necessary to ensure the safety of MDCR and CHS staff. Please be assured the health and wellbeing of our staff and the community we serve continues to be our priority.  Your cooperation during this time is appreciated.