# Memorandum 

**Date:** March 27, 2020

**To:** All MDCR and CHS Personnel

**From:** Daniel Junior, Director
Miami-Dade Corrections and Rehabilitation Department

Edith Wright, Director  *Edith C. Wright*
Corrections Health Services, Jackson Health Services

**Subject:** Mandatory Employee Wellness Screening (MEWS) – **Update 3**

---

In an ongoing endeavor to ensure the health and welfare of staff and the inmate population, and to mitigate the transmission of the Coronavirus in our facilities, effective immediately, Miami-Dade Corrections and Rehabilitation Department (MDCR) and Corrections Health Services (CHS) will work collectively to conduct daily Mandatory Employee Wellness Screenings (MEWS) at the following locations:

- Boot Camp Program
- Hospital Services Unit
- MAYA Warehouse
- MDCR Headquarters
- Metro West Detention Center
- Miami-Dade Public Safety Training Institute
- Pre-Trial Detention Center
- Security and Internal Affairs Bureau
- Turner Guilford Knight Correctional Center
- Women's Detention Center

### Screening Wristbands

Neon-green wristbands will be issued to staff who clear the screening. Staff are to wear the wristband for the duration of their work shift as an indicator of clearing that day's screening. The wristband shall be worn to work daily. If staff reports for work with a wristband and does not clear the screening, the wristband is to be taken and a supervisor notified so that the appropriate protocol be followed. If an employee does report for work without a wristband and clears the screening, a new wristband will be issued.

**Note: Wristbands are in limited supply and staff are responsible for sanitizing and wearing them to work daily.**

### Protective Screening Wear

Staff members performing temperature checks for staff, professional visitors, arrestees, the inmate population, and any persons entering a facility, will be required to wear, at a minimum:

- Re-usable Goggles (sanitized after each use) or other appropriate eye protection, i.e. face shield;
- An N-95 face mask or face shield; and
- Gloves.

The required protective equipment and hand sanitizer shall be obtained from the Materials Management Bureau (MMB) at the Miami Lakes Warehouse. Facility/Bureau Supervisors shall ensure strict accountability of the items issued and contact MMB to obtain additional supplies as needed.

### Screening Procedure

The MEWS will be conducted upon an employee's arrival to the Check point/Screening site at each facility preferably outside of the secure confines of the facility. Staff will be asked the following questions:

- Do you have a fever, sore throat and/or respiratory symptoms (e.g., cough, sneezing, shortness of breath)?

If the answer is "yes" to the screening question or the employee has a fever with a temperature equal to or higher than 100.0°F (Normal 97°F- 99°F), the employee will:

*Note: The thermometer shall be within 2 inches of the forehead without contacting the skin.*

- Not be given a wristband;
- Not be permitted to work;
- Be instructed by a supervisor to call the Florida Department of Health at 305-324-2400 or their medical provider advising of their symptoms and follow their medical instructions.

Employees who are not permitted to work due to symptoms will be required to use their sick or other leave for their absence from work, unless the exposure is confirmed to be work related, unavoidable close contact.

If the answer is "no" to the screening questions and the staff member does not have symptoms, the staff member will be given a wristband to wear for the duration of the shift.

Miami-Dade Corrections and Rehabilitation Department (MDCR) is a critical component of public safety's role in keeping our community safe and secure. During the Coronavirus (COVID-19) pandemic, as public safety employees our work is even more important. As such, MDCR employees who may have COVID-19 related contact are expected to work while asymptomatic and self-monitoring. Under these circumstances, the employee may also be required to wear proper protective equipment; e.g., respirator masks and/or gloves in such instances where there was close contact with a confirmed positive COVID-19 case or the employee is pending COVID-19 testing results.

MDCR employees, including sworn and civilian, will only be granted CV leave for COVID-19 when the associated close contact was beyond the employee's control. Any COVID-19 related illness as a result of the employee's failure to adhere to directives, policies, procedures, standards, etc. (e.g. social distancing) will not be considered for CV (Administrative) leave and the employee will be required to use personal accrued sick leave. The approval review for CV leave will be on a case-by-case basis to include, at a minimum, that the employee was performing tasks within the scope of their essential job functions and pursuant to applicable directives, policies, procedures, standards, etc.

As information and responses to COVID-19 evolve, updated direction and guidance will be provided. We continue to make every effort to protect the health and well-being of our employees.