# DIRECTOR'S SPEECH TO MDCR STAFF
## Coronavirus Video

Hello. I am Director Daniel Junior. With the unprecedented situation surrounding COVID-19 or the Coronavirus, I want to share with you the proactive steps we are taking to protect your health and well-being and that of the inmates in our custody and also to talk a little bit about how each of you can help curb the spread of this dangerous virus.

First off, let me assure you that we are doing everything we can because my leadership and I care about your safety and the safety of your families just as much as you do. We are following the Interim Guidance on the Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities which was developed by the Centers for Disease Control and Prevention (CDC) and just released on March 23rd of this year. We are also staying in constant communication with our local, state, and national jail network partners to ensure that MDCR practices remain in line with current correctional industry practices. I am very proud to say, that upon its release, MDCR had already implemented most of the recommendations contained within these guidelines. For example, we limited access of our facilities to the greatest degree possible by cancelling inmate visitation and all other non-essential activities on March 12, 2020. We hope to have our new Video Visitation Center open soon. We are also currently working with our criminal justice partners to identify inmates who can be released safely to the community via early sentence release, pretrial release or release to our Monitored Release/House Arrest Program. We have

# DIRECTOR'S SPEECH TO MDCR STAFF
## Coronavirus Video

already increased the use of videoconferencing throughout all of our facilities for court proceedings, attorney visits and court-ordered physician interviews.  The object is to limit the amount of inmate and unnecessary staff movement between our facilities.

As you know, we are also conducting daily screenings of anyone entering our facilities.  We have conducted baseline wellness screenings of all MDCR and Corrections Health Services staff and are now taking daily temperature checks.  MDCR and CHS employees who clear the screening have been issued neon-green wristband, like this one, to wear daily.  These wrist bands serve as an added visual confirmation that all employees on duty that day have been cleared for work.  MDCR and CHS began screening all newly arrested individuals during the intake process for possible exposure to the Coronavirus on March 12th.  Additionally, we are also conducting temperature screening of all arresting/transporting officers before allowing them to enter the LEO lobby.

We have also activated our Department's Pandemic Plan by identifying areas for isolation.  We have identified Inmate Quarantine Units to house all newly arrested persons for a period of 14 days, and Medical Isolation Cells to house inmates who are being investigated for suspected or confirmed COVID 19.  We continue to work with our CHS partners to prepare for any potential surges in the need for such beds in

**DIRECTOR'S SPEECH TO MDCR STAFF**
**Coronavirus Video**

order to keep all affected inmates separate from the general inmate population, as much as possible.

We implemented enhanced cleaning and sanitizing of high touch areas within our facilities on a regular basis. These areas include doorknobs, handles, call buttons, counters, tables, doors, telephones, as well as inmate areas, such as dayrooms, tables, chairs, floors, restrooms, bars, transport vans. We are maintaining an inventory of necessary equipment and supplies such as hand soap, sanitizer, disinfecting wipes, to assist in these efforts. Please remember during this time, supplies are being issued on an as needed basis to mitigate unnecessary hoarding or misuse. Given the nationwide shortages, staff is now allowed to bring in small personal supplies of hand sanitizer, and Lysol or Clorox Disinfecting Wipes for personal use, until further notice.

So how can you help?  First and foremost, each of you can help by taking this threat very seriously. This is a potentially dangerous virus that is impacting our community like nothing before it.  It threatens our families, our homes, or personal well-being and also our day-to-day lives as we knew it.  As such, we must now rethink and restructure everything we have been accustomed to before COVID-19.  However, while we are encouraging our families, children and loved ones to stay safer at home, the unfortunate reality of our work is that it does not allow for this. As first responders, public safety and correctional personnel, this

# DIRECTOR'S SPEECH TO MDCR STAFF
## Coronavirus Video

community, our families and your fellow co-workers are relying on each and every one of us to keep the jails safe and secure. Each of us answered this calling when we put on this badge. Now is not the time to fail one another. We are all in this together and we must all now, more than ever, rely on one another.

Again, like our counterparts at Jackson Health System, CHS, and medical personnel throughout the country, we too don't have the luxury of staying home. We need all hands on deck right now.

As essential public safety employees, we are still expected to report to work as long as we are asymptomatic. This means you are not coughing, sneezing, fever, have a sore throat or other respiratory issues. So far, we have been able to staff our facilities without cancelling days off, or scheduled leave, or mobilizing Alpha Bravo shifts. It is my hope that we do not have to result to such drastic measures to staff our facilities and protect our community, staff, and inmates, which is why it is important that everyone comes to work if you are not sick. Now more than ever, we have to help each other stay safe and healthy, which is why we are requiring everyone, staff and inmates, to wear personal protective masks for at least the next 30 days and maybe longer depending on the CVID-19 situation evolves. Under certain circumstances, you could also be required to wear personal protective equipment (such as mask and gloves) where there was close contact with a confirmed positive COVID-19 case or you are pending test results

# DIRECTOR'S SPEECH TO MDCR STAFF
## Coronavirus Video

but are not sick. This is no different from what we are seeing now in our local hospitals. With all this mind, we are also asking that you use PPEs only when necessary as the world's supplies are limited and, in some cases, have been redirected to more troubled areas or states such as New York. Now obviously if you are sick, I would ask that you stay home to keep others from getting sick and get tested immediately. If you have received a doctor's note recommending you self-quarantine but you are essential and do not have any symptoms, you are expected to get tested now. If you test positive, you must self-isolate and return to work once you are recovered and follow the CDC guidelines on how to discontinue home isolation.

Lastly, we all must keep a watchful eye on our inmate population for any flu-like signs or symptoms and report such findings to CHS staff immediately so that the inmate can be evaluated and sent for testing if necessary.

As you can see, this is a very complicated and serious situation. This is why it is so important for us to know who has received a confirmed COVID-19 positive test, who has had COVID-19 related close or community contact, who is symptomatic, and who may have been asked to self-isolate. This is why we have established the COVID-19 Incident Command Center and the COVID-19 Response Line. The Incident Command Center is responsible for the following:

# DIRECTOR'S SPEECH TO MDCR STAFF
## Coronavirus Video

- Tracking Employees Tested for COVID-19 incidents
- Obtaining Documentation for Positive Tests
- Tracking Employees Taking Leave Related to COVID-19
- Answering Questions and Concerns from Staff including where to get tested
- Identifying and coordinating notification of any Close and Community Contacts
- Tracking inmates and housing units impacted by COVID-19 cases

Staff are encouraged to call the COVID-19 Response Line at 786-263-6032 with any questions or concerns. The information provided is sensitive and will be kept confidential. But also, we want to hear from you as this pandemic is new to our County, our Country and to the World. Therefore, as it continues to evolve, it's important that we all continue to share information regarding staff concerns, questions and any impact to our operations. Remember we are all in this together.

So, as we continue to reevaluate our way of doing business and adjust to the everchanging situation surrounding COVID-19, remember we cannot do it alone. We need each of you to do your part to protect your health and the health of those around you. Keep unwashed hands away from your face. Take the stairs whenever possible. Try to avoid crowded elevators. For if someone sneezes you have no where to go.

# DIRECTOR'S SPEECH TO MDCR STAFF
## Coronavirus Video

Remember these are simple these that we all should have been doing all along. But now our health depends on it.  Please practice personal hygiene and wash your hands often and when hand washing is not possible, use hand sanitizer.  Cover your nose or mouth with a tissue, sleeve or inner elbow during occasional sneezing or coughing.  Follow this by washing or sanitizing your hands.  Now if you are sick with a cough, sore throat, fever or respiratory issues, stay home.  Supervisors, if you observe someone flu-like symptoms, even "allergies", send them home and refer them for testing. Employees will be required to use sick or other leave unless the exposure is confirmed to be work related, unavoidable close contact.

Which brings me to the practice of social distancing from all persons, staff and inmate alike.  Now more than ever, this should be everyone's top priority.  Social distancing means refraining from close contact from any person (co-worker, inmate). CDC defines prolonged close contact as within 6 feet for more than 10 minutes. Obviously, close contact is inevitable in our business.  However, close contact for 10 minutes is not.  There may be times that your duties require close contact, but that contact should be less than 5 minutes and absolutely no more than 10 minutes.  Here at Headquarters, we have transitioned to video conferencing for routine MDCR meetings between bureaus. This is the time for all of us to work together to keep each other and the community we serve safe.

## DIRECTOR'S SPEECH TO MDCR STAFF
### Coronavirus Video

Most importantly, look out for each other.  These are uncertain times and anyone having difficulty adjusting or dealing during these times are encouraged to contact Dr. Carolina Montoya at **786-263-6013**.  Again, please know that we are all working together to keep you and everyone here at MDCR and CHS safe.  Listen to the experts, continually wash your hands, keep high touch areas clean and sanitized and practice strict social distancing, no exceptions.  **Remember to Stay Safe, Create Space.**  Thank you!

> **For information on the** Interim Guidance on *the Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities go to XXXXXXXXXXXXXXXX*