**Salom, Veronica (MDCR)**

| | |
|---|---|
| **From:** | Salom, Veronica (MDCR) on behalf of Junior, Daniel (MDCR) |
| **Sent:** | Tuesday, March 10, 2020 4:49 PM |
| **To:** | (MDCR) Distribution A |
| **Subject:** | FW: Janitorial Process Manual |
| **Attachments:** | Janitorial Process Manual.pdf |

**Importance:**      High

With the ongoing concerns regarding the spread of COVID-19 or other influenza-like illnesses, it is vital that the facilities follow the attached Janitorial Process Manual, and properly disinfect high-touch surfaces daily, conduct comprehensive cleaning as indicated, and ensure staff use of protective personal equipment (PPE) when necessary. Facilities should engage in a team-cleaning model to ensure a highly clean and sanitized environment to curb the spread of infectious disease like COVID-19 and other flu-like Illnesses.   Command staff should encourage personnel to employ universal precautions by frequently washing your hands, covering your mouth with your elbow or tissue when sneezing or coughing, and using hand sanitizer after sneezing or coughing.

Please be assured that we are working with Miami-Dade County Health Department, Corrections Health Services and Miami-Dade County to ensure the health and wellbeing of our staff, volunteers, the public and the inmates in our custody.

A procedural directive will be forthcoming.

**Daniel Junior**, Director
Office of the Director
**Miami-Dade County Corrections and Rehabilitation Department**
786-263-6010
miamidade.gov/corrections
**Connect With Us** on | Twitter | Facebook | Instagram

# MIAMI-DADE CORRECTIONS &
# REHABILITATION DEPARTMENT

# JANITORIAL PROCESS MANUAL



 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

# Table of Contents

| | | |
|---|---|---|
| Goals | Page | 7 |
| Outline | Page | 8 |
| Definitions | Page | 9 - 10 |
| Chemical Personal Protective Equipment | Page | 11 |
| Chemical/Cleaning Solutions | Page | 12 |
| Cleaning Equipment and Supplies | Page | 13 - 15 |
| Cleaning & Sanitizing Processes/Methods | Page | 15 – 183 |

**Section 1 – Housekeeping Cart**

| | | |
|---|---|---|
| Process #100 – Housekeeping/Cleaning Cart | Page | 16 |

**Section 2 – Exterior Premises**

| | | |
|---|---|---|
| Process #200 – Exterior Premises, Facility & Public Entrances | Page | 17 – 19 |
| Process #201 – Inmate Recreation Yards/Areas (Exterior - Non-Housing Units) | Page | 20 - 21 |

**Section 3 – Lobby**

| | | |
|---|---|---|
| Process #300 – Lobby/Front Lobby Areas | Page | 22 - 23 |

**Section 4 – Walls**

| | | |
|---|---|---|
| Process #400 – Walls | Page | 24 - 25 |

**Section 5 – Floors (common areas)**

| | | |
|---|---|---|
| Process #500 – Dust Mopping Floors | Page | 26 |
| Process #501 – Wet Mopping Floors | Page | 27 - 28 |
| Process #502 – Contaminated Floors Cleaning/ Sanitizing | Page | 29 - 30 |
| Process #503 – Floor Stripping & Waxing | Page | 31 - 33 |
| Process #504 – Floor Mats | Page | 34 - 35 |
| Process #505 – Burnishing Floors | Page | 36 - 37 |

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

**Section 6 – Walks, Interior Walkways, Basements**

Process #600 – "Walks", Interior Walkways, & Basements    Page    38 - 40

**Section 7 – Housing Cells**

Process #700 – Individual Housing Cells    Page    41 - 44

Process #701 – Housing Unit Metal Bars    Page    45

Process #702 – Holding Cells/Rear Lobby Cells    Page    46 – 49

Process #703 – Housing Units (Floors)    Page    50 - 52

Process #704 – Housing Units (Walls)    Page    53

Process #705 – Housing Units (Tables, Chairs, Furniture, Handrails, Door knobs, etc.)    Page    54

Process #706 – Inmate Telephone    Page    55

Process #707 – Inmate Recreation Yard/Areas    Page    56 - 57

**Section 8 – Mattresses/Bunks**

Process #800 – Mattresses and Bunks    Page    58 - 60

Process #801 – Boats    Page    61 - 63

**Section 9 – Inmate Bathrooms**

Process #900 – Inmate Toilet    Page    64 - 65

Process #901 – Inmate Sink    Page    66

Process #902 – Inmate Showers/Shower Drains    Page    67 - 69

**Section 10 – Common Areas**

Process #1000 – Classrooms, Chapel, Multi-Purpose Rooms    Page    70 - 73

Process #1001 – Employee Cafeteria    Page    74 - 75

Process #1002 – Closets (Janitorial, Electrical, Mechanical, Fire suppression, Generator, Sanitation) & Plumbing Chases    Page    76 - 77

Process #1003 – Doors, Door Handles, Door Jams, Handrails    Page    78

Process #1004 – Air Vents    Page    79

Process #1005 – Stairwells    Page    80 - 81

Process #1006 – Elevators    Page    82 - 84

Process #1007 – Fans & Fan Guards    Page    85



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| | | | |
|---|---|---|---|
| Process #1008 – Gym | Page | 86 – 88 |
| Process #1009 – Visitation Booths, Interview Rooms | Page | 89 - 90 |

**Section 11 – Food/Beverage Supplies**

| | | |
|---|---|---|
| Process #1100 – Water Jugs | Page | 91 |
| Process #1101 – Rethermalization Units | Page | 92 - 93 |
| Process #1102 – Ice Machines | Page | 94 - 95 |
| Process #1103 – Staff Refrigerators | Page | 96 - 97 |
| Process #1104 – Water Fountains | Page | 98 |

**Section 12 – Janitorial Equipment/Supplies**

| | | |
|---|---|---|
| Process #1200 – Mop Buckets and Mop Press/ Wringer | Page | 99 |
| Process #1201 – Garbage Cans/Containers | Page | 100 |
| Process #1202 – Mops, Rags, Brooms, and Brushes | Page | 101 |

**Section 13 – Staff Bathrooms/Locker Rooms/Public Bathrooms**

| | | |
|---|---|---|
| Process #1300 – Staff Bathrooms | Page | 102 - 105 |
| Process #1301 – Locker Rooms | Page | 106 - 108 |

**Section 14 – Offices**

| | | |
|---|---|---|
| Process #1400 – Offices, Shift Commander, Control Booths | Page | 109 – 111 |

**Section 15 – Laundry**

| | | |
|---|---|---|
| Process 1500 – Laundry | Page | 112 - 113 |
| Process 1501 – Laundry Tubs/Carts | Page | 114 – 115 |

**Section 16 – Intake/Release/Booking**

| | | |
|---|---|---|
| Process 1600 – Air Vents | Page | 116 |
| Process 1601 – Walls | Page | 117 - 118 |
| Process 1602 – Windows | Page | 119 |
| Process 1603 – Dust Mopping Floors | Page | 120 |
| Process 1604 – Wet Mopping Floors | Page | 121 - 122 |
| Process 1605 – Contaminated Floors Cleaning/ Sanitizing | Page | 123 - 124 |
| Process 1606  - Bathroom (Inmate) | Page | 125 - 127 |



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

Process 1607 – Holding Cells/Holding Room ("Fish Bowl")    Page    128 - 131

Process 1608 – Medical Exam Area    Page    132 - 135

Process 1609 – Offices, Control Booths, Property Room    Page    136 - 138

Process 1610 – Staff Bathrooms    Page    139 - 142

Process 1611 – Computer Terminals/Electronics    Page    143

Process 1612 – Closets (Janitorial, Electrical, Mechanical, Fire suppression, Generator, Sanitation) & Plumbing Chases    Page    144 - 145

Process 1613 – Doors, Door Handles, Door Jams, Handrails    Page    146

Process 1614 – Chairs (Inmate Open Booking)    Page    147

Process 1615 – Fans & Fan Guards    Page    148

**Section 20 – Clinic**

Process #2000 – Examination/Treatment Rooms    Page    149 - 153

Process #2001 – Examination Tables & Gurneys    Page    154 - 155

Process #2002 – Nurses Station    Page    156 - 158

Process #2003 – Clinic Walls    Page    159 - 160

Process #2004 – Clinic Floors (Dust Mopping)    Page    161

Process #2005 – Clinic Floors (Wet Mopping)    Page    162 - 163

Process #2006 – Clinic Floors (Contaminated Floor Cleaning/Sanitizing)    Page    164 - 165

Process #2007 – Clinic Doors, Door Handles, Door Jams, Handrails    Page    166

Process #2008 – Clinic Air Vents    Page    167 - 168

Process #2009 – Clinic Offices    Page    169

**Section 21 – Medical Housing**

Process #2100 – Inmate Room    Page    170 - 173

Process #2101 – Medical Housing Walls    Page    174 - 175

Process #2102 – Medical Housing Floors (Dust Mopping    Page    176

Process #2103 – Medical Housing Floors (Wet Mopping)    Page    177 - 178

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

Process #2104 – Medical Housing Floors          Page    179 - 180
(Contaminated Floor Cleaning/Sanitizing)

Process #2105 – Medical Housing Doors,          Page    181
Door Handles, Door Jams, Handrails

Process #2106 – Medical Housing Air Vents       Page    182 - 183

Process #2107 – Medical Housing Offices         Page    184

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

## GOALS

1. To provide guidelines and training/in-service to develop cleaning and sanitation knowledge, safety awareness, and task performance skills and techniques in MDCR facilities.

2. To provide guidelines on cleaning and sanitation procedures for all MDCR facilities/areas.

3. To provide quality cleaning products (chemicals), equipment and supplies to support the cleaning and sanitation program.

4. To provide continuous access to Safety Data Sheets and chemical purposes, usage, and dilution rates.

5. To provide a continuous monitoring for quality assurance.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

## Outline

Proper cleaning and sanitizing practices, including the appropriate use of cleaning and sanitizing chemicals are paramount to a clean and safe work environment.  Janitorial and sanitation personnel should follow established policies and procedures for proper sanitation of MDCR facilities.

This manual was written to provide the processes for maintaining a clean, sanitary and safe environment for all MDCR facilities.  It includes a list of supplies needed and steps to follow in all areas that require janitorial and sanitation processes.

It provides information concerning the daily, weekly, and monthly requirements as outlined on the Master Cleaning and Sanitation Schedule (Attachment 1).

Refer to the Cleaning and Sanitizing Schedule for frequency requirements.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

## DEFINITIONS:

Abrasives – used to remove heavy accumulations of soil (some also disinfect)

Acid – chemical substance with pH less than 7.  Acids react with and neutralize an alkali

Acid cleaners – used to remove mineral deposits on surfaces

Alkali (alkaline or base) – chemical substance with pH greater than 7.  Alkalis react with and neutralize an acid.

Antimicrobial – agent that inhibits or destroys pathogens, i.e. bacteria, viruses, fungi or protozoa.

Antiseptic – substance that destroys or inhibits the growth of microorganism microbes, especially in the skin.  An agent used against sepsis or decomposition in connection with human beings or animals, considered drugs and regulated by FDA

Biocide – substance or chemical that kills organisms, i.e. mold

Biodegradable – capacity of organic matter to be decomposed by biological process

Chlorine Bleach – oxidizing agent solution of sodium hypochlorite, used primarily as a disinfectant and whitening agent.

Cleaning – process of removing food and other soil or dirt from a surface.

Cleaning Agents - substances, usually liquids, powders, sprays, or granules, used to remove dirt, including dust, stains, bad smells, and clutter on surfaces

Degreasers – solvent cleaners – used on areas with grease buildup, specifically formulated to remove grease, oil, and greasy soils.

Detergents – penetrate soil quickly and soften it, i.e. dishwashing detergent (No antimicrobial claims on the label)

Disinfectant – usually a chemical agent applied to inanimate objects; destroys disease-causing pathogens or microorganisms, but might not kill bacterial spores (reproductive form)

Disposable gloves – single use gloves that keep your hands protected on the job in a wide variety of industries

Natural (latex) rubber gloves - a general-purpose glove that has outstanding tensile strength, elasticity and temperature resistance;  protect staff/inmate workers' hands from most water



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

solutions of acids, alkalis, salts and ketones. Latex gloves have caused allergic reactions in some individuals and may not be appropriate for all employees.

Nitrile gloves  -  provide protection from chlorinated solvents and when working with oils, grease, acids, caustics, and alcohols.                    Do not contain latex

EPA – Environmental Protection Agency of the US Federal Government.  The agency conducts environmental assessment, research, and education. Their mission is to protect human health and the environment.

Fungi – vegetable organisms that lack chlorophyll, include mold, mildew, yeast and mushrooms.

Fungicide – substance or chemical that kills fungi

Germicide – substance that kills germs, a disinfectant

HEPA – high efficiency particulate air (filter)

HVAC – heating, ventilation, and air conditioning system

ppm (parts per million) - means out of a million; a way of expressing very dilute concentrations of substances.  Usually describes the concentration of something in water or soil. One ppm is equivalent to 1 milligram of something per liter of water (mg/l).

Sanitizer – agent that reduces the microbiological contamination to levels conforming to local health regulations

Sanitizing – process of reducing the number of microorganisms on a properly cleaned surface to a safe level acceptable to local health regulations

Sterilization – process of destroying all microorganisms, including their spores

Stripper – detergent specifically formulated to break down floor wax finish, without damaging floor materials.

Surfactant – surface active agent which increases the foaming, dispersing, spreading and wetting properties of a product.

Virus – infective agents that require the presence of living cells to multiply.

Water hardness – measurement of amount of metallic salts found in water, which can inhibit the action of some surfactants and reduce their effectiveness in cleaning.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

## CHEMICAL PERSONAL PROTECTIVE EQUIPMENT

- ✓ Inmates are NEVER permitted to mix or dispense chemicals.

- ✓ Disposable gloves and protective eye equipment shall be worn by all staff during dispensing and chemical dilution procedures

- ✓ During cleaning/sanitizing processes where there is a potential for exposure, staff shall ensure that Personal Protective Equipment is available and used by all staff and/or inmates, i.e. disposable gloves, face masks

- ✓ When performing decontamination procedures, Personal Protective Equipment to include protective clothing shall be worn if there is potential for exposure to blood or other bodily fluids, whether wet or dry.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

## CHEMICAL/CLEANING SOLUTIONS

Most chemicals used by MDCR come in a highly concentrated form and must be diluted before use. Some are in dispensing systems that aid in dispensing and diluting. **Always read the instructions and the Safety Data Sheets for each product.** The following safety rules are for your protection; however, they will not be of any help if you don't use them **(Only dilute with water).**

1.  Ensure that Safety Data Sheets (SDS) is accessible and located where chemicals are stored and dispensed. Know how to read the SDS, find the emergency telephone contact number for each manufacturer, and the first aid instructions, and required PPE's on the various SDS documentation. Periodically review your SDS sheets to ensure that they are current and reference chemicals that are currently in use.
2.  Know what you are using. Do not use chemicals from unmarked bottles or containers.
3.  Know what you are using the chemical for and its intended use, i.e. specifically for cleaning or specifically for sanitizing.
4.  Do not substitute chemicals. Many chemicals are made only for specific jobs.
5.  Always read the label and follow the instructions.
6.  Measure all chemicals. If the directions say to use four (4) ounces in one (1) gallon of water, measure the water and the chemical correctly. A weak solution may not provide the proper cleaning power. A solution that is too strong will not only waste supplies, but will damage the surface on which you use it. It may also have the potential to cause injury to yourself or others.
7.  **Never mix chemicals.**  You can easily destroy a chemical's usefulness or possibly create a poisonous gas or solution by mixing it with other chemicals.
8.  Do not smell chemicals as a means of identification. A deep breath of the fumes from some chemicals can and will injure you.
9.  Protect yourself with the appropriate personal protection, i.e., safety glasses, disposable gloves, or protective clothing.
10. Always secure bottle caps and lids before the container leaves your hands.
11. If you transfer any chemical during dilution to a separate container, i.e. spray bottle, label all containers with the product name, health and hazard information, and required personal protection equipment.
12. Never store chemicals around food items.  Store chemicals away from prep areas, food-storage areas, and service areas. Chemicals must be separated from food and food-contact surfaces by spacing and partitioning. **Never store chemicals above food or food-contact surfaces.**
13. Do not store heavy containers on overhead shelves.
14. Use proper ventilation at all times.
15. Store all flammable products in flammable, ventilated cabinets.

**Note:**  Do not bring chemicals from home and do not purchase chemicals from any place other than vendors prescribed by Miami-Dade County.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

## CLEANING EQUIPMENT AND SUPPLIES

The need for proper care of cleaning equipment and supplies cannot be overemphasized. A job can be no better than the person that does it or the equipment/supplies used. After each use, clean equipment and store it properly.  Do not use broken equipment or supplies.

### Mop Bucket and Press/Wringer
1. Clean and sanitize after use and store properly.
2. Buckets will last longer if emptied, dried, and turned upside down to store.

### Wet Mops
A long-handled, absorbent mop designed to clean floors with water.
Wet mops should be rinsed and sanitized (Process #1202) each time they are used, wrung as dry as possible, and then hung to dry to avoid mildew and odor from developing.

### Dust Mops
Long-handled mop that is used to dust floors and sometimes even walls, ceilings, and high places.
Dust mop head is flat and most often removable
Meant to be used dry, and not wet.
Frequently made of material meant to attract and hold onto dust.

### Push Brooms and Corn Brooms
Made from various materials depending upon the job they are designed for.
Used primarily for sweeping sidewalks, entries, and other <u>non-finished</u> <u>surfaces.</u>
Will raise a lot of dust into air, unless used with care.
Do not use on finished floors

### Squeegee

A T-shaped tool that has a crosspiece edged with a smooth rubber piece used to remove or control the flow of liquid on a flat surface

### Hand Brushes
Long handle brush with bristles attached to handle
Used primarily for hand scrubbing surfaces, especially in small hard to reach areas, such as wall joints and corners
(Caution should be used as hand brushes will scratch surfaces)  Do not use on stainless steel or equipment
Clean after each use in hot soapy water
Rinse completely in clean hot water
Air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

## Handle Brushes

Wooden handled (long handle) with bristles attached to head on end of handle
Use primarily for hand scrubbing surfaces, such as the belt on the tray line
(Caution:  may scratch surfaces)  Do not use on stainless steel or equipment
Clean after each use in hot soapy water
Rinse completely in clean hot water
Air dry

## Industrial Scrub Brush

Plastic or rubberized handled brush with bristles attached to head on end of handle
Utility brush with crimped polypropylene bristles  (Caution: may scratch stainless steel surfaces)
Used for scrubbing walls, tile, etc.
Clean after each use in hot soapy water
Rinse completely in clean hot water
Utilize a mop bucket with sanitizing solution at appropriate dilution
Dip the brushes in the sanitizing solution and allow to sit in the solution for a minimum of 10 minutes
Hang the brushes to allow them to air dry.  Do not leave wet brushes in a mop bucket

## Deck Brush

Made from various materials depending upon the job they are designed for Used primarily for scrubbing hard surfaces, i.e. concrete floors, showers, etc. Could scratch surfaces especially if used in conjunction with an abrasive cleanser Do not use on finished floors, unless you intend to remove the floor finish

## Floor Scrubber/Buffer Machine

Machine for stripping, scrubbing, polishing, and buffing waxed floors
Uses various color coded floor pads based on function
      Black – stripping
      Green – scrubbing/cleaning
      Red – buffing
      White – Polishing

## Floor Burnishing Machine  (Burnisher)

Type of floor machine that polishes and cleans surfaces. They can be used to clean a floor safely, to cover large areas quickly, and to produce a high shine.



# Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual

A floor burnisher restores the shine on a wax finished floor.  It has abrasive discs (different colors for different applications) that "burn" the surface

## Floor Blower

Type of floor fan that will quickly dry damp floors and carpets.

## Wet/Dry Vacuum

A vacuum cleaner that can work on a dry floor or can vacuum up water

## Pressure Cleaner/Washer

A high-pressure mechanical sprayer used to remove loose paint, mold, grime, dust, mud, and dirt from surfaces and objects such as buildings, vehicles, and concrete surfaces.

The basic pressure washer consists of a motor (either electric, internal combustion, pneumatic or hydraulic) that drives a high-pressure water pump, a high-pressure hose and a trigger gun-style switch

Pressure washers can be dangerous equipment due to the high intensity of water expelled from the nozzle during operation.  Pressure washers should be operated with strict adherence to safety instructions. The water pressure near the nozzle is powerful enough to strip flesh from bone. The cleaning process can propel objects dislodged from the surface being cleaned, at great velocities

Pressure washers can also damage surfaces.  Water can be forced deep into bare wood and masonry, leading to the need for an extended drying period. Surfaces can appear dry after a short period, but still contain significant amounts of moisture that can hinder painting or sealing efforts.

## Rags/Cloths

A piece of cloth used for cleaning, washing, or dusting

## Disposable Wipers

Disposable paper wipers used for cleaning surfaces, glass, and general maintenance type work.  Performs like a rag, but is disposable

## Housekeeping/Cleaning Cart

Cart used to transport standardized cleaning/sanitizing materials throughout the facility

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housekeeping Cart |
|---|---|---|
| **Section #:** 1 | **Process #:** 100 | Page 1 of 1 |
| **Title:** Housekeeping/Cleaning Cart | | |

Supplies Needed:

1. Cleaning cart
2. Dust mop with clean mop head
3. Mop bucket
4. Wet mop with clean mop head
5. Broom
6. Push broom
7. Squeegee
8. Toilet brush
9. Spray bottle filled with cleaning agent at appropriate dilution
10. Spray bottle filled with sanitizing agent at appropriate dilution
11. Clean cloths/rags
12. Paper towels
13. Wet Floor signage (minimum of two)
14. Trash can liners
15. Nitrile gloves
16. Latex gloves
17. SDS Book (contains SDS for all chemicals on the cart)
18. Chemical Inventory ((perpetual (continuous) inventory of chemicals on the cart))

Process:

Start of Shift Cart Set-Up

1. Insure cart is equipped with supplies listed in "Supplies Needed" from above
2. Insure adequate amounts of clean cloths/rags
3. Insure adequate amounts of trash can liners

End of Shift Cart Break-down

1. Return supplies and or chemicals not used to storage area
2. Remove dirty dust mop and wet mop heads, place in proper bins
3. Return cart to cart storage area

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Exterior Premises |
|---|---|---|
| **Section #:** 2 | **Process #:** 200 | Page 1 of 3 |
| **Title:** Exterior Premises, Facility Entrances and Public Entrances | | |

### Exterior Premises

Always clean up and remove debris, garbage, leaves, branches, etc. from the exterior premises of the building, including parking lots, curbs, side parking areas, sally ports, etc.  This process will assist in vermin control.  Use brooms, push brooms, dust pans, etc. to clean up the exterior premises.

### Facility Entrances and Public Entrances

Keep the facility entrances/public access entrances clean at all times. Clean up and remove debris, garbage, leaves, etc. from the entrance and sidewalks. Scrub the sidewalk and entrances on the exterior to keep the area clean and free from offensive odors. Pressure cleaning may also be used on sidewalks, ramps, and steps at front entrances several times per year to assist in keeping the areas clean and having a professional appearance

**Front/Public Entrances Sidewalks, ramps, etc.**

Supplies needed:

1. Mop bucket(s) with cleaning agent at appropriate dilution or soapy water
2. Push brooms and/or corn brooms
3. Deck brush (scrub brush)
4. Dust pan
5. Water hose or mop bucket with clean water
6. Wet Floor signage, caution tape, orange cones
7. Nitrile gloves
8. Goggles/safety glasses

Process

1. Put on gloves and goggles/safety glasses
2. Sweep the entire entrance area

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Exterior Premises | |
|---|---|---|
| **Section #:** 2 | **Process #:** 200 | Page 2 of 3 |
| **Title:** Exterior Premises, Facility Entrances and Public Entrances | | |

3.    Wet the area with clean water

4.    Apply diluted chemical cleaning agent or soapy water

5.    Scrub area using deck brush (scrub brush) and/or corn broom

6.    Rinse with clean water

7.    Repeat steps 3 – 5 until area is clean

8.    Rinse brooms with clean water

9.    Push standing water off sidewalk and away from front entrance using brooms and/or scrub brush

10.   Clean brooms, scrub brush, and mop bucket (Process #'s 1200 & 1202) and store items

Note:   Front/Public Entrances Sidewalks, ramps, etc. may be pressure cleaned on an as needed basis (recommended every six months).  Follow Steps 1 – 6 above.  Then utilize a pressure washer for deep cleaning. Follow the manufacturer's instructions for pressure washing functions.

**Front/Public Entrances Doors & Windows**

Supplies needed:

1.   Spray bottle with cleaning agent at appropriate dilution

2.   Clean rags/cloths

3.   Window cleaner

4.   Bucket with warm soapy water for large window areas

5.   Squeegee

6.   Dry clean rags or paper towels

7.   Nitrile gloves

8.   Goggles/Safety glasses

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Exterior Premises |
|---|---|---|
| **Section #:** 2 | **Process #:** 200 | Page 3 of 3 |
| **Title:** Exterior Premises, Facility Entrances and Public Entrances | | |

9. Stepladder (as needed)

Process

1. Put on gloves and goggles/safety glasses

2. Set up stepladder if needed. Stepladder must be on level surface and locked open before climbing on it.

3. Clean door frames, jams, handles, etc. by spraying cleaning agent and wiping with clean damp cloth. Pay particular attention to dirty areas on doors around door handles. When door frames, jams, handles do not wipe clean it is necessary to paint them. Do not leave entrance doors with an appearance of being dirty.

4. For small window areas, spray window cleaner on the glass and wipe dry with a clean cloth or paper towels.

5. For large window areas, wet the glass with warm diluted soapy water.

6. Use a squeegee to wipe away the soapy water working from the upper most area of the glass to the bottom most area of the glass. To assist with extracting the soapy water, you may wipe the squeegee on a dry rag between extracting motions

7. Use a clean dry cloth to wipe away excess water in corners and bottom of window glass

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Exterior Premises |
|---|---|

| **Section #:** 2 | **Process #:** 201 | Page 1 of 2 |
|---|---|---|

| **Title:** Recreation Yards/Areas – (Exterior - Non-Housing Units) |
|---|

### Recreation Yards/Areas

Always clean up and remove debris, garbage, leaves, branches, etc. from recreation yards/areas. Use brooms, push brooms, dust pans, etc. to clean up these areas.

Scrub concrete areas frequently to keep the area clean and free from offensive odors. Pressure cleaning may also be used on concrete walls and floors several times per year to assist in keeping the areas clean and having a professional appearance

Supplies needed:

1. Mop bucket(s) with cleaning agent at appropriate dilution or soapy water
2. Push brooms and/or corn brooms
3. Deck brush (scrub brush)
4. Dust pan
5. Water hose or mop bucket with clean water
6. Wet Floor signage, caution tape, orange cones
7. Garbage bag(s)
8. Nitrile gloves
9. Goggles/safety glasses

Process

1. Put on gloves and goggles/safety glasses
2. Sweep the entire recreation area/pick up garbage, leaves, debris
3. Wet any concrete areas with clean water
4. Apply diluted chemical cleaning agent or soapy water
5. Scrub area using deck brush (scrub brush) and/or corn broom
6. Rinse with clean water
7. Repeat steps 3 – 5 until area is clean
8. Rinse brooms with clean water

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Exterior Premises |
|---|---|---|
| **Section #:** 2 | **Process #:** 201 | Page 2 of 2 |
| **Title:** Recreation Yards/Areas – (Exterior - Non-Housing Units) | | |

9.    Push standing water off area using brooms and/or scrub brush

10.   Clean brooms, scrub brush, and mop bucket (Process #'s 1200 & 1202) and store items

Note:  Recreation areas may be pressure cleaned on an as needed basis (recommended every six months). Follow Steps 1 – 6 above. Then utilize a pressure washer for deep cleaning. Follow the manufacturer's instructions for pressure washing functions.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Lobby |
|---|---|
| **Section #:** 3 | **Process #:** 300 | Page 1 of 2 |
| **Title:** Lobby/Front Lobby Areas | |

Supplies Needed:

1. Mop bucket with cleaning/disinfecting agent at appropriate dilution
2. Spray bottle with cleaning agent at appropriate dilution
3. Clean cloths/rags
4. Bucket with clean water
5. Corn broom and/or push broom
6. Dust pan
7. Clean wet mop
8. Dust mop
9. Stepladder (as needed)
10. Wet Floor signage
11. Goggles/safety glasses
12. Nitrile gloves
13. Spray bottle with disinfectant at appropriate dilution (only for cleaning walls exposed directly to bacteria or bodily fluids)

Process

1. Put on gloves and goggles/safety glasses
2. Set up stepladder if needed. Stepladder must be on level surface and locked open before climbing on it.
3. Apply cleaning agent to cloth/rags and/or wall(s)
4. Wipe wall(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.
5. Place wet floor signage



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Lobby | |
|---|---|---|---|
| **Section #:** 3 | **Process #:** 300 | Page 2 of 2 | |
| **Title:** Lobby/Front Lobby Areas | | | |

6.  Sweep up any loose debris from the floor and discard in a garbage can

7.  Dust mop the area prior to wet mopping (do not skip this step)

8.  Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent

9.  Allow mop head to absorb solution

10. Lift mop head and place in mop wringer.  Apply wringer to wring mop

11. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

12. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

13. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.  Concentrate on areas of about 4 feet at a time.

14. Be sure to reposition "wet floor" signs as needed as you move along.   Do not remove the "wet floor" signs until the wet area is completely dried

15. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

16. Be sure to mop all areas, including under furniture, chairs, tables, etc.

17. When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn.

18. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

19. Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Walls |
|---|---|---|
| **Section #:** 4 | **Process #:** 400 | Page 1 of 2 |
| **Title:** Walls | | |

## Walls

Walls must be cleaned and sanitized regularly due to exposure to bacteria, viruses, and/or bodily fluids.  It is advised that after walls have been cleaned, the floor is then cleaned to remove anything that has come off the walls, and mopped to remove any wet area on the floor

Supplies needed:

1. Mop bucket with cleaning agent at appropriate dilution
2. Spray bottle with cleaning agent at appropriate dilution
3. Clean cloths/rags
4. Wet mop
5. Bucket with clean water
6. Stepladder (as needed)
7. Wet Floor signage
8. Goggles/safety glasses
9. Nitrile gloves
10. Spray bottle with disinfectant at appropriate dilution (only for cleaning walls exposed directly to bacteria or bodily fluids)

Process

1. Put on gloves and goggles/safety glasses
2. Set up wet floor signage
3. Set up stepladder if needed.  Stepladder must be on level surface and locked open before climbing on it.
4. Apply cleaning agent to cloth/rags and/or wall(s)
5. Wipe wall(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Walls | |
|---|---|---|---|
| **Section #:** 4 | **Process #:** 400 | Page 2 of 2 | |
| **Title:** Walls | | | |

**Sanitizing Walls**

1. Follow steps 1 - 5 above

2. Spray wall area with disinfectant.  Allow to dwell for 10 minutes

3. Excess wetness may be wiped with clean, dry paper towels

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Floors (common areas) |
|---|---|---|
| **Section #:** 5 | **Process #:** 500 | Page 1 of 1 |
| **Title:** Dust Mopping Floors | | |

## Floors (common areas)

Floors must be cleaned at least daily.  In many areas, it may be necessary for the floor to be cleaned multiple times per day or shift.  Floors must be cleaned, but are not required to be sanitized, unless exposed to bacteria/contamination, i.e. blood, bodily fluids.  Waxed floors should be stripped, cleaned and waxed whenever the floor wax is worn or on an as needed basis, whichever comes first.

**Dust Mopping Floors**

Supplies needed:

1.    Dust mop or damp mop
2.    Corn broom
3.    Dust pan

Process

1.    Sweep up any loose debris from the floor and discard in a garbage can

2.    Use either a dust mop of damp mop.  Begin at the farthest corner/wall of the room.  Use a figure eight motion, working clockwise or counter clockwise around the room.  Once you have started, do not lift the mop head from the floor until complete.

3.    Change the mop head as necessary

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Floors (common areas) | |
|---|---|---|
| **Section #:** 5 | **Process #:** 501 | Page 1 of 2 |
| **Title:** Wet Mopping Floors | | |

**Wet Mopping Floors**

Supplies needed:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Mop with clean mop head.  Two additional clean mop heads may be necessary for contaminated areas
5. Nitrile gloves
6. Goggles/Safety glasses

Process

1. Place "wet floor" signage to clearly mark area being mopped
2. Put on gloves and goggles/safety glasses
3. Sweep up any loose debris from the floor and discard in a garbage can
4. Dust mop the area prior to wet mopping (do not skip this step)
5. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution.
6. Lift mop head and place in mop wringer.  Apply wringer to wring mop.
7. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area
8. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet
9. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.  Concentrate on areas of about 4 feet at a time.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Floors (common areas) |
|---|---|---|
| **Section #:** 5 | **Process #:** 501 | Page 2 of 2 |
| **Title:** Wet Mopping Floors | | |

10. Be sure to reposition "wet floor" signs as needed as you move along. Do not remove the "wet floor" signs until the wet area is completely dried

11. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

12. Be sure to mop all areas, including under furniture, chairs, tables, etc.

13. When finished, clean and sanitize the mop head (Process #1202). Discard mop heads that appear dirty and/or worn.

14. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

15. Hang the mop and broom to allow it to air dry. Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Floors (common areas) |
|---|---|---|
| **Section #:** 5 | **Process #:** 502 | Page 1 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing | | |

**Contaminated Floors Cleaning/Sanitizing – Special Procedures**

Contaminated areas must be handled carefully.  OSHA 29 CFR 1910.1030(d)(4)(ii) requires that equipment and surfaces be cleaned and disinfected after contact with blood or other potentially infectious material.  Contaminated work surfaces shall be decontaminated with an appropriate disinfectant immediately or as soon as feasible when surfaces are overtly contaminated or after any spill of blood or other potentially infectious materials; and at the end of the work shift if the surface may have become contaminated since the last cleaning.  An appropriate disinfectant to be used must be registered with the Environmental Protection Agency (EPA) as a tuberculocidal or bleach at 1:10 or 1:100 with water.

Clean mop heads, clean cloths/rags and or paper towels must be used for contaminated areas and discarded after use.  <span style="color:red">Never reuse contaminated mops and/or cloths/rags in any other area of a facility</span>.  Dirty mop heads and/or cloths/rags/paper towels (after use in contaminated areas) must be placed in a biohazard waste bag and properly discarded in a biohazard receptacle.

<u>Supplies Needed</u>:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Three mops with three clean mop heads.
5. Biohazard waste bag(s)
6. Eye Protection & Face Shield
7. Single use Tyvek suit and shoe covers
8. Nitrile gloves

<u>Process</u>

1. Put on Tyvek suit, shoe covers, eye protection, face shield and nitrile gloves
2. Spray the contaminated area with disinfecting solution for contaminated areas at appropriate dilution.  Spray from outside edges of spill toward the middle

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

3.  Soak up and clean up the contaminated area with cloths/rags, paper towels and/or mop. Alternately, an Absorbent Powder (Micro-encapsulation absorbent) specifically designed to clean up spills may be used. Follow the manufacturer's instructions for this type of product

4.  Be sure to absorb and remove all traces of the spill with the cloths/rags, paper towels and/or mop

5.  Re-spray the area with disinfecting solution for contaminated areas and wipe clean or mop with the second clean mop ensuring that all traces of the spill are cleaned up

6.  Re-spray the cleaned area with the disinfecting solution for contaminated areas and allow to air dry or mop with third clean mop and allow to air dry

7.  Discard all mop heads, rags, paper towels, and PPEs in biohazard waste bag and dispose of properly

8.  Clean/sanitize mop bucket(s) utilizing Process #1200

9.  Wash hands thoroughly in warm water and soap for minimum of 20 seconds. Rinse hands with clean water and dry with a clean paper towel

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Floors (common areas) | |
|---|---|---|
| **Section #:** 5 | **Process #:** 503 | Page 1 of 3 |
| **Title:** Floor Stripping & Waxing | | |

Supplies needed:

1.  Floor Scrubber/Buffer machine
2.  Stripper/scrubber/buffer/polishing pads (black, green, red, white)
3.  Clean mop bucket with wringer
4.  Corn broom and/or push broom
5.  Dust pan
6.  Dust mop
7.  Wet floor signage
8.  Stripper finish
9.  Floor cleaner
10. Wax finish (enough for 4 coats)
11. Garbage bags
12. Wet recovery vacuum (to extract water)
13. Old towels/rags (used to block stripper from going under doors)
14. Squeegee
15. Scraper
16. Floor air blower
17. Nitrile Gloves
18. Goggles/safety glasses

Process

1.  Put on gloves
2.  Remove all obstacles, furniture, etc. from the area

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Floors (common areas) |
|---|---|
| **Section #:** 5 | **Process #:** 503 | Page 2 of 3 |
| **Title:** Floor Stripping & Waxing ||

Note: be sure to leave an area available for exiting stripping area

3.  Place "wet floor" signage to clearly mark area that will be worked on (recommended working with 200 – 400 square feet at a time).

4.  Sweep up any loose debris from the floor into dust pan and discard in a garbage can

5.  Dust mop the area prior to beginning the floor stripping process (do not skip this step)

6.  Put on goggles/safety glasses

7.  Mix floor stripper in the mop bucket according to the manufacturer's label instructions. (recommended to line the mop bucket with a plastic liner or garbage bag to protect the mop bucket)

8.  Apply generous amounts of the stripper mixture with the mop and let it sit for a few minutes to loosen the floor finish. Be sure to apply stripper mixture to corners and floor edge. Do not allow the stripper to dry

9.  Attach the black or green stripper pad to the floor machine

10. Scrub the area once

11. Immediately pick up the stripper water with the vacuum (do not allow stripper solution to start drying on the floor)

12. Wipe down corners and floor edges to assure all stripping solution is removed

13. Rinse the floor several times with a wet mop and clean water to ensure all stripping solution is recovered

14. Allow area to dry completely before applying floor wax

15. Clean up solution tanks, mops, mop bucket, squeegees, hoses, etc. Be sure to thoroughly rinse all items

16. Once area has completely dried, set out the wet floor signage again

17. Put on nitrile gloves and safety glasses



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Floors (common areas) |
|---|---|
| **Section #:** 5 | **Process #:** 503 | Page 3 of 3 |
| **Title:** Floor Stripping & Waxing | |

18. Pour floor wax into plastic lined mop bucket

19. Dip mop into bucket and slightly wring out the mop so that the mop is damp, not drenched and dripping with the floor wax

20. Apply a THIN (if the first layer is too thick, the wax finish can adhere or cure improperly and the remainder of the coats will be ruined, causing the process to have to be started with stripping from the beginning) first layer floor wax to the area that was stripped and cleaned by starting at the entrance and outlining the areas running along the baseboards. Then fill in the middle area working from the farthest point in a back and forth pattern until you work your way back to the entrance point.

21. Be sure to clean up any splashed floor wax from baseboard or surrounding objects IMMEDIATELY. Do not allow it to dry

22. Set up floor dryers (if being used)

23. Allow area to completely dry before applying any subsequent coats of wax (if wax coat is not 100% dry, the new coats of floor wax will not set or cure properly)

24. Repeat steps 19 – 21 for subsequent layers of wax (recommended 4 layers of floor wax)

25. Once finished, allow area to cure and adhere before opening the area up to foot traffic (recommended 8 hours for proper curing)

26. Wash out and thoroughly clean all objects/equipment/mop heads that have come in contact with the floor wax

27. Hang the mop (mop head down) to air dry



**Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Floors (common areas) |
|---|---|---|
| **Section #:** 5 | **Process #:** 504 | Page 1 of 2 |
| **Title:** Floor Mats | | |

**<u>Floor Mats</u>**

Floor mats must be swept at least daily.  In many areas, it may be necessary for floor mats to be swept multiple times per day or shift.  Floor mats should be taken outside and scrubbed when they appear dirty, and should be replaced when they appear worn.

**Sweeping Floor Mats**

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Vacuum

<u>Process</u>

1. Gently sweep the floor mat moving from one end to another
2. Sweep debris, particles, etc. into dust pan and discard
3. Vacuum as needed

**Scrubbing Floor Mats**

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Mop bucket with warm soapy water
4. Scrub brush  (alternately you can use a swing machine for scrubbing the mat)
5. Hose

<u>Process</u>

1. Roll up floor mat(s) and take them outside
2. Sweep all debris, particles, etc. off of the mat(s)
3. Hook up the hose and turn on water

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Floors (common areas) |
|---|---|
| **Section #:** 5    **Process #:** 504 | Page 2 of 2 |
| **Title:** Floor Mats | |

   4. Wet floor mat(s)

   5. Apply warm soapy water to the mat(s)

   6. Gently scrub mat(s) with scrub brush or swing machine

   7. Rinse mat(s) thoroughly with clean water

   8. Push excess water off of mat(s) with broom

   9. Hang mat(s) for drainage and allow to dry completely before taking back inside

  10. Clean brooms, scrub brush, and mop bucket (Process #1202) and store items

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Floors (common areas) |
|---|---|---|
| **Section #:** 5 | **Process #:** 505 | Page 1 of 2 |
| **Title:** Floor Burnishing | | |

Supplies needed:

1. Floor burnishing machine
2. Burnishing pads
3. Clean mop bucket with cleaning solution at appropriate dilution
4. Corn broom and/or push broom
5. Dust pan
6. Dust mop
7. Wet floor signage
8. Wet Mop
9. Spray bottle with floor finish restoring solution (burnishing solution) at appropriate dilution
10. Nitrile Gloves
11. Goggles/Safety glasses

Process

1. Follow Dust Mopping Process #500
2. Follow Wet Mopping Process #501
3. Place burnishing pad on burnishing machine
4. Place burnisher with attached pad in place
5. Lean burnisher back so pad is not touching the floor
6. Apply/spray burnishing solution onto floor
7. Start the burnishing machine and lower the head/pad onto the floor
8. Move the burnisher in a forward and back motion, using a pattern that allows some overlap
9. Burnish until a high shine is achieved
10. Flip the burnishing pad over or change to a new one when the shine

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Floors (common areas) |
|---|---|
| **Section #:** 5 | **Process #:** 505 | Page 2 of 2 |
| **Title:** Floor Burnishing |

results begin to diminish

11.　Dust mop and then wet mop the entire burnished area to pick up any dust that was created from the polishing

12.　Move furnishings back into original place

13.　Remove wet floor signage

14.　Rinse the used pads completely

15.　Allow the pads to soak in clean water for several hours

16.　Clean and sanitize the wet mop head (Process #1202).  Discard mop heads that appear dirty and/or worn.

17.　Thoroughly clean/sanitize the mop bucket utilizing Process #1200

18.　Hang the wet mop, broom and burnishing pads to allow them to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Walks, Interior Walkways, Basements |
|---|---|---|
| **Section #:** 6 | **Process #:** 600 | Page 1 of 3 |
| **Title:** "Walks", Interior Walkways, Basements | | |

### "Walks" and Interior Walkways

Supplies needed:

1. Broom
2. Dust pan
3. Dust mop
4. Wet mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Clean cloths/rags
9. Duster with extension pole (Optional)
10. Goggles/Safety glasses
11. Nitrile gloves
12. Mask (N95)
13. Paper Towels

Process

"Walks" and walkways should be cleaned in the order from highest to lowest level in the area.

1. Put on gloves and goggles/safety glasses and mask
2. Setup the step ladder under air vent. Ensure step ladder is on a level surface and is locked open before climbing on it.
3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting. If a vacuum containing a HEPA filter is not available, continue to step #4

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Walks, Interior Walkways, Basements | |
|---|---|---|
| **Section #:** 6 | **Process #:** 600 | Page 2 of 3 |
| **Title:** "Walks", Interior Walkways, Basements | | |

4. Wet a hand brush with cleaning agent

5. Softly brush the vent(s) in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Discard any debris in a garbage bag

8. Repeat steps 2 – 6 for each air vent on the walk

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

9. Move step ladder under light fixture(s)

10. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

11. Wipe the light fixture, top, sides, and bottom

12.  Repeat steps 10 – 11 for each light fixture

13. Apply cleaning agent to cloth/rags and/or wall(s)

14. Wipe wall(s), door(s), door handle and door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

15. Spray door handles with disinfectant.  Allow to dwell for 10 minutes

16. Excess wetness may be wiped with a clean, dry paper towel

17. Spray cloth/rags with cleaning agent and wipe down above head pipes, conduit, fire lines, fire hose boxes, etc.

18. Close step ladder

19. Sweep up any loose debris from the floor and discard in a garbage can

20. Dust mop the area prior to wet mopping (do not skip this step)

21. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent.  Allow mop head to absorb solution

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Walks, Interior Walkways, Basements | |
|---|---|---|
| **Section #:** 6 | **Process #:** 600 | Page 3 of 3 |
| **Title:** "Walks", Interior Walkways, Basements | | |

22. Lift mop head and place in mop wringer.  Apply wringer to wring mop

23. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

24. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

25. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

26.  Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.   Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

27.  When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

28.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

29.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 700 | Page 1 of 4 |
| **Title:** Housing Cells (Individual Housing Cells) | | |

## Housing Cells (Individual Housing Cells)

Supplies needed:

1. Broom
2. Dust pan
3. Dust mop
4. Wet mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Hand brush
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Goggles/Safety glasses
13. Nitrile gloves
14. Toilet brush or toilet mop
15. Paper Towels

Process

Housing cells should be cleaned in the order from highest to lowest level in the room.

1. Put on gloves and goggles/safety glasses
2. Setup the step ladder under the air vent. Ensure step ladder is on a level surface and is locked open before climbing on it.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 700 | Page 2 of 4 |
| **Title:** Housing Cells (Individual Housing Cells) | | |

3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting. If a vacuum containing a HEPA filter is not available, continue to step #4

4. Wet a hand brush with cleaning agent

5. Softly brush the vent in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Discard any debris in a garbage bag

Note: If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

8. Move step ladder under light fixture(s)

9. Turn off the light

10. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

11. Wipe the light fixture, top, sides, and bottom

12. Turn light back on

13. Apply cleaning agent to cloth/rags and/or wall(s)

14. Wipe wall(s), door(s), door handle and door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

15. Spray wall area, doors, door handle, door jams with disinfectant. Allow to dwell for 10 minutes

16. Excess wetness may be wiped with a clean, dry paper towel

17. Close step ladder

18. Flush urinals and toilets

**Note: Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such as sinks and/or toilets or urinals**

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 700 | | Page 3 of 4 |
| **Title:** Housing Cells (Individual Housing Cells) | | | |

19. Apply cleaner/disinfectant to inside and outside of urinals and toilets. Allow to dwell for 10 minutes. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim. Wipe the outside with a clean cloth/rag. Discard the cloth/rag

20. Apply cleaner/disinfectant to sink area and wipe with a clean cloth/rag. Pay particular attention to spots, dried soap, soap scum, etc.

21. Wipe entire sink area with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on sink area and wipe with a new clean cloth/rag. Allow to air dry

22. Wipe outside of urinals and toilets with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on urinals and toilets and wipe with a new clean cloth/rag. Allow to air dry

Note: Do not use the same cloth used on the urinals and/or toilets on any other surface

23. Allow both sink and toilet/urinal to air dry

24. Turn mattress end over to opposite end so that mattress is folded in half

25. Spray exposed bunk, including flat metal where mattress end was, sides, end rails, etc. and flipped mattress with cleaning agent and wash with clean cloth/rag. Pay special attention to spots, food debris, stains, etc.

26. Wipe exposed bunk, including flat metal where mattress end was, sides, end rails, etc., and flipped mattress with disposable disinfecting wipes. Be sure all areas wiped are wet with the solution. Allow area to air dry

27. Flip mattress end down and turn opposite end so that mattress is again folded in half

28. Repeat steps 25 - 26.

29. Turn mattress end down so that mattress is lying flat on the bunk in a normal bedding position

30. Wipe entire mattress with disposable disinfecting wipes. Be sure entire mattress becomes wet with the solution. Allow area to air dry

31. Sweep up any loose debris from the floor and discard in a garbage can

32. Dust mop the area prior to wet mopping (do not skip this step)



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 700 | Page 4 of 4 |
| **Title:** Housing Cells (Individual Housing Cells) | | |

33. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution

34. Lift mop head and place in mop wringer. Apply wringer to wring mop

35. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

36. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

37. Return to where you began. Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

38. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

39. Be sure to mop all areas, including under bunks, around toilets, sinks, etc.

40. When finished, clean and sanitize the mop head (Process #1202). Discard mop heads that appear dirty and/or worn

41. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

42. Hang the mop, rag, broom or brush to allow it to air dry. Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 701 | Page 1 of 1 |
| **Title:** Housing Unit Metal Bars | | |

Housing unit metal bars must be cleaned regularly. Dust, debris, stains, and food particles must be removed from metal bars on a regular basis.  Metal bars may require sanitizing when exposed to bacteria, bodily fluids, etc.  However, in order to sanitize properly, the metal bars must be cleaned first.

Supplies needed:

1. Spray bottle with properly diluted cleaning agent
2. Clean cloths/rags
3. Trash bags for debris or garbage
4. Nitrile gloves
5. Goggles/safety glasses
6. Spray bottle with properly diluted sanitizing agent (needed if sanitizing metal bars is necessary after cleaning)

Process

1. Put on gloves and goggles/safety glasses
2. Remove any debris from the bars, i.e. cups, plastic, food wrappers, soap, etc. and place in the garbage bag
3. Dampen cloths/rags
4. Apply cleaning agent to cloth/rags
5. Thoroughly wipe metal bars, including vertical and horizontal metal
6. Change cloths/rags each time they appear dirty
7. Discard garbage bag

Sanitizing Metal Bars

1. Perform steps 1 – 6 above
2. Apply properly diluted sanitizing agent to metal bars, ensuring the areas become wet with the solution and allow to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 702 | | Page 1 of 4 |
| **Title:** Holding Cells/Rear Lobby Cells | | | |

Supplies needed:

1. Broom
2. Dust pan
3. Dust mop
4. Wet Mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Hand brush
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Stepladder
13. Goggles/Safety glasses
14. Nitrile gloves
15. Paper Towels

Process

The following procedures are general cleaning/sanitizing steps for a holding cell, rear lobby cell, etc. Steps that do not apply, i.e. air vent to a particular area may be skipped.

Holding cells should be cleaned in the order from highest to lowest level in the room.

1. Put on gloves and goggles/safety glasses
2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and is locked open before climbing on it.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 702 | | Page 2 of 4 |
| **Title:** Holding Cells/Rear Lobby Cells | | | |

3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting.  If a vacuum containing a HEPA filter is not available, continue to step #4

4. Wet a hand brush with cleaning agent

5. Softly brush the vent in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

8. Move step ladder under light fixture(s)

9. Turn off the light

10. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

11. Wipe the light fixture, top, sides, and bottom

12. Turn light back on

13. Apply cleaning agent to cloth/rags and/or wall(s)

14. Wipe wall(s), door(s), door handles, door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

15. Spray wall area, door, door handle, door jam with disinfectant.  Allow to dwell for 10 minutes

16. Excess wetness may be wiped with a clean, dry paper towel

17. Close step ladder

18. Flush urinals and toilets, and wet sink area of sink/toilet unit

**Note:  Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such as sinks and/or toilets or urinals**

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells |
|---|---|---|
| **Section #:** 7 | **Process #:** 702 | Page 3 of 4 |
| **Title:** Holding Cells/Rear Lobby Cells | | |

19. Apply cleaner/disinfectant to inside and outside of urinals and toilets and/or sink/toilet unit. Allow to dwell for 10 minutes. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim. Wipe the outside with a clean cloth/rag. Discard the cloth/rag.

20. Wipe sink bowl and faucets, and outside sink bowl first, followed by outside of urinals and toilets with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on sink, urinals and toilets and wipe with a new clean cloth/rag. Allow to air dry

Note:  Do not use the same cloth after use on the urinals and/or toilets on any other surface

21. Spray bunk, including sides, end rails, etc. with cleaning agent and wash with clean cloth/rag. Pay special attention to spots, food debris, stains, etc.

22. Spray bunk, including sides, end rails, etc., with disinfecting agent. Allow area to air dry

23. Sweep up any loose debris from the floor and discard in a garbage can

24. Dust mop the area prior to wet mopping (do not skip this step)

25. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to  absorb solution

26. Lift mop head and place in mop wringer. Apply wringer to wring mop

27. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

28. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

29. Return to where you began. Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

30. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

31. Be sure to mop all areas, including under bunks, around toilets, sinks, etc.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 702 | Page 4 of 4 |
| **Title:** Holding Cells/Rear Lobby Cells | | |

32. When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

33.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

34.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 703 | | Page 1 of 3 |
| **Title:** Housing Units (Floors) | | | |

### Floors (Housing Units)

Floors must be cleaned at least daily.  In many areas, it may be necessary for the floor to be cleaned multiple times per day or shift.  Floors must be cleaned, but are not required to be sanitized, unless exposed to bacteria/contamination, i.e. blood, bodily fluids.  Waxed floors should be stripped, cleaned and waxed whenever the floor wax is worn or on an as needed basis, whichever comes first.

### Dust Mopping Floors

Supplies needed:

1. Dust mop or damp mop
2. Corn broom
3. Dust pan

Process

1. Sweep up any loose debris from the floor and discard in a garbage can
2. Use either a dust mop of damp mop.  Begin at the farthest corner/wall of the room.  Use a figure eight motion, working clockwise or counter clockwise around the room.  Once you have started, do not lift the mop head from the floor until complete.
3. Change the mop head as necessary

### Wet Mopping Floors

Supplies needed:

1. Clean mop bucket with properly diluted cleaning/disinfecting agent
2. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
3. Mop with clean mop head.  A second clean mop head will be necessary for contaminated areas



**Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 703 | Page 2 of 3 |
| **Title:** Housing Units (Floors) | | |

4.      Nitrile gloves

Procedure

1.      Put on gloves

2.      Sweep up any loose debris from the floor and discard in a garbage can

3.      Dust mop the area prior to wet mopping (do not skip this step)

4.      Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution.

5.      Lift mop head and place in mop wringer.  Apply wringer to wring mop.

6.      Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

7.      Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

8.      Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.  Concentrate on areas of about 4 feet at a time.

9.      Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

10.     Be sure to mop all areas, including under furniture, bunks, chairs, tables, etc.

11.     When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn.

12.     Thoroughly clean/sanitize the mop bucket utilizing Process #1200

13.     Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 703 | | Page 3 of 3 |
| **Title:** Housing Units (Floors) | | | |

**Contaminated Floors Cleaning/Sanitizing – Special Procedures**

Contaminated areas must be handled carefully.  Follow the Contaminated Floors Cleaning/Sanitizing Process # 502.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 704 | | Page 1 of 1 |
| **Title:** Housing Units (Walls) | | | |

**Walls**

Follow process # 400 for cleaning walls.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 705 | Page 1 of 1 |
| **Title:** Housing Units (Tables, Chairs, Furniture, Handrails, Door knobs, etc.) | | |

<u>Supplies needed</u>:

1. Clean rags/cloths
2. Spray bottle with cleaning agent at appropriate dilution
3. Spray bottle with disinfecting agent at appropriate dilution
4. Wet floor signage
5. Nitrile gloves
6. Goggles/safety glasses

<u>Process</u>

1. Set up wet floor signage
2. Put on nitrile gloves and goggles/safety glasses
3. Clear off any items from the tables
4. Spray tables, chairs, furniture, handrails, door knobs with cleaning agent
5. Wipe with clean rag/cloth, paying particular attention to spills, stains, food debris, etc.
6. Continue to use cleaning agent until stains, spills, food debris has been removed
7. Spray tables, chairs, handrails, doorknobs with disinfecting agent and allow to dwell for 10 minutes
8. Excess moisture, if any, may be wiped with a clean paper towel

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells | |
|---|---|---|---|
| **Section #:** 7 | **Process #:** 706 | | Page 1 of 1 |
| **Title:** Inmate Telephones | | | |

Telephones should be cleaned and sanitized at minimum once per day.   Never spray products containing sodium hypochlorite (bleach) onto telephones.

Supplies needed:

1. Clean rags/cloths
2. Spray bottle with disinfecting agent at appropriate dilution
3. Nitrile gloves
4. Goggles/safety glasses
5. Paper towels

Process

1. Put of nitrile gloves and goggles/safety glasses
2. Spray telephone panel, telephone receiver and telephone cord with disinfecting agent. Allow to dwell for 10 minutes.
3. After 10 minutes wipe down all areas of the telephone panel, receiver, and telephone cord
4. Re-spray telephone panel, receiver, and telephone cord with disinfecting agent
5. Wipe with dry paper towels

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Housing Cells | |
|---|---|---|
| **Section #:** 7 | **Process #:** 707 | Page 1 of 2 |
| **Title:** Inmate Recreation Areas | | |

### Recreation Yards/Areas

Always clean up and remove debris, garbage, leaves, branches, etc. from recreation yards/areas. Use brooms, push brooms, dust pans, etc. to clean up these areas.

Scrub the recreation areas frequently to keep the area clean and free from offensive odors. Pressure cleaning may also be used on concrete walls and floors several times per year to assist in keeping the areas clean and having a professional appearance

Supplies needed:

1. Mop bucket(s) with cleaning agent at appropriate dilution or soapy water
2. Push brooms and/or corn brooms
3. Deck brush (scrub brush)
4. Dust pan
5. Water hose or mop bucket with clean water
6. Wet Floor signage, caution tape, orange cones
7. Nitrile gloves
8. Goggles/safety glasses

Process

1. Put on gloves and goggles/safety glasses
2. Sweep the entire recreation area
3. Wet the area with clean water
4. Apply diluted chemical cleaning agent or soapy water
5. Scrub area using deck brush (scrub brush) and/or corn broom
6. Rinse with clean water
7. Repeat steps 3 – 5 until area is clean
8. Rinse brooms with clean water
9. Push standing water off area using brooms and/or scrub brush

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Housing Cells |
|---|---|---|
| **Section #:** 7 | **Process #:** 707 | Page 2 of 2 |
| **Title:** Inmate Recreation Areas | | |

    10.    Clean brooms, scrub brush, and mop bucket (Process #'s 1200 & 1202) and store items

Note:  Recreation areas may be pressure cleaned on an as needed basis (recommended every six months).  Follow Steps 1 – 6 above.  Then utilize a pressure washer for deep cleaning. Follow the manufacturer's instructions for pressure washing functions.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Mattresses/Bunks | |
|---|---|---|
| **Section #:** 8 | **Process #:** 800 | Page 1 of 3 |
| **Title:** Mattresses and Bunks | | |

## Mattresses and Bunks

Mattresses must be cleaned and sanitized whenever one inmate using the mattress leaves or is moved and before the mattress is assigned to another inmate.  In addition, during continuous use by the same inmate, the following should occur:

1. The mattress should be wiped down with disposable disinfecting wipes whenever linens are changed or one time per week, whichever comes first.

2. The mattress and bunk should be completely cleaned and sanitized following the "Change of Inmate Procedure" below at least one time per month

Mattresses can be spot cleaned for debris other than bodily fluids at any time.

Mattresses that have visible signs of excessive wear, tears, splits, etc. should be considered non-useable and should be removed from the housing area.  In addition, if a mattress is exposed to a large amount of potentially hazardous substances, i.e. bodily fluids, chemical spills, etc., the mattress should be removed and either cleaned and sanitized or discarded.

Follow the "Least Acceptable Mattress" photo(s) to determine when a mattress should be discarded. A mattress that is to be discarded should have the outer plastic cover removed (discarded) and the foam interior sent out for recovering. If the foam interior has become wet, the entire mattress (plastic covering and foam mattress) must be discarded.

**Follow the steps below for cleaning and sanitizing a mattress and bunk (Change of Inmate Procedure)**

Supplies needed:

1. Clean cloths/rags

2. Spray bottle with cleaning/disinfecting agent at appropriate dilution

3. Disposable wipes prepared with disinfection solution at appropriate dilution

4. Goggles/safety glasses

5. Nitrile gloves

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Mattresses/Bunks | |
|---|---|---|
| **Section #:** 8 | **Process #:** 800 | Page 2 of 3 |
| **Title:** Mattresses and Bunks | | |

Process

1. Put on safety glasses and nitrile gloves

2. Inspect mattress top, bottom, and sides.  Look for tears, splits, contraband storage, etc.  Determine if mattress should be cleaned/disinfected or discarded (sent for new covering)

3. Turn mattress end over to opposite end so that mattress is folded in half

4. Spray exposed bunk, including flat metal where mattress end was, sides, end rails, etc. and flipped mattress with cleaning agent and wash with clean cloth/rag.  Pay special attention to spots, food debris, stains, etc.

5. Wipe exposed bunk, including flat metal where mattress end was, sides, end rails, etc., and flipped mattress with disposable disinfecting wipes.  Be sure all areas wiped are wet with the solution.  Allow area to air dry

6. Flip mattress end down and turn opposite end so that mattress is again folded in half

7. Repeat steps 4 - 5.

8. Turn mattress end down so that mattress is lying flat on the bunk in a normal bedding position

9. Dispense one disposable disinfecting wipe from dispenser container

10. Wipe entire mattress with disposable disinfecting wipe.  Be sure entire mattress becomes wet with the solution.

11. Allow area to air dry


**Follow the steps below during linen exchange or a least one time in a seven day period (1x/week)**

Supplies needed:

1. Disposable wipes prepared with disinfection solution at appropriate dilution

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Mattresses/Bunks |
|---|---|---|
| **Section #:** 8 | **Process #:** 800 | Page 3 of 3 |
| **Title:** Mattresses and Bunks | | |

2. Nitrile gloves

Process

1. Put on nitrile gloves

2. Inspect mattress top, bottom, and sides.  Look for tears, splits, contraband storage, etc.  Determine if mattress should be cleaned/disinfected or discarded (sent for new covering)

3. Mattress should be lying flat on the bunk in a normal bedding position

4. Dispense one disposable disinfecting wipe from dispenser container

5. Wipe entire mattress with disposable disinfecting wipe.  Be sure entire mattress becomes wet with the solution.

6. Allow area to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Mattresses/Bunks | |
|---|---|---|
| **Section #:** 8 | **Process #:** 801 | Page 1 of 3 |
| **Title:** Boats | | |

## Boats

Boats must be cleaned and sanitized whenever one inmate using the boat leaves or is moved and before the boat is assigned to another inmate. In addition, during continuous use by the same inmate, the following should occur:

1. The mattress should be wiped down with disposable disinfecting wipes whenever linens are changed or one time per week, whichever comes first.

2. The mattress and boat should be completely cleaned and sanitized following the "Change of Inmate Procedure" below at least one time per month

Boats can be spot cleaned for debris other than bodily fluids at any time.

Due to the various spaces, indentations, and molded shape of the boats, it will become necessary to pressure wash the unit in order to ensure that debris, dirt, dust, etc. are properly removed from the unit.   Boats should be pressure washed and then sanitized whenever debris is seen in molding, indentations, spaces, etc., or one time per month during continuous use, whichever comes first. Boats should be inspected continuously for cleanliness and should always be considered for pressure cleaning between assignment of inmates.

**Follow the steps below for cleaning and sanitizing a mattress and boat (Change of Inmate Procedure)**

Supplies needed:

1. Clean cloths/rags

2. Spray bottle with cleaning/disinfecting agent at appropriate dilution

3. Disposable wipes prepared with disinfection solution at appropriate dilution

4. Goggles/safety glasses

5. Nitrile gloves

6. Pressure washer (as needed)

Procedure

1. Put on nitrile gloves and goggles/safety glasses

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Mattresses/Bunks | |
|---|---|---|
| **Section #:** 8 | **Process #:** 801 | Page 2 of 3 |
| **Title:** Boats | | |

2.  Inspect mattress top, bottom, and sides.  Look for tears, splits, contraband storage, etc.  Determine if mattress should be cleaned/disinfected or discarded (sent for new covering)

3.  Turn mattress end over to opposite end so that mattress is folded in half

4. Spray exposed boat, including area where mattress end was, boat sides, boat ends, indentations, spaces, molding, etc., and flipped mattress with cleaning agent and wash with clean cloth/rag.  Pay special attention to spots, food debris, stains, etc.

5. Wipe exposed boat, including area where mattress end was, boat sides, boat ends, indentations, spaces, molding, etc., and flipped mattress with disposable disinfecting wipes.  Be sure all areas wiped are wet with the solution.  Allow area to air dry

6.  Flip mattress end down and turn opposite end so that mattress is again folded in half

7.  Repeat steps 4 - 5.

8.  Turn mattress end down so that mattress is lying flat on the boat in a normal bedding position

9.  Dispense one disposable disinfecting wipe

10. Wipe entire mattress with disposable disinfecting wipe.  Be sure entire mattress becomes wet with the solution.

11. Allow area to air dry

**Follow the steps below during linen exchange or a least one time in a seven day period (1x/week)**

Supplies needed:

1.  Disposable wipes prepared with disinfection solution at appropriate dilution

2.  Nitrile gloves

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | | |
|---|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Mattresses/Bunks | |
| **Section #:** 8 | **Process #:** 801 | Page 3 of 3 |
| **Title:** Boats | | |

Process

1. Put on nitrile gloves

2. Inspect mattress top, bottom, and sides.  Look for tears, splits, contraband storage, etc.  Determine if mattress should be cleaned/disinfected or discarded (sent for new covering)

3. Mattress should be lying flat on the bunk in a normal bedding position

4. Dispense one disposable disinfecting wipe from dispenser container

5. Wipe entire mattress with disposable disinfecting wipe.  Be sure entire mattress becomes wet with the solution.

6. Allow area to air dry

**Pressure Cleaning Process**:

1. Clean and sanitized the mattress.  After air drying, remove the mattress and store for use once the boat has been pressure cleaned.

2. Remove the boat from the housing area to an outside area, i.e. recreation yard at TGK

3. Use a soap and water solution or cleaning solution at appropriate dilution to first clean the boat.  Scrub the boat surface with a soft brush as necessary

4. Pressure wash the boat following the pressure washer's manufacturer instructions.  Pay particular attention to indentations, spaces, molding, etc. while pressure washing

5. Dry off boat and bring back into the housing unit.

6. Wipe entire boat, including boat sides, boat ends, indentations, spaces, molding, etc., with disposable disinfecting wipes.  Be sure all areas wiped are wet with the solution.  Allow area to air dry

7. Return cleaned/sanitized mattress to boat.  Re-sanitize mattress prior to placing on boat if needed.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Inmate Bathrooms | |
|---|---|---|
| **Section #:** 9 | **Process #:** 900 | Page 1 of 2 |
| **Title:** Inmate Toilet | | |

**Toilets**

<span style="color:red">**Note: Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such as toilets and/or urinals or sink/toilet units. "Oxygenated bleach powder" may be used when scrubbing is necessary as outlined in steps 2 - 4 below.**</span>

Supplies needed:

1. Spray bottle with cleaning agent at appropriate dilution
2. Spray bottle with sanitizing agent at appropriate dilution
3. Oxygenated Bleach Powder (as needed)
4. Clean cloths/rags
5. Goggles/Safety glasses
6. Nitrile gloves
7. Toilet brush or toilet mop
8. Paper Towels

Process

1. Flush urinals and toilets

Note: Toilets that have stains may be cleaned with oxygenated cleanser (powder) prior to general cleaning and sanitizing functions. To use oxygenated cleanser, follow steps 2 – 4. Otherwise, skip to step 5.

2. Sprinkle oxygenated bleach powder into bowl of toilet and/or urinal

3. Scrub the inside of urinal and/or toilet using the toilet brush/toilet mop, including under the rim

4. Flush the toilet and/or urinal

5. Apply cleaner/disinfectant to inside and outside of urinals and toilets. Allow to dwell for 10 minutes. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim. Wipe the outside with a clean cloth/rag. Discard the cloth/rag.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Inmate Bathrooms |
|---|---|---|
| **Section #:** 9 | **Process #:** 900 | Page 2 of 2 |
| **Title:** Inmate Toilet | | |

6. Re-apply sanitizing solution to outside of urinals and toilets and wipe with a new clean cloth/rag. Work from high to low starting with top of toilet/urinal to outside of toilet/urinal and around base

7. Allow to air dry

Note: Do not use the same cloth used on the urinals and/or toilets on any other surface

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Inmate Bathrooms |
|---|---|---|
| **Section #:** 9 | **Process #:** 901 | Page 1 of 1 |
| **Title:** Inmate Sink | | |

**Sink**

<span style="color:red">**Note: Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such sinks or sink/urinal units. "Oxygenated bleach powder" may be used when scrubbing is necessary as outlined in steps 1 - 4 below.**</span>

<u>Supplies needed</u>:

1. Spray bottle with cleaning agent at appropriate dilution

2. Spray bottle with sanitizing agent at appropriate dilution

3. Oxygenated Bleach Powder (as needed)

4. Clean cloths/rags

5. Goggles/Safety glasses

6. Nitrile gloves

7. Paper towels

<u>Process</u>

Note:  Sinks that have stains may be cleaned with oxygenated cleanser (powder) prior to general cleaning and sanitizing functions.    To use oxygenated cleanser, follow steps 1 – 4. Otherwise, skip to step 5.

1. Wet inside of sink area

2. Sprinkle oxygenated bleach powder into bowl of sink

3. Scrub the inside of the sink with a damp rag or cloth

4. Rinse the sink thoroughly with clean water

5. Apply cleaner/disinfectant to sink area (sink bowl and counter space) and allow to dwell for 10 minutes.  Wipe with a clean cloth/rag.  Pay particular attention to spots, dried soap, soap scum, etc.

6. Re-apply sanitizing solution.  Wipe entire sink area with a new clean cloth/rag.

7. Allow to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Inmate Bathrooms | |
|---|---|---|
| **Section #:** 9 | **Process #:** 902 | Page 1 of 3 |
| **Title:** Inmate Showers/Shower Drains | | |

### Showers

The cleaning process for showers will differ between facilities depending on the type of shower/shower surface that is installed in the facility.   The instructions below will be described according to the type of shower surface to be cleaned.

### Tile and Resin Floor Showers

<u>Supplies needed</u>:

1. Scrub brush
2. Deck brush
3. Spray bottle with All Purpose Cleaner (Marauder) at appropriate dilution
4. Powder Cleanser
5. Spray bottle with disinfecting/sanitizing agent at appropriate dilution
6. Water hose
7. Sponge
8. Goggles/safety glasses
9. Nitrile gloves

<u>Process</u>

1. Put on goggle/safety glasses and nitrile gloves
2. Attach water hose to clean water supply
3. Spray the shower surfaces (floor, walls, water panel, shower curtain) generously with All Purpose Cleaner (Marauder) and allow to dwell for 3 – 5 minutes
4. Wet the shower floor and walls with small amount of water from the water hose
5. Use the deck brush to scrub the walls and floor in a back and forth motion



**Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Inmate Bathrooms |
|---|---|---|
| **Section #:** 9 | **Process #:** 902 | Page 2 of 3 |
| **Title:** Inmate Showers/Shower Drains | | |

6. Rinse walls and floor, and shower curtain thoroughly with clean water from water hose

7. Sprinkle powder cleanser freely in the shower floor and on the deck brush

8. Scrub the floor and walls with the deck brush. Frequently return the deck brush to the floor while scrubbing the walls to ensure enough powder cleanser is on the deck brush. Additional water may need to be added to the area to ensure an appropriate paste for scrubbing is formed

9. Rinse walls and floor thoroughly with clean water from the water hose

Note: For stubborn soap scum buildup, it may be necessary to use a scrubbing pad along with the All Purpose Cleaner or powder cleanser to completely remove the soap scum

10. Repeat steps 3 – 9 as needed until shower surfaces have a clean appearance

11. Spray disinfecting/sanitizing agent on walls and floors of shower

12. Allow to air dry

**Stainless Steel Showers**

<span style="color:red">**Do not use products containing sodium hypochlorite (bleach) on stainless steel shower surfaces.**</span>

Supplies needed:

1. Spray bottle with All Purpose Cleaner (Marauder) at appropriate dilution

2. Bottle of General Purpose Acid Cleaner (water based)

3. Spray bottle with disinfecting/sanitizing agent at appropriate dilution

4. Water hose

5. Sponge

6. Clean rags/cloths

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | | |
|---|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Inmate Bathrooms | |
| **Section #:** 9 | **Process #:** 902 | Page 3 of 3 |
| **Title:** Inmate Showers/Shower Drains | | |

7. Goggles/safety glasses

8. Nitrile gloves

Process

1. Put on goggles/safety glasses and nitrile gloves

2. Attach water hose to clean water supply

3. Apply the General Purpose Acid Cleaner to areas (walls, floors, ceiling,) in the shower that have soap scum buildup

4. Wipe the area with a clean rag

5. Rinse the area with clean water from the water hose

6. Generously spray entire shower surface, including shower curtains with All Purpose Cleaner   (Marauder)

7. Wipe all areas with a clean sponge

8. Rinse walls and floor thoroughly with clean water from the water hose

9. Repeat steps 3 – 8 as needed until shower surfaces have a clean appearance

10. Spray disinfecting/sanitizing agent on walls and floors of shower

11. Allow to air dry

Note:  Shower curtains may also be machine washed when they appear dirty with soap scum. If they do not appear clean after spraying with All Purpose Cleaner and/or machine washing, replace them.

**Shower Drains**

Shower drains will be cleaned each time the shower is properly cleaned and sanitized through the draining of the cleaning/sanitizing chemicals during the cleaning/sanitizing process.  When a shower drain has a foul smell even after proper cleaning, or is clogged a service ticket should be generated through Facilities Management Bureau.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1000 | Page 1 of 4 |
| **Title:** Classrooms, Chapel, Multi-Purpose Rooms | | |

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Dust mop
4. Wet Mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Hand brush
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Goggles/Safety glasses
13. Nitrile gloves
14. Paper Towels

<u>Process</u>

The following procedures are general cleaning/sanitizing steps for a classroom, chapel, and/or multi-purpose room. Steps that do not apply, i.e. air vent to a particular area may be skipped.

Classrooms, chapels, multi-purpose rooms should be cleaned in the order from highest to lowest level in the room.

1. Put on gloves and goggles/safety glasses

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1000 | Page 2 of 4 |
| **Title:** Classrooms, Chapel, Multi-Purpose Rooms | | |

2. Setup the step ladder under the air vent. Ensure step ladder is on a level surface and it locked open before climbing on it.

3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting. If a vacuum containing a HEPA filter is not available, continue to step #4

4. Wet a hand brush with cleaning agent

5. Softly brush the air vent in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Discard any debris in a garbage bag

Note: If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

8. Move step ladder under light fixture(s)

9. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

10. Wipe the light fixture, top, sides, and bottom

11. Apply cleaning agent to cloth/rags and/or wall(s)

12. Wipe wall(s), door(s), door handle, door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

13. Spray wall area, door(s), door handle, door jam(s) with disinfectant. Allow to dwell for 10 minutes

14. Excess wetness may be wiped with a clean, dry paper towel

15. Close step ladder

16. If classroom contains computer terminals, keyboards and a mouse, wipe down the monitor and any other computer devices, except the keyboard and mouse with a clean rag/cloth dampened with the cleaning agent from the spray bottle. Never spray any liquid onto ANY computer equipment.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1000 | Page 3 of 4 |
| **Title:** Classrooms, Chapel, Multi-Purpose Rooms | | |

17.  Use a disposable disinfecting wipe to wipe down the computer keyboard and mouse at each workstation

18.  Spray tables, desks, etc. with cleaning agent (be sure to lift up any computer keyboard, mouse, etc. before spraying any liquid product)

19.  Wipe with clean rag/cloth, paying particular attention to spills, stains, food debris, etc.

20.  Continue to use cleaning agent until stains, spills, food debris has been removed

21.  Spray tables, desks, etc. with disinfecting agent and allow to dwell for 10 minutes. (Be sure to lift up any computer keyboard, mouse, etc. before spraying any liquid product)

22.  Excess moisture, if any, may be wiped with a clean paper towel

23.  Discard used paper towels

24.  Sweep up any loose debris from the floor and discard in a garbage can

25.  Dust mop the area prior to wet mopping (do not skip this step)

26.  Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent.  Allow mop head to absorb solution

27.  Lift mop head and place in mop wringer.  Apply wringer to wring mop

28.  Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

29.  Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

30.  Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

31.  Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.   Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

32.  Be sure to mop all areas, including under tables, desks, etc.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:**  Cleaning/Sanitizing Process | | **Process Category:**  Common Areas | |
|---|---|---|---|
| **Section #:**  10 | **Process #:**  1000 | Page 4 of 4 | |
| **Title:**  Classrooms, Chapel, Multi-Purpose Rooms | | | |

33.  When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

34.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

35.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1001 | Page 1 of 2 |
| **Title:** Employee Cafeteria | | |

### Employee Cafeteria

Cooking areas, cooking surfaces, and food contact surfaces within an employee cafeteria operated by the Food Services Bureau will be cleaned by Food Services Bureau staff. However, the seating areas, tables, chairs, walls, floors, and staff refrigerators will be maintained by the facility staff.

Follow wall process (Process # 400) to clean and sanitize walls as necessary and floor process (Processes # 500 & 501) to clean and sanitize floors as necessary within the employee cafeteria.

It is recommended that walls, tables, and chairs are addressed before cleaning the floor(s).

Because the employee cafeteria is a high traffic area, and the presence of food and beverages, the floors in these areas may become soiled from the use of the area. During employee cafeteria floor cleaning, and depending on floor surface, it may be necessary to use a warm soapy solution on the floor and scrub the floor with a deck brush before the final mopping of the area.

**Tables and chairs**

Supplies needed:

1. Clean rags/cloths
2. Spray bottle with cleaning agent at appropriate dilution
3. Spray bottle with disinfecting agent at appropriate dilution
4. Wet floor signage
5. Nitrile gloves
6. Goggles/safety glasses

Process

1. Set up wet floor signage
2. Put on nitrile gloves and goggles/safety glasses
3. Spot clean walls, doors, door handles, door jams with cleaning/disinfecting agent

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1001 | Page 2 of 2 |
| **Title:** Employee Cafeteria | | |

4.     Clear off any items from the tables, including any food items

5.     Spray tables and chairs with cleaning agent

6.     Wipe with new clean rag/cloth, paying particular attention to spills, stains, food debris, etc.

7.     Continue to use cleaning agent until stains, spills, food debris has been removed

8.     Spray tables and chairs with disinfecting agent and allow to dwell for 10 minutes

9.     Excess moisture, if any, may be wiped with a clean paper towel

10.     Discard used paper towels

11.     Continue process with cleaning of floors.  See process #500 and #501

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1002 | Page 1 of 2 |
| **Title:** Closets (Janitorial, electrical, mechanical, fire suppression, generator, sanitation) and Plumbing Chases | | |

Electrical and mechanical type closets may never be used as storage areas. Closets and plumbing chases should be checked frequently for improperly stored items and for leaks. Ensuring that leaking plumbing is addressed in a timely manner will assist with reducing the incidence of mold and mildew growth and with pest control. Anytime a leak is discovered in a closet or plumbing chase, a Facilities Management Bureau Service Ticket should be generated as soon as possible.

**Mechanical and Electrical Closets and Plumbing Chases**

Supplies needed:

1. Corn broom
2. Dust pan
3. Garbage bag
4. Nitrile gloves

Process

1. Put on nitrile gloves
2. Unlock the closet
3. Check inside for improperly stored items and remove them if found
4. Check inside for any standing or dripping water
5. Sweep floor and remove any debris
6. Relock the closet

**Janitorial and Sanitation Closets**

1. Corn broom
2. Dust pan
3. Garbage bag
4. Clean rags/cloths

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1002 | Page 2 of 2 |
| **Title:** Closets (Janitorial, electrical, mechanical, fire suppression, generator, sanitation) and Plumbing Chases | | |

    5.  Paper towels

    6.  Spray bottle with cleaning agent at appropriate dilution

    7.  Deck brush

    8.  Squeegee

    9.  Mop bucket with cleaning agent at appropriate dilution (sanitation closets)

    10. Wet mop

    11. Nitrile gloves

Procedure:

    1.    Put on nitrile gloves

    2.    Unlock the closet

    3.    Check inside for improperly stored items and remove them if found

    4.    Check inside for any standing or dripping water

    5.    Wipe down any shelving, equipment, etc. with a damp cloth

    6.    Sweep floor and remove any debris

    7.    In Sanitation closets, mop the floor using wet mopping Process # 501

    8.    In janitorial closets, if floor areas are dirty, apply water and cleaning agent to the floor area

    9.    Scrub the floor with the deck brush

    10.   Rinse the floor with clean water

    11.   Squeegee excess water toward floor drain(s)

    12.   Allow floor to air dry

    13.   Relock closet

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:**  Cleaning/Sanitizing Process | **Process Category:**  Common Areas | |
|---|---|---|
| **Section #:**  10 | **Process #:**  1003 | Page 1 of 1 |
| **Title:**  Doors, Door Handles, Door Jams, Handrails | | |

Doors, door handles, and door jams should be cleaned as part of the everyday cleaning process throughout the facility areas.  However, for doors that are not part of a general area of cleaning, the following process should be followed.

<u>Supplies needed</u>:

1.      Spray bottle with cleaning/disinfecting solution

2.      Clean rags/cloths

3.      Paper towels

4.      Goggles/safety glasses

5.      Nitrile gloves

<u>Process</u>

1.      Put on nitrile gloves and goggles/safety glasses

2.      Spot clean door(s), door handles, and door jam(s) with cleaning/disinfecting agent and a clean rag/cloth or paper towels

3.      Wipe entire door on both sides and door jam on both sides with the cleaning/disinfecting agent and the rag/cloth or paper towels

4.      Wipe the door handles with cleaning/disinfecting agent

5.      Allow all surfaces to air dry

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
| --- | --- | --- |
| **Section #:** 10 | **Process #:** 1004 | Page 1 of 1 |
| **Title:** Air Vents | | |

Air vents should be spot cleaned/dusted as part of the everyday cleaning process throughout the facility areas.  However, for air vents that are not part of a general area of cleaning, the following process should be followed.

Supplies needed:

1. Spray bottle with cleaning agent at appropriate dilution
2. Hand brush
3. Clean cloths/rags
4. Duster with extension pole (Optional)
5. Goggles/Safety glasses
6. Nitrile gloves
7. Paper Towels

Process

1. Put on gloves and goggles/safety glasses
2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and is locked open before climbing on it.
3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting.  If a vacuum containing a HEPA filter is not available, continue to step #4.
4. Wet a hand brush with cleaning agent
5. Softly brush the vent in a back and forth motion removing dust/debris
6. Wipe with a clean dry cloth
7. Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Common Areas |
|---|---|---|
| **Section #:** 10 | **Process #:** 1005 | Page 1 of 2 |
| **Title:** Stairwells | | |

Stairwells should be cleaned beginning from the upper most floor working your way down to the first floor. Work on one floor landing at a time.

Supplies needed:

1. Corn broom and/or push broom
2. Dust pan
3. Wet floor signage
4. Dust mop
5. Wet mop
6. Mop bucket with disinfecting agent at appropriate dilution
7. Spray bottle with cleaning/disinfecting agent at appropriate dilution
8. Clean rags/cloths
9. Duster and extension pole
10. Paper towels
11. Glass cleaner
12. Garbage bag
13. Nitrile gloves
14. Goggles/safety glasses

Process

1. Put on nitrile gloves and goggles/safety glasses
2. Place wet floor signage at stairwell doors
3. Spray cleaning agent on dust mop or duster with extension pole
4. High dust fixtures, pipes, fire hose boxes, fire lines, etc.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Common Areas |
|---|---|---|
| **Section #:** 10 | **Process #:** 1005 | Page 2 of 2 |
| **Title:** Stairwells | | |

5.  Spot clean walls and doors using cleaning/disinfecting agent at appropriate dilution and clean rags/cloths

6.  Clean glass with glass cleaner

7.  Begin at upper part of landing.  Sweep up debris, trash, etc. and discard in garbage bag

8.  Damp mop each step in the landing using mop bucket with disinfecting agent at appropriate dilution.  Stair landings may be mopped on one side of the stairwell, allowed to dry and then mop the other side

9.  Continue downward to the next landing and repeat steps 2 – 8

10.  After all stairwell landings have been completed and last landing has dried, remove the wet floor signage

11.  When finished, clean and sanitize the mop head (Process #1202).  Discard  mop heads that appear dirty and/or worn.

12.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

13.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a   mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Common Areas | |
|---|---|---|
| Section #: 10 | Process #: 1006 | Page 1 of 3 |
| Title: Elevators | | |

Supplies needed:

    1.      Corn broom and/or push broom

    2.      Dust pan

    3.      Wet floor signage

    4.      Dust mop

    5.      Wet mop

    6.      Mop bucket with disinfecting agent at appropriate dilution

    7.      Spray bottle with cleaning/disinfecting agent at appropriate dilution

    8.      Clean rags/cloths

    9.      Duster and extension pole

    10.    Garbage bag

    11.    Nitrile gloves

    12.    Goggles/safety glasses

Process

    1.      Put on nitrile gloves and goggles/safety glasses

    2.      Turn the lock off key to the elevator to make the elevator inactive

    3.      Place wet floor signage

    4.      Spray cleaning/disinfecting agent on duster with extension pole

    5.      High dust ceiling, lights and walls

    6.      Spray cleaning/disinfecting agent on clean dry rag

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1006 | Page 2 of 3 |
| **Title:** Elevators | | |

7. Wipe phone, service buttons, handrails and both sides of the elevator door. Allow to air dry

8. Sweep floor and landing track and discard any debris, etc. in garbage bag

Note:  Scrub the landing track whenever sweeping does not remove all visible debris.  Use a hand brush and warm soapy water or cleaning agent at appropriate dilution and the hand brush.  Dry with a clean dry cloth  Use metal polish to polish track

9. Dust mop the elevator floor prior to wet mopping (do not skip this step)

10. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution.

11. Lift mop head and place in mop wringer.  Apply wringer to wring mop.

12. Hold mop handle firmly and begin at the back of the elevator to avoid walking on just mopped area

13. Place mop head on floor at the back corner of the elevator and gently pull mop along back edge of floor

14. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.

15. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

16. When finished, allow area to air dry

Note:  For elevators that contain floor requiring wax, follow the Floor Stripping and Waxing Process # 503

17. Remove wet floor signage

18. Place elevator back in service

19. Clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Common Areas | |
|---|---|---|---|
| **Section #:** 10 | **Process #:** 1006 | | Page 3 of 3 |
| **Title:** Elevators | | | |

20.   Thoroughly clean/sanitize the mop bucket utilizing Process #1200

21.   Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1007 | Page 1 of 1 |
| **Title:** Fans and Fan Guards | | |

**Never spray water onto or into fans.  Cloths and/or brushes used to clean the fans/fan guards may be damp but not wet.  No water should run onto or into the fans.**

Supplies needed:

1. Hand brush
2. Clean rag/cloth
3. Nitrile gloves
4. Goggles/safety glasses

Note:  A vacuum with a HEPA filter may be used to vacuum the fan guards and/or fan blades to remove larger particles prior to damp dusting.  Follow the vacuuming with damp dusting in accordance with the steps below.

Process

**To clean the fan guard only**

1. Put on nitrile gloves and goggles/safety glasses
2. Unplug the fan from the electrical source
3. Use the hand brush and brush the wire fan guard
4. Use a damp rag/cloth to wipe the fan guards

**To clean the fan blades**

1. Put on nitrile gloves and goggles/safety glasses
2. Unplug the fan from the electrical source
3. Remove the clips holding the fan guards in place
4. Remove the fan guards
5. Use a damp, not wet, rag/cloth to wipe the fan blades
6. Re-attach the fan guards

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Common Areas |
|---|---|---|
| **Section #:** 10 | **Process #:** 1008 | Page 1 of 3 |
| **Title:** Gym | | |

<u>Supplies needed</u>:

1.     Broom
2.     Dust pan
3.     Dust mop
4.     Wet Mop
5.     Mop bucket with cleaning/disinfecting agent at appropriate dilution

Note: If gym contains carpet, use vacuum cleaner to sweep carpet

6.     Spray bottle with cleaning/sanitizing agent at appropriate dilution
7.     Glass cleaner
8.     Clean cloths/rags
9.     Duster with extension pole (Optional)
10.     Garbage bags/plastic liners
11.     Stepladder (optional)
12.     Wet floor signage
13.     Goggles/Safety glasses
14.     Nitrile gloves
15.     Paper Towels

<u>Process</u>

1.     Put on nitrile gloves and goggles/safety glasses
2.     Sweep the floor area removing any loose debris and discard in the garbage can
3.     Empty waste containers/garbage cans by removing plastic liners and discarding
4.     Spray waste container(s)/garbage can(s) with sanitizing agent and allow to dwell for 10 minutes

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1008 | Page 2 of 3 |
| **Title:** Gym | | |

5. High dust any areas above shoulder length, i.e. tops of equipment, light fixtures, ledges, and air vents

6. Clean mirrors, pictures, windows, window sills with glass cleaner

7. Spray cleaning agent onto clean cloth/rag and wipe down any tables, benches, chairs, lockers, etc., paying special attention to removing stains, debris, dust, food particles, etc.

8. Spray disinfecting agent onto tables, benches, chairs, etc. and allow to air dry

Note: If gym contains a bathroom, clean the bathroom in accordance with Staff Bathroom Cleaning Process # 1300

9. Spot clean walls, doors, door handles, door jams with cleaning agent as necessary

10. Spray door(s), door handles, door jam(s) with disinfectant. Allow to dwell for 10 minutes

11. Wipe away excess moisture with clean dry paper towel(s)

12. Wipe waste container(s)/garbage can(s) with clean dry cloth. Discard cloth

13. Re-insert new plastic liners in garbage containers

14. Wipe down all gym equipment/machines with disposable disinfecting wipers and allow to air dry

Note: If gym contains carpet, disregard steps 15 - 26

15. Dust mop the floor areas (do not skip this step)

16. Set up wet floor signage

17. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution

18. Lift mop head and place mop on floor without using the mop wringer

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Common Areas | |
|---|---|---|---|
| **Section #:** 10 | **Process #:** 1008 | | Page 3 of 3 |
| **Title:** Gym | | | |

19.  Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

20.  Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

21.  Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight  or "S" motion

22.  Dip mop as often as needed to allow mop head to thoroughly wet floor.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

23.  Be sure to mop all areas, including under tables, chairs, benches, etc.

24.  When finished, clean and sanitize the mop head (see mop cleaning procedure below).  Discard mop heads that appear dirty and/or worn

25.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

26.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Common Areas | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1009 | Page 1 of 2 |
| **Title:** Visitation Booths, Interview Rooms | | |

Supplies Needed:

1.  Mop bucket with cleaning/disinfecting agent at appropriate dilution
2.  Spray bottle with cleaning/disinfecting agent at appropriate dilution
3.  Clean cloths/rags
4.  Glass cleaner
5.  Corn broom and/or push broom
6.  Dust pan
7.  Clean wet mop
8.  Dust mop
9.  Stepladder (as needed)
10. Wet Floor signage
11. Paper towels
12. Goggles/safety glasses
13. Nitrile gloves

Process

1.  Put on gloves and goggles/safety glasses
2.  Set up stepladder if needed.  Stepladder must be on level surface and locked open before climbing on it.
3.  Place wet floor signage
4.  Apply cleaning/disinfecting agent to cloth/rags and/or wall(s)
5.  Wipe wall(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.
6.  Wipe telephones (receiver, panel, cord) with rag/cloth containing cleaning/disinfecting agent

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Lobby | |
|---|---|---|
| **Section #:** 10 | **Process #:** 1009 | Page 2 of 2 |
| **Title:** Visitation Booths, Interview Rooms | | |

7. Reapply cleaning/disinfecting agent to walls and allow to air dry. Excess moisture may be wiped with clean paper towels

8. Apply glass cleaner to all glass panels. Wipe with clean rag/cloth or paper towels

9. Sweep up any loose debris from the floor and discard in a garbage can

10. Dust mop the area prior to wet mopping (do not skip this step)

11. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent

12. Allow mop head to absorb solution

13. Lift mop head and place in mop wringer. Apply wringer to wring mop

14. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

15. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

16. Return to where you began. Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion. Concentrate on areas of about 4 feet at a time.

17. Be sure to reposition "wet floor" signs as needed as you move along. Do not remove the "wet floor" signs until the wet area is completely dried

18. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

19. Be sure to mop all areas, including under furniture, chairs, tables, etc.

20. When finished, clean and sanitize the mop head (Process #1202). Discard mop heads that appear dirty and/or worn.

21. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

22. Hang the mop, rag, broom or brush to allow it to air dry. Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Food/Beverage Supplies |
|---|---|---|
| **Section #:** 11 | **Process #:** 1100 | Page 1 of 1 |
| **Title:** Water Jugs | | |

Supplies needed:

1. Handle brush
2. Hot soapy water
3. Scouring pad (Brillo) – (as needed)
4. Food grade sanitizing solution or sanitizer mixed at 50 ppm
5. Nitrile gloves

Process

1. Pour out any remaining liquid from inside of jug
2. When jug and/or jug top is particularly dirty, scrub with a brush using hot soapy water and scouring pad (Brillo).  Rinse with clean water
3. Wash, rinse and sanitize jug and jug top using the 3 compartment sink process
4. Allow jug to air dry with top off of jug

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Food/Beverage Supplies | |
|---|---|---|
| **Section #:** 11 | **Process #:** 1101 | Page 1 of 2 |
| **Title:** Rethermalization Units | | |

Soap and water is the best <u>cleaning</u> method for retherm units and carts. Do not use harsh chemicals as it may react with and harm the metal surface of the unit and/or cart.

<u>Supplies needed:</u>

1. Clean bucket or pail with warm soapy water
2. Clean bucket or pail with a food grade disinfecting agent at appropriate dilution
3. Clean rags/cloths
4. Clean sponge
5. Garbage bag
6. Nitrile gloves

<u>Process</u>

1. Remove food/trays from unit
2. Cleans spills (inside) from sides, top, bottom, and shelves using a clean damp rag/cloth or sponge
3. Wipe all inside surfaces with rag/cloth dipped in warm soapy water
4. Wipe with clean wet rag/cloth
5. Wash any shelving, racks, using hot soapy water
6. Rinse thoroughly with clean water
7. Sanitize by wiping inside surfaces with clean rag/cloth dipped in disinfecting agent at <u>appropriate</u> dilution
8. Allow to air dry.
9. Clean door and gaskets with soapy water
10. Wipe with clean wet cloth
11. Allow to air dry.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Food/Beverage Supplies | |
|---|---|---|
| **Section #:** 11 | **Process #:** 1101 | Page 2 of 2 |
| **Title:** Rethermalization Units | | |

12.     Wipe outside surfaces, top, sides, door with clean damp cloth

Note:  For retherm units with attached carts (TGK), be sure to unlock the cart at least one time per week.  Clean the back of the cart, the stationary retherm unit and then reattach the cart.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Food/Beverage Supplies |
|---|---|---|
| **Section #:** 11 | **Process #:** 1102 | Page 1 of 2 |
| **Title:** Ice Machines | | |

Cleaning & Sanitizing Procedure

Always follow the ice machine manufacturer's instructions for cleaning and sanitizing an ice machine. The manufacturer will specify the type of cleaner and sanitizer that is safe to use for their particular machine(s).

**The cleaning and sanitizing procedure for all ice machines must be performed at a minimum once every six months.**

The cleaning and sanitizing procedure shall include the ice machine & evaporator grid, water trough, water curtain, water distribution tube(s), ice bin, all inside walls of the machine, under side of motor/ice assembly unit.  Contact Facilities Management Bureau (FMB) if disassembly assistance is needed.

Exterior Cleaning

**Never use any type of abrasive on the ice machine exterior.  Do not use steel wool, hotel pads, bleach, pine cleaner, kitchen cleanser, etc.**

1. Be sure the door to the ice bin is closed

2. Dampen a clean rag with warm water

3. Wipe outside surfaces of the machine including outside of door, sides, top and back

4. For greasy residue, use a damp cloth rinsed in pot and pan soap.  Wipe all areas with a clean cloth dampened in warm water

5. Wipe dry with clean cloth

6. Clean the area around the ice machine as often as necessary to maintain cleanliness and ensure efficient operation of the machine

Ice Machine Air Filter

Ice Machines with removable air filter

**Do not use steel wool, hotel pads, wire brushes, etc. on the ice machine air filter.**

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Food/Beverage Supplies |
|---|---|---|
| **Section #:** 11 | **Process #:** 1102 | Page 2 of 2 |
| **Title:** Ice Machines | | |

1.  Remove the air filter
2.  Spray air filter with low pressure clean warm water
3.  Shake off excess water
4.  Re-attach air filter to machine

<u>Ice Machines with stationary (non-removable) air filter</u>

**<span style="color:red">Do not use steel wool, hotel pads, wire brushes, etc. on the ice machine air filter.</span>**

1.  Use a nylon brush and softly brush the filter while it is in place
2.  Be sure to wipe away any dust/debris that falls off or out of the air filter.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Food/Beverage Supplies | |
|---|---|---|
| Section #: 11 | Process #: 1103 | Page 1 of 2 |
| Title: Staff Refrigerators | | |

Soap and water is the best <u>cleaning</u> method for refrigerators. Do not use harsh chemicals as it may react with and harm the metal surface of the refrigerator.

<u>Supplies needed:</u>

1. Clean bucket or pail with warm soapy water
2. Clean bucket or pail with disinfecting agent at appropriate dilution
3. Clean rags/cloths
4. Clean sponge
5. Garbage bag
6. Nitrile gloves

<u>Process</u>

1. Remove food from refrigerator
2. Cleans spills (inside) from sides, top, bottom using a clean damp rag/cloth or sponge
3. Wipe all inside surfaces with rag/cloth dipped in warm soapy water
4. Wipe with clean wet rag/cloth
5. Wash any shelving, racks, using hot soapy water
6. Rinse thoroughly with clean water
7. Sanitize by wiping inside surfaces with clean rag/cloth dipped in disinfecting agent
8. Allow to air dry.
9. Clean door and gaskets with soapy water
10. Wipe with clean wet cloth
11. Allow to air dry.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Food/Beverage Supplies |
|---|---|---|
| **Section #:** 11 | **Process #:** 1103 | Page 2 of 2 |
| **Title:** Staff Refrigerators | | |

12.   Wipe outside surfaces, top, sides, door with clean damp cloth

13.   Observe the back side of the refrigerator if possible.  Vacuum coils that are dusty using a vacuum with a HEPA filter.  For assistance with cleaning refrigerator coils, generate a Facilities Management Bureau (FMB) Service Ticket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | | |
|---|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Food/Beverage Supplies | |
| **Section #:** 11 | **Process #:** 1104 | Page 1 of 1 |
| **Title:** Water Fountains | | |

Never spray any cleaning or disinfecting solutions onto water fountains or in the area where water comes out of the fountain.

Supplies needed:

1. Clean damp rag/cloth
2. Clean dry rag/cloth
3. Spray bottle with disinfecting agent at appropriate dilution
4. Nitrile gloves

Process

1. Put on nitrile gloves
2. Wipe water fountain bowl area with a clean damp rag/cloth to remove any dust or debris
3. Wipe down the outside of the water fountain, front, sides, underneath, and the connecting water pipes with the damp rag/cloth
4. Spray disinfecting agent onto a new clean rag/cloth (Do not use the damp cloth that you used to wipe down the water fountain)
5. Wipe down the water spicket, handle, water fountain bowl, etc. with the disinfecting agent.  Do not put disinfectant into the area where water comes out of the fountain
6. Allow areas to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Janitorial Equipment/Supplies | |
|---|---|---|
| **Section #:** 12 | **Process #:** 1200 | Page 1 of 1 |
| **Title:** Mop Buckets and Mop Press/Wringer | | |

Mop buckets and mop press must be <u>cleaned</u> after each use in the appropriate area.  Never fill or clean mop buckets from a pot and pan sink, prep sink, or handwashing sink.  Mop buckets and mop press should be <u>scrubbed</u> as often as they appear dirty, and no less than once per week.

<u>Supplies needed:</u>

1. Scrub brush
2. Bucket with warm soapy water
3. Spray bottle with disinfecting agent at appropriate dilution
4. Nitrile gloves
5. Goggles/safety glasses

<u>Process</u>

Cleaning/Sanitizing:

1. Put on goggles/safety glasses and nitrile gloves
2. Pour out dirty mop water in the <u>appropriate</u> drain.  <span style="color:red">Never poor mop water into any pot and pan sink, prep sink, handwashing sink or toilets</span>
3. Wash inside and outside of the mop bucket and mop press with warm soapy water and rinse with clean water
4. Spray inside of mop bucket with disinfecting agent.  Allow to air dry

Scrubbing – When mop buckets appear dirty, use the following steps to scrub them clean

1. Put on goggles/safety glasses and nitrile gloves
2. Pour out dirty mop water in the <u>appropriate</u> drain.  <span style="color:red">Never poor mop water into any pot and pan sink, prep sink, handwashing sink or toilets</span>
3. Use a scrub brush and Kitchen Cleanser to scrub the inside and outside of the mop bucket and mop press.  Rinse inside and outside with clean water
4. Wash the inside and outside of the mop bucket and mop press with warm soapy water and rinse with clean water
5. Spray inside of mop bucket with disinfecting agent.  Allow to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Janitorial Equipment/Supplies | |
|---|---|---|
| Section #: 12 | Process #: 1201 | Page 1 of 1 |
| Title: Garbage Cans/Containers | | |

Garbage containers for garbage are to be utilized at all times with a plastic liner. Garbage cans must be cleaned regularly. Anytime food, food debris, or liquid has spilled into a garbage container, or the plastic liner has leaked, the garbage container must be cleaned.

Supplies needed:

1. Garbage can liners
2. Nitrile gloves
3. Bucket with warm soapy water
4. Water hose (as needed)
5. Spray bottle with disinfecting agent at appropriate dilution
6. Rags/cloths

Process

1. Remove the plastic liner and any food or food debris in the container
2. Spray the container with water to remove any liquid
3. Wet the garbage container on the inside and outside
4. Wash the container on the inside and outside with soapy water, as needed
5. Rinse the container on the inside and outside with clean water
6. Spray inside of garbage container with disinfecting solution
7. Wipe area with clean rag/cloth
8. Allow to air dry
9. Re-insert plastic liner inside of garbage container

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Janitorial Equipment/Supplies | |
|---|---|---|
| **Section #:** 12 | **Process #:** 1202 | Page 1 of 1 |
| **Title:** Mops, Rags, Brooms, and Brushes | | |

Mops, rags, brooms and brushes should be cleaned after each use and they must be cleaned and sanitized separately.   Rags/cloths used for bathroom surfaces must never be used for any other purpose.   **Never interchange bathroom surface <u>cleaning</u> rags/cloths with rags/cloths used to <u>sanitize</u> a food contact surface or any other surface.**   There must be separate rags/cloths for each purpose.

<u>Supplies Needed:</u>

1.   Mop bucket with sanitizing agent at appropriate dilution

2.   Cleaning bucket with sanitizing agent at appropriate dilution

<u>Process</u>

1.   Thoroughly rinse the mop, rag/cloth, broom and/or brushes in hot water

2.    Prepare a sanitizing solution (1-1/4 tablespoon/1 gallon water – 250 ppm) for sanitizing

3.    Dip the mop, rag/cloth, broom or brush in the sanitizing solution and allow to sit in the solution for a minimum of 10 minutes.   Use separate solutions for mops, brooms, or rags

4.    For mops, remove the mop and apply the wringer.  Hang mop head down to air dry.  Never leave wet mops sitting inside of a mop bucket

5.   For brooms, remove the broom and hang to air dry

6.   For rags, remove the rag(s) and hang to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| Section #: 13 | Process #: 1300 | Page 1 of 4 |
| Title: Staff Bathrooms/Public Bathrooms | | |

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Bathroom Dust mop
4. Bathroom Wet Mop
5. Bathroom mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Clean cloths/rags
9. Duster with extension pole (Optional)
10. Stepladder (optional)
11. Goggles/Safety glasses
12. Nitrile gloves
13. Paper Towels

<u>Process</u>

1. Wedge the bathroom door open
2. Set up wet floor signage
3. Put on gloves and goggles/safety glasses
4. Refill paper towels, soap and toilet paper as needed
5. Remove any debris inside bathroom

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| **Section #:** 13 | **Process #:** 1300 | Page 2 of 4 |
| **Title:** Staff Bathrooms/Public Bathrooms | | |

6.   High dust the areas of the restroom above shoulder height using the duster and extension pole as needed.  Setup the stepladder if needed under high areas. Ensure step ladder is on a level surface and it locked open before climbing on it.

7.   To clean any air vents in the restroom, wet a hand brush with cleaning agent

8.   Softly brush the air vent in a back and forth motion removing dust/debris

9.   Wipe with a clean dry cloth

10.   Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

11.   Close step ladder (if used)

12.   Flush urinals and toilets

13.   Apply cleaner/disinfectant to inside and outside of urinals and toilets and sink area (sink bowl, faucet, and counter top).  Allow to dwell for 10 minutes.

14.   While waiting on dwell time for the sinks, urinals and toilets, apply cleaning agent to cloth/rags and/or wall(s), door(s), door handles, and door jam(s)

15.   Wipe wall(s), door(s), door handles, door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

16.   Spray wall area, door(s), door handles, door jam(s) with disinfectant.  Allow to dwell for 10 minutes

17.   Excess wetness may be wiped with a clean, dry paper towel



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| **Section:**  Cleaning/Sanitizing Process | **Process Category:**  Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| **Section #:**  13 | **Process #:**  1300 | Page 3 of 4 |
| **Title:**  Staff Bathrooms/Public Bathrooms | | |

18. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim.  Wipe the sink areas with a clean cloth/rag and then wipe the outside of the urinals and toilets.  Discard the cloth/rag.

19. Reapply the disinfecting agent to the sink area, urinals and toilets.

20. Using a clean cloth/rag, wipe sink bowl and faucets, and outside sink bowl first, followed by outside of urinals and toilets

21. Allow to air dry

Note:  Do not use the same cloth after use on the urinals and/or toilets on any other surface

22. Sweep up any loose debris from the floor and discard in a garbage can

23. Empty garbage can, receptacles, by removing plastic liners, etc.

24. Spray disinfecting agent onto inside of garbage can(s), receptacle(s), etc. and wipe with paper towels

25. Dust mop the area prior to wet mopping (do not skip this step)

26. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent.  Allow mop head to absorb solution

27. Lift mop head and place mop on floor without using the mop wringer

28. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

29. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

30. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

31. Dip mop as often as needed to allow mop head to thoroughly wet floor.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| Section #: 13 | Process #: 1300 | Page 4 of 4 |
| Title: Staff Bathrooms/Public Bathrooms | | |

32. Be sure to mop all areas, including under sinks, around toilets, under urinals, etc.

33. When finished, clean and sanitize the mop head (Process #1202). Discard mop heads that appear dirty and/or worn

34. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

35. Hang the mop, rag, broom or brush to allow it to air dry. Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| Section #: 13 | Process #: 1301 | Page 1 of 3 |
| Title: Locker Rooms | | |

Locker Rooms should be cleaned at minimum one time per day.

Supplies needed:

1. Broom
2. Dust pan
3. Bathroom Dust mop
4. Bathroom Wet Mop
5. Bathroom mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Glass cleaner
9. Clean cloths/rags
10. Duster with extension pole (Optional)
11. Garbage bags/plastic liners
12. Stepladder (optional)
13. Wet floor signage
14. Goggles/Safety glasses
15. Nitrile gloves
16. Paper Towels

Process

1. Put on nitrile gloves and goggles/safety glasses
2. Sweep the floor area removing any loose debris and discard in the garbage can



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| **Section #:** 13 | **Process #:** 1301 | Page 2 of 3 |
| **Title:** Locker Rooms | | |

3.   Empty waste containers/garbage cans by removing plastic liners and discarding

4.   Spray waste container(s)/garbage can(s) with sanitizing agent and allow to dwell for 10 minutes

5.   High dust any areas above shoulder length, i.e. tops of lockers, light fixtures, ledges, and air vents

6.   Clean mirrors, pictures, windows, window sills with glass cleaner

7.   Spray cleaning agent onto clean cloth/rag and wipe down any tables, benches, chairs, lockers, etc., paying special attention to removing stains, debris, dust, food particles, etc.

8.   Spray disinfecting agent onto tables, benches, chairs, etc. and allow to air dry

Note:   If locker room contains a bathroom, clean the bathroom in accordance with Staff Bathroom cleaning Process # 1300

9.   Spot clean walls, doors, door handles, door jams with cleaning agent as necessary

10.   Spray door(s), door handles, door jam(s) with disinfectant.  Allow to dwell for 10 minutes

11.   Wipe away excess moisture with clean dry paper towel(s)

12.   Wipe waste container(s)/garbage can(s) with clean dry cloth.  Discard cloth

13.   Re-insert new plastic liners

14.   Dust mop the floor areas (do not skip this step)

15.   Set up wet floor signage

16.   Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution

17.   Lift mop head and place mop on floor without using the mop wringer

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Staff Bathrooms/Locker Rooms/Public Bathrooms | |
|---|---|---|
| Section #: 13 | Process #: 1301 | Page 3 of 3 |
| Title: Locker Rooms | | |

18.   Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

19.   Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

20.   Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight  or "S" motion

21.   Dip mop as often as needed to allow mop head to thoroughly wet floor.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

22.   Be sure to mop all areas, including under tables, chairs, benches, etc.

23.   When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

24.   Thoroughly clean/sanitize the mop bucket utilizing Process #1200

25.   Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Offices/Shift Commander/Control Booths | |
|---|---|---|
| **Section #:** 14 | **Process #:** 1400 | Page 1 of 3 |
| **Title:** Offices/Shift Commander/Control Booths | | |

Offices shall have a general cleaning at minimum one time per week. Users of the office space shall be responsible for cleaning their workstation, PCs, keyboards, mouse, notebooks, printers, calculators, and any other electrical devices contained at the work station.

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Dust mop
4. Wet Mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Glass cleaner
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Garbage bags/plastic liners
13. Stepladder (optional)
14. Wet floor signage
15. Vacuum (if area contains carpet)
16. Goggles/Safety glasses
17. Nitrile gloves
18. Paper Towels

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Offices/Shift Commander/Control Booths | |
|---|---|---|
| **Section #:** 14 | **Process #:** 1400 | Page 2 of 3 |
| **Title:** Offices/Shift Commander/Control Booths | | |

Process

1.  Put on nitrile gloves and goggles/safety glasses

2.  Sweep the floor area removing any loose debris and discard in the garbage can

3.  Empty waste containers/garbage cans by removing plastic liners and discarding

4.  Spray waste container(s)/garbage can(s) with sanitizing agent and allow to dwell for 10 minutes

5.  High dust any areas above shoulder length, i.e. ledges, light fixtures, air vents, etc.

Note:  If office contains a bathroom, clean the bathroom in accordance with Staff Bathroom Cleaning Process #1300

6.  Spot clean walls and baseboards with cleaning agent as necessary

7.  Clean mirrors, pictures, windows, window sills with glass cleaner

8.  Damp dust furniture, tables, chairs, file cabinets, etc.  Do not dust desk tops unless previously emptied by owner.  Do not move any papers, files, documents on the desk top

9.  Wipe telephone and receiver with disposable disinfecting wipe.  Discard wipe

10.  Wipe waste container(s)/garbage can(s) with clean dry cloth.  Discard cloth

11.  Re-insert new plastic liners

12.  Vacuum floor area(s) containing carpet, if any

13.  Dust mop hard floor areas (do not skip this step)

14.  Set up wet floor signage

15.  Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Offices/Shift Commander/Control Booths | |
|---|---|---|
| **Section #:** 14 | **Process #:** 1400 | Page 3 of 3 |
| **Title:** Offices/Shift Commander/Control Booths | | |

16.   Lift mop head and place mop on floor without using the mop wringer

17.   Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

18.   Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

19.   Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

20.   Dip mop as often as needed to allow mop head to thoroughly wet floor.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

21.   Be sure to mop all areas, including under tables, chairs, desks, etc.

22.   When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

23.   Thoroughly clean/sanitize the mop bucket utilizing Process #1200

24.   Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | | Process Category: Laundry | |
|---|---|---|---|
| Section #: 15 | Process #: 1500 | | Page 1 of 2 |
| Title: Laundry | | | |

The laundry should be cleaned beginning from the upper most part of the area working your way down to the floor.

Supplies needed:

1. Corn broom and/or push broom
2. Dust pan
3. Wet floor signage
4. Dust mop
5. Wet mop
6. Mop bucket with cleaning agent or soapy water
7. Mop bucket with disinfecting agent at appropriate dilution
8. Spray bottle with cleaning/disinfecting agent at appropriate dilution
9. Clean rags/cloths
10. Deck brush
11. Duster and extension pole
12. Paper towels
13. Glass cleaner
14. Garbage bag
15. Nitrile gloves
16. Goggles/safety glasses

Process

1. Put on nitrile gloves and goggles/safety glasses
2. Place wet floor signage
3. Spray cleaning agent on dust mop or duster with extension pole

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Laundry | |
|---|---|---|
| **Section #:**  15 | **Process #:**  1500 | Page 2 of 2 |
| **Title:**  Laundry | | |

4. High dust fixtures, pipes, fire hose boxes, fire lines, etc.

5. Spot clean walls and doors using cleaning/disinfecting agent at appropriate dilution and clean rags/cloths

6. Spray clean rag/cloth with cleaning/disinfecting agent

7. Wipe down all laundry machines, fronts, sides, top, doors, door handles

8. Remove all laundry from tables, shelves, etc.

9. Spray tables, folding tables, shelves, etc. with cleaning/disinfecting agent.  Allow to dwell for 10 minutes.

10. Wipe tables, folding tables, shelves, etc. with clean rag/cloth or paper towels

11. Reapply cleaning/disinfecting agent to tables, folding tables, shelves, etc. and allow to air dry

12. Restock shelves, etc. after completely dry

13. Clean any glass with glass cleaner

14. Sweep up debris, trash, etc. and discard in garbage bag

15. Scrub the floor using deck brush and cleaning agent or soapy water

16. After scrubbing, move excess water to floor drain or outside using brooms

17. Damp mop the floor using mop bucket with disinfecting agent

18. Allow floor to air dry

19. When finished, clean and sanitize the mop head (Process #1202).  Discard  mop heads that appear dirty and/or worn.

20. Thoroughly clean/sanitize the mop buckets utilizing Process #1200

21. Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Laundry | |
|---|---|---|
| Section #:  15 | Process #:  1501 | Page 1 of 2 |
| Title:  Laundry Tubs/Carts | | |

Laundry tubs shall be used for laundry purposes only.  **Do not use laundry tubs to move trash, paint supplies, chemicals, or for any other purposes**

<u>Supplies needed</u>:

1.  Water hose
2.  Spray bottle with cleaning agent at appropriate dilution or warm soapy water
3.  Handle brush
4.  Clean rags/cloths
5.  Powdered cleanser (if scrubbing is needed)
6.  Spray bottle with disinfecting agent at appropriate dilution
7.  Nitrile gloves
8.  Goggles/safety glasses

<u>Process</u>

1.  Put on gloves and goggles/safety glasses
2.  Remove the laundry tub to the outside
3.  Remove any debris or trash inside of the tub
4.  Fill the tub with enough water to cover the bottom of the tub
5.  Add cleaning agent or liquid soap to the water and scrub the inside and outside of the tub

Note:  If the laundry tub is particularly dirty, omit using the cleaning agent.  Instead wet the handle brush, apply some powdered cleanser to the brush and tub.  Scrub the inside and outside of the tub using the scrub brush and powdered cleanser

6.  Rinse the inside and outside of the laundry tub thoroughly with clean water from the water hose
7.  Spray the inside of the tub with the disinfecting agent at appropriate dilution



**Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Laundry | |
|---|---|---|
| **Section #:** 15 | **Process #:** 1501 | Page 2 of 2 |
| **Title:** Laundry Tubs/Carts | | |

      8.     Allow to air dry

      9.     Store clean tub(s) in a clean dry place

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1600 | Page 1 of 1 |
| **Title:** Air Vents  (Intake/Release) | | |

Air vents should be spot cleaned/dusted as part of the everyday cleaning process throughout the facility areas.  However, for air vents that are not part of a general area of cleaning, the following process should be followed.

Supplies needed:

1.   Spray bottle with cleaning agent at appropriate dilution

2.   Hand brush

3.   Clean cloths/rags

4.   Duster with extension pole (Optional)

5.   Goggles/Safety glasses

6.   Nitrile gloves

7.   Paper Towels

Process

1.   Put on gloves and goggles/safety glasses

2.   Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and is locked open before climbing on it.

3.   A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting.  If a vacuum containing a HEPA filter is not available, continue to step #4

4.   Wet a hand brush with cleaning agent

5.   Softly brush the vent in a back and forth motion removing dust/debris

6.   Wipe with a clean dry cloth

7.   Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1601 | Page 1 of 2 |
| **Title:** Walls  (Intake/Release) | | |

Walls inside of the Intake/Release area must be cleaned and sanitized regularly due to this being a high traffic area.  It is advised that after walls have been cleaned, the floor is then cleaned to remove anything that has come off the walls, and mopped to remove any wet area on the floor

Supplies needed:

1.  Mop bucket with cleaning/disinfecting agent at appropriate dilution
2.  Spray bottle with cleaning/disinfecting agent at appropriate dilution
3.  Clean cloths/rags
4.  Wet mop
5.  Bucket with clean water
6.  Stepladder (as needed)
7.  Wet Floor signage
8.  Goggles/safety glasses
9.  Nitrile gloves


Process

1.  Put on gloves and goggles/safety glasses
2.  Set up wet floor signage
3.  Set up stepladder if needed.  Stepladder must be on level surface and locked open before climbing on it.
4.  Apply cleaning/sanitizing agent to wall(s) and rag/cloth
5.  Wipe wall(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1601 | Page 2 of 2 |
| **Title:** Walls  (Intake/Release) | | |

6. Re-apply cleaning/disinfecting agent to wall area.  Allow to dwell for 10 minutes

7. Excess wetness may be wiped with clean, dry paper towels

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:**  16 | **Process #:**  1602 | Page 1 of 1 |
| **Title:**  Windows/Glass  (Intake/Release) | | |

<u>Supplies needed</u>:

1. Spray bottle with cleaning agent at appropriate dilution
2. Clean rags/cloths and/or paper towels
3. Window cleaner
4. Nitrile gloves
5. Goggles/Safety glasses
6. Stepladder (as needed)

<u>Process</u>

1. Put on gloves and goggles/safety glasses
2. Set up stepladder if needed.  Stepladder must be on level surface and locked open before climbing on it.
3. Clean door frames, jams, handles, window frames, etc. by spraying cleaning agent and wiping with clean damp cloth.  Pay particular attention to dirty areas on doors, window frames, and around door handles.   When door frames, jams, handles, window frames, etc. do not wipe clean it is necessary to paint them.  Do not leave entrance doors with an appearance of being dirty.
4. Spray window cleaner on the glass and wipe dry with a clean cloth or paper towels.

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release | |
|---|---|---|---|
| **Section #:** 16 | **Process #:** 1603 | | Page 1 of 1 |
| **Title:** Dust Mopping Floors  (Intake/Release) | | | |

Floors must be cleaned at least daily.  In many areas, it may be necessary for the floor to be cleaned multiple times per day or shift.   In medical areas, floors must be cleaned and sanitized, due to exposure to bacteria/contamination, i.e. blood, bodily fluids.   Waxed floors should be stripped, cleaned and waxed whenever the floor wax is worn or on an as needed basis, whichever comes first.

**Dust Mopping Floors**

Supplies needed:

    1.    Dust mop or damp mop

    2.    Corn broom

    3.    Dust pan

Process

    1.    Sweep up any loose debris from the floor and discard in a garbage can

    2.     Use either a dust mop of damp mop.  Begin at the farthest corner/wall of the room.  Use a figure eight motion, working clockwise or counter clockwise around the room.  Once you have started, do not lift the mop head from the floor until complete.

    3.    Change the mop head as necessary

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1604 | Page 1 of 2 |
| **Title:** Wet Mopping Floors (Intake/Release) | | |

Supplies needed:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Mop with clean mop head.  A second clean mop head will be necessary for contaminated areas
5. Nitrile gloves
6. Goggles/Safety glasses

Process

1. Place "wet floor" signage to clearly mark area being mopped
2. Put on gloves and goggles/safety glasses
3. Sweep up any loose debris from the floor and discard in a garbage can
4. Dust mop the area prior to wet mopping (do not skip this step)
5. Dip clean mop in mop bucket containing diluted disinfecting agent.  Allow mop head to absorb solution.
6. Lift mop head and place in mop wringer.  Apply wringer to wring mop.
7. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area
8. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet
9. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.  Concentrate on areas of about 4 feet at a time.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Intake/Release | |
|---|---|---|
| Section #:  16 | Process #:  1604 | Page 2 of 2 |
| Title:  Wet Mopping Floors (Intake/Release) | | |

10.    Be sure to reposition "wet floor" signs as needed as you move along.  Do not remove the "wet floor" signs until the wet area is completely dried

11.    Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

12.    Be sure to mop all areas, including under furniture, chairs, tables, etc.

13.    When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn.

14.    Thoroughly clean/sanitize the mop bucket utilizing Process #1200

15.    Hang the mop and broom to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1605 | Page 1 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing (Intake/Release) | | |

**Contaminated Floors Cleaning/Sanitizing – Special Procedures**

Contaminated areas must be handled carefully.  OSHA 29 CFR 1910.1030(d)(4)(ii) requires that equipment and surfaces be cleaned and disinfected after contact with blood or other potentially infectious material.  Contaminated work surfaces shall be decontaminated with an appropriate disinfectant immediately or as soon as feasible when surfaces are overtly contaminated or after any spill of blood or other potentially infectious materials; and at the end of the work shift if the surface may have become contaminated since the last cleaning.  An appropriate disinfectant to be used must be registered with the Environmental Protection Agency (EPA) as a tuberculocidal or bleach at 1:10 or 1:100 with water.

Clean mop heads, clean cloths/rags and or paper towels must be used for contaminated areas and discarded after use.  <span style="color:red">Never reuse contaminated mops and/or cloths/rags in any other area of a facility</span>.  Dirty mop heads and/or cloths/rags/paper towels (after use in contaminated areas) must be placed in a biohazard waste bag and properly discarded in a biohazard receptacle.

<u>Supplies Needed</u>:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Three mops with three clean mop heads.
5. Biohazard waste bag(s)
6. Eye Protection & Face Shield
7. Single use Tyvek suit and shoe covers
8. Nitrile gloves

<u>Process</u>

1. Put on Tyvek suit, shoe covers, eye protection, face shield and nitrile gloves
2. Spray the contaminated area with disinfecting solution for contaminated areas at appropriate dilution.  Spray from outside edges of spill toward the middle

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1605 | Page 2 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing  (Intake/Release) | | |

3. Soak up and clean up the contaminated area with cloths/rags, paper towels and/or mop.  Alternately, an Absorbent Powder (Micro-encapsulation absorbent) specifically designed to clean up spills may be used.  Follow the manufacturer's instructions for this type of product

4. Be sure to absorb and remove all traces of the spill with the cloths/rags, paper towels and/or mop

5. Re-spray the area with disinfecting solution for contaminated areas and wipe clean or mop with the second clean mop ensuring that all traces of the spill are cleaned up

6. Re-spray the cleaned area with the disinfecting solution for contaminated areas and allow to air dry or mop with third clean mop and allow to air dry

7. Discard all mop heads, rags, paper towels, and PPEs in biohazard waste bag and dispose of properly

8. Clean/sanitize mop bucket(s) utilizing Process #1200

9. Wash hands thoroughly in warm water and soap for minimum of 20 seconds. Rinse hands with clean water and dry with a clean paper towel

**Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Intake/Release |
|---|---|
| Section #: 16 | Process #: 1606 | Page 1 of 3 |
| Title: Inmate Bathroom  (Intake/Release) | |

**Toilets**

<span style="color:red">**Note:  Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such as toilets and/or urinals or sink/toilet units.    "Oxygenated bleach powder" may be used when scrubbing is necessary as outlined in steps 2 - 4 below.**</span>

Supplies needed:

1. Spray bottle with cleaning agent at appropriate dilution

2. Spray bottle with sanitizing agent at appropriate dilution

3. Oxygenated Bleach Powder (as needed)

4. Clean cloths/rags

5. Goggles/Safety glasses

6. Nitrile gloves

7. Toilet brush or toilet mop

8. Paper Towels

Process

1. Flush urinals and toilets

Note:  Toilets that have stains may be cleaned with oxygenated cleanser (powder) prior to general cleaning and sanitizing functions.   To use oxygenated cleanser, follow steps 2 – 4.  Otherwise, skip to step 5.

2. Sprinkle oxygenated bleach powder into bowl of toilet and/or urinal

3. Scrub the inside of urinal and/or toilet using the toilet brush/toilet mop, including under the rim

4. Flush the toilet and/or urinal

5. Apply cleaner/disinfectant to inside and outside of urinals and toilets.  Allow to dwell for 10 minutes.  Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim.  Wipe the outside with a clean cloth/rag.  Discard the cloth/rag.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:**  16 | **Process #:**  1606 | Page 2 of 3 |
| **Title:** Inmate Bathroom  (Intake/Release) | | |

6.   Re-apply sanitizing solution to outside of urinals and toilets and wipe with a new clean cloth/rag.  Work from high to low starting with top of toilet/urinal to outside of toilet/urinal and around base

7.   Allow to air dry

Note:  Do not use the same cloth used on the urinals and/or toilets on any other surface

**Sink**

**Note:  Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such sinks or sink/urinal units.   "Oxygenated bleach powder" may be used when scrubbing is necessary as outlined in steps 1  - 4 below.**

<u>Supplies needed</u>:

1.   Spray bottle with cleaning agent at appropriate dilution

2.   Spray bottle with sanitizing agent at appropriate dilution

3.   Oxygenated Bleach Powder (as needed)

4.   Clean cloths/rags

5.   Goggles/Safety glasses

6.   Nitrile gloves

7.   Paper towels

<u>Process</u>

Note:  Sinks that have stains may be cleaned with oxygenated cleanser (powder) prior to general cleaning and sanitizing functions.   To use oxygenated cleanser, follow steps 1 – 4. Otherwise, skip to step 4.

1.  Wet inside of sink area

2.  Sprinkle oxygenated bleach powder into bowl of sink

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release | |
| --- | --- | --- | --- |
| **Section #:** 16 | **Process #:** 1606 | | Page 3 of 3 |
| **Title:** Inmate Bathroom  (Intake/Release) | | | |

3. Scrub the inside of the sink with a damp rag or cloth

4. Rinse the sink thoroughly with clean water

5.  Apply cleaner/disinfectant to sink area (sink bowl and counter space) and allow to dwell for 10 minutes.  Wipe with a clean cloth/rag.  Pay particular attention to spots, dried soap, soap scum, etc.

6. Re-apply sanitizing solution.  Wipe entire sink area with a new clean cloth/rag.

7. Allow to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1607 | Page 1 of 4 |
| **Title:** Holding Cells/Holding Room ("Fish Bowl") | | |

Supplies needed:

1. Broom
2. Dust pan
3. Dust mop
4. Wet Mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Hand brush
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Stepladder
13. Goggles/Safety glasses
14. Nitrile gloves
15. Paper Towels

Process

The following procedures are general cleaning/sanitizing steps for a holding cell, rear lobby cell, etc. Steps that do not apply, i.e. air vent to a particular area may be skipped.

Holding cells should be cleaned in the order from highest to lowest level in the room.

1. Put on gloves and goggles/safety glasses
2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and is locked open before climbing on it.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1607 | Page 2 of 4 |
| **Title:** Holding Cells/Holding Room ("Fish Bowl") | | |

3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting. If a vacuum containing a HEPA filter is not available, continue to step #4

4. Wet a hand brush with cleaning agent

5. Softly brush the vent in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Discard any debris in a garbage bag

Note: If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

8. Move step ladder under light fixture(s)

9. Turn off the light

10. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

11. Wipe the light fixture, top, sides, and bottom

12. Turn light back on

13. Apply cleaning agent to cloth/rags and/or wall(s)

14. Wipe wall(s), door(s), door handles, door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

15. Spray wall area, door, door handle, door jam with disinfectant. Allow to dwell for 10 minutes

16. Excess wetness may be wiped with a clean, dry paper towel

17. Close step ladder

18. Flush urinals and toilets, and wet sink area of sink/toilet unit

**Note:  Do not use products containing sodium hypochlorite (bleach) on stainless steel surfaces, such as sinks and/or toilets or urinals**

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1607 | Page 3 of 4 |
| **Title:** Holding Cells/Holding Room ("Fish Bowl") | | |

19. Apply cleaner/disinfectant to inside and outside of urinals and toilets and/or sink/toilet unit. Allow to dwell for 10 minutes. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim. Wipe the outside with a clean cloth/rag. Discard the cloth/rag.

20. Wipe sink bowl and faucets, and outside sink bowl first, followed by outside of urinals and toilets with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on sink, urinals and toilets and wipe with a new clean cloth/rag. Allow to air dry

Note: Do not use the same cloth after use on the urinals and/or toilets on any other surface

21. Spray bunk and/or benches, including sides, end rails, etc. with cleaning agent and wash with clean cloth/rag. Pay special attention to spots, food debris, stains, etc.

22. Spray bunk and/or benches, including sides, end rails, etc., with disinfecting agent. Allow area to air dry

23. Sweep up any loose debris from the floor and discard in a garbage can

24. Dust mop the area prior to wet mopping (do not skip this step)

25. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution

26. Lift mop head and place in mop wringer. Apply wringer to wring mop

27. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

28. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

29. Return to where you began. Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

30. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

31. Be sure to mop all areas, including under bunks, around toilets, sinks, etc.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1607 | Page 4 of 4 |
| **Title:** Holding Cells/Holding Room ("Fish Bowl") | | |

32. When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

33.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

34.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release | |
|---|---|---|---|
| **Section #:** 16 | **Process #:** 1608 | Page 1 of 4 | |
| **Title:** Medical Exam Area  (Intake/Release) | | | |

MDCR Sanitation Staff will ensure that the Intake/Release medical examination area is cleaned at minimum one time per day, and more often as needed.  Examination tables and gurneys, where exam table paper is not used, shall be wiped down with a disposable disinfecting wipe (sanitized) in between each patient seen.

Staff should consider the Intake/Release medical examination area as potentially contaminated areas and should always use PPEs (gloves, goggles/safety glasses) in these areas

**Note:  Medical areas should also be treated as confidential areas.  Due to HIPPA regulations, medical information in these areas should not be seen, handled, shared, or overheard by any staff not authorized to have or hear medical information, nor should any medical information be available in any way to inmates other than the patient themselves.**

The following are processes for general cleaning and sanitizing of the Intake/Release medical examination areas.  These processes are not for contaminated areas.  Refer to Cleaning Process # 1605 for steps in cleaning and sanitizing a contaminated area.

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Dust mop
4. Wet mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Glass cleaner
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Goggles/Safety glasses

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1608 | Page 2 of 4 |
| **Title:** Medical Exam Area  (Intake/Release) | | |

13.  Nitrile gloves

14.  Wet floor signage

15.  Garbage bags

16.  Paper Towels

Process

Exam/treatment areas should be cleaned in the order from highest to lowest level in the area.

1. Put on gloves and goggles/safety glasses

2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and is locked open before climbing on it.

3. High dust/damp dust any areas above shoulder length

Note:  If there is an A/C vent it the area and it has excessive dust/debris that will not come off/out by damp dusting the vent(s), create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

4. Move step ladder under light fixture(s)

5. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

6. Wipe the light fixture, top, sides, and bottom

7. Apply cleaning/sanitizing agent to cloth/rags and/or wall(s)

8. Wipe wall(s), door(s), door handle and door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

9.  Spray wall area, doors, door handle, door jams with disinfectant.  Allow to dwell for 10 minutes

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1608 | Page 3 of 4 |
| **Title:** Medical Exam Area  (Intake/Release) | | |

10.  Excess wetness may be wiped with a clean, dry paper towel

11.  Close step ladder

12.  Remove exam table paper if applicable.  Turn mattress end over to opposite end so that mattress is folded in half

13. Spray exposed bed, sides, rails, etc. and flipped mattress with cleaning agent and wash with clean cloth/rag.  Pay special attention to spots, stains, etc.

14. Wipe exposed bed, sides, end rails, etc., and flipped mattress with disposable disinfecting wipes.  Be sure all areas wiped are wet with the solution.  Allow area to air dry

15.  Flip mattress end down and turn opposite end so that mattress is again folded in half

16.  Repeat steps 13 - 14.

17.  Turn mattress end down so that mattress is lying flat on the bed in a normal bedding position

18. Wipe entire mattress with disposable disinfecting wipes.   Be sure entire mattress becomes wet with the solution.  Allow area to air dry

19.  Sweep up any loose debris from the floor and discard in a garbage can

20. Empty all waste containers that contain clear waste liners by removing the plastic liner(s).

21. Spray the inside and outside of the waste container(s) with disinfecting solution and wipe all areas of container

22.  Re-line waste container(s) with clear plastic liner

23.  Dust mop the area prior to wet mopping (do not skip this step)

24.  Set up wet floor signage



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1608 | Page 4 of 4 |
| **Title:** Medical Exam Area  (Intake/Release) | | |

25.  Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent.  Allow mop head to absorb solution

26.  Lift mop head and place in mop wringer.  Apply wringer to wring mop

27.  Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

28.  Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

29.  Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

30.  Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.   Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

31.  Be sure to mop all areas, including under bunks, around toilets, sinks, etc.

32. When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

33.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

34.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1609 | Page 1 of 3 |
| **Title:** Offices/Shift Commander/Control Booths/Property Room | | |

Offices shall have a general cleaning at minimum one time per week.  The shift commander area and control booths must be cleaned at minimum one time per day, and more often as needed, i.e. once per shift.   Users of the office space shall be responsible for cleaning their workstation, PCs, keyboards, mouse, notebooks, printers, calculators, and any other electrical devices contained at the work station.

<u>Supplies needed:</u>

1.  Broom
2.  Dust pan
3.  Dust mop
4.  Wet Mop
5.  Mop bucket with cleaning/disinfecting agent at appropriate dilution
6.  Spray bottle with cleaning agent at appropriate dilution
7.  Spray bottle with sanitizing agent at appropriate dilution
8.  Disposable disinfecting wipes
9.  Glass cleaner
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Garbage bags/plastic liners
13. Stepladder (optional)
14. Wet floor signage
15. Vacuum (if area contains carpet)
16. Goggles/Safety glasses
17. Nitrile gloves
18. Paper Towels

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1609 | Page 2 of 3 |
| **Title:** Offices/Shift Commander/Control Booths/Property Room | | |

Process

1. Put on nitrile gloves and goggles/safety glasses

2. Sweep the floor area removing any loose debris and discard in the garbage can

3. Empty waste containers/garbage cans by removing plastic liners and discarding

4. Spray waste container(s)/garbage can(s) with sanitizing agent and allow to dwell for 10 minutes

5. High dust any areas above shoulder length, i.e. ledges, light fixtures, air vents, etc.

Note: If office contains a bathroom, clean the bathroom in accordance with Staff Bathroom Cleaning Process #1300

6. Spot clean walls and baseboards with cleaning agent as necessary

7. Clean mirrors, pictures, windows, window sills with glass cleaner

8. Damp dust furniture, tables, chairs, file cabinets, etc. Do not dust desk tops unless previously emptied by owner. Do not move any papers, files, documents on the desk top

9. Wipe telephone and receiver with disposable disinfecting wipe. Discard wipe

10. Wipe waste container(s)/garbage can(s) with clean dry cloth. Discard cloth

11. Re-insert new plastic liners

12. Vacuum floor area(s) containing carpet, if any

13. Dust mop hard floor areas (do not skip this step)

14. Set up wet floor signage

15. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution



# Miami-Dade Corrections & Rehabilitation Department
# Janitorial Process Manual

| | | |
|---|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
| **Section #:** 16 | **Process #:** 1609 | Page 3 of 3 |
| **Title:** Offices/Shift Commander/Control Booths/Property Room | | |

16. Lift mop head and place mop on floor without using the mop wringer

17. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

18. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

19. Return to where you began. Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

20. Dip mop as often as needed to allow mop head to thoroughly wet floor. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

21. Be sure to mop all areas, including under tables, chairs, desks, etc.

22. When finished, clean and sanitize the mop head (Process #1202). Discard mop heads that appear dirty and/or worn

23. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

24. Hang the mop, rag, broom or brush to allow it to air dry. Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Intake/Release | |
|---|---|---|
| Section #: 16 | Process #: 1610 | Page 1 of 4 |
| Title: Staff Bathrooms | | |

Supplies needed:

1. Broom
2. Dust pan
3. Bathroom Dust mop
4. Bathroom Wet Mop
5. Bathroom mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Clean cloths/rags
9. Duster with extension pole (Optional)
10. Stepladder (optional)
11. Goggles/Safety glasses
12. Nitrile gloves
13. Paper Towels

Process

1. Wedge the bathroom door open
2. Set up wet floor signage
3. Put on gloves and goggles/safety glasses
4. Refill paper towels, soap and toilet paper as needed
5. Remove any debris inside bathroom

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1610 | Page 2 of 4 |
| **Title:** Staff Bathrooms | | |

6.   High dust the areas of the restroom above shoulder height using the duster and extension pole as needed.  Setup the stepladder if needed under high areas.  Ensure step ladder is on a level surface and it locked open before climbing on it.

7.   To clean any air vents in the restroom, wet a hand brush with cleaning agent

8.   Softly brush the air vent in a back and forth motion removing dust/debris

9.   Wipe with a clean dry cloth

10.   Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

11.   Close step ladder (if used)

12.   Flush urinals and toilets

13.   Apply cleaner/disinfectant to inside and outside of urinals and toilets and sink area (sink bowl, faucet, and counter top).  Allow to dwell for 10 minutes.

14.   While waiting on dwell time for the sinks, urinals and toilets, apply cleaning agent to cloth/rags and/or wall(s), door(s), door handles, and door jam(s)

15.   Wipe wall(s), door(s), door handles, door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

16.   Spray wall area, door(s), door handles, door jam(s) with disinfectant.  Allow to dwell for 10 minutes

17.   Excess wetness may be wiped with a clean, dry paper towel

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1610 | Page 3 of 4 |
| **Title:** Staff Bathrooms | | |

18.   Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim.  Wipe the sink areas with a clean cloth/rag and then wipe the outside of the urinals and toilets.  Discard the cloth/rag.

19.   Reapply the disinfecting agent to the sink area, urinals and toilets.

20.   Using a clean cloth/rag, wipe sink bowl and faucets, and outside sink bowl first, followed by outside of urinals and toilets

21.   Allow to air dry

Note:  Do not use the same cloth after use on the urinals and/or toilets on any other surface

22.   Sweep up any loose debris from the floor and discard in a garbage can

23.   Empty garbage can, receptacles, by removing plastic liners, etc.

24.  Spray disinfecting agent onto inside of garbage can(s), receptacle(s), etc. and wipe with paper towels

25.  Dust mop the area prior to wet mopping (do not skip this step)

26.  Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent.  Allow mop head to  absorb solution

27.  Lift mop head and place mop on floor without using the mop wringer

28.  Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

29.  Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

30.  Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

31.  Dip mop as often as needed to allow mop head to thoroughly wet floor.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:**  16 | **Process #:**  1610 | Page 4 of 4 |
| **Title:**  Staff Bathrooms | | |

32.  Be sure to mop all areas, including under sinks, around toilets, under urinals, etc.

33.  When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

34.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

35.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1611 | Page 1 of 1 |
| **Title:** Computer Terminals/Electronics | | |

Supplies needed:

1.  Spray bottle with cleaning agent at appropriate dilution
2.  Spray bottle with sanitizing agent at appropriate dilution
3.  Disposable disinfecting wipes
4.  Clean cloths/rags
5.  Goggles/Safety glasses
6.  Nitrile gloves
7.  Paper Towels

Process

1.  Put on nitrile gloves and goggles/safety glasses
2.  Spray cleaning/sanitizing agent onto clean cloth/rag
3.  Wipe tables (computer, electronic tables), chairs, etc., on top, front, sides and back.
4.  Wipe telephone and receiver with a new disposable disinfecting wipe.  Discard wipe
5.  Wipe the computer keyboard and mouse with a new disposable disinfecting wipe. Discard wipe
6.  Wipe any electronics/equipment, i.e. finger print machines, property sealers, etc. with a new disposable disinfecting wipe.  Discard wipe

**Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release |
|---|---|
| **Section #:** 16 | **Process #:** 1612 | Page 1 of 2 |

| **Title:** Closets (Janitorial, electrical, mechanical, fire suppression, generator, sanitation) and Plumbing Chases |
|---|

Electrical and mechanical type closets may never be used as storage areas. Closets and plumbing chases should be checked frequently for improperly stored items and for leaks. Ensuring that leaking plumbing is addressed in a timely manner will assist with reducing the incidence of mold and mildew growth and with pest control. Anytime a leak is discovered in a closet or plumbing chase, a Facilities Management Bureau Service Ticket should be generated as soon as possible.

**Mechanical and Electrical Closets and Plumbing Chases**

Supplies needed:

1. Corn broom
2. Dust pan
3. Garbage bag
4. Nitrile gloves

Process

1. Put on nitrile gloves
2. Unlock the closet
3. Check inside for improperly stored items and remove them if found
4. Check inside for any standing or dripping water
5. Sweep floor and remove any debris
6. Relock the closet

**Janitorial and Sanitation Closets**

1. Corn broom
2. Dust pan
3. Garbage bag
4. Clean rags/cloths



# Miami-Dade Corrections & Rehabilitation Department
## Janitorial Process Manual

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Intake/Release |
|---|---|---|
| **Section #:** 16 | **Process #:** 1612 | Page 2 of 2 |

**Title:** Closets (Janitorial, electrical, mechanical, fire suppression, generator, sanitation) and Plumbing Chases

5. Paper towels

6. Spray bottle with cleaning agent at appropriate dilution

7. Deck brush

8. Squeegee

9. Mop bucket with cleaning agent at appropriate dilution (sanitation closets)

10. Wet mop

11. Nitrile gloves

Procedure:

1. Put on nitrile gloves

2. Unlock the closet

3. Check inside for improperly stored items and remove them if found

4. Check inside for any standing or dripping water

5. Wipe down any shelving, equipment, etc. with a damp cloth

6. Sweep floor and remove any debris

7. In Sanitation closets, mop the floor using wet mopping Process # 501

8. In janitorial closets, if floor areas are dirty, apply water and cleaning agent to the floor area

9. Scrub the floor with the deck brush

10. Rinse the floor with clean water

11. Squeegee excess water toward floor drain(s)

12. Allow floor to air dry

13. Relock closet

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Intake/Release | |
|---|---|---|
| **Section #:** 16 | **Process #:** 1613 | Page 1 of 1 |
| **Title:** Doors, Door Handles, Door Jams, Handrails | | |

Doors, door handles, and door jams should be cleaned as part of the everyday cleaning process throughout the facility areas.  However, for doors that are not part of a general area of cleaning, the following process should be followed.

<u>Supplies needed</u>:

1. Spray bottle with cleaning/disinfecting solution
2. Clean rags/cloths
3. Paper towels
4. Goggles/safety glasses
5. Nitrile gloves

<u>Process</u>

1. Put on nitrile gloves and goggles/safety glasses
2. Spot clean door(s), door handles, and door jam(s) with cleaning/disinfecting agent and a clean rag/cloth or paper towels
3. Wipe entire door on both sides and door jam on both sides with the cleaning/disinfecting agent and the rag/cloth or paper towels
4. Wipe the door handles with cleaning/disinfecting agent
5. Allow all surfaces to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Intake/Release | |
|---|---|---|
| Section #: 16 | Process #: 1614 | Page 1 of 1 |
| Title: Chairs (Inmate Open Booking) | | |

<u>Supplies needed</u>:

1. Clean rags/cloths
2. Spray bottle with cleaning/disinfecting agent at appropriate dilution
3. Wet floor signage
4. Paper towels
5. Nitrile gloves
6. Goggles/safety glasses

<u>Process</u>

1. Set up wet floor signage
2. Put on nitrile gloves and goggles/safety glasses
3. Clear off any items from the chairs
4. Spray chairs and handles with cleaning agent
5. Wipe with clean rag/cloth, paying particular attention to spills, stains, food debris, etc.
6. Continue to use cleaning agent until stains, spills, food debris has been removed
7. Spray chairs and handles with disinfecting agent and allow to dwell for 10 minutes
8. Excess moisture, if any, may be wiped with clean paper towels

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Intake/Release | |
|---|---|---|
| Section #: 16 | Process #: 1615 | Page 1 of 1 |
| Title: Fans & Fan Guards (Intake/Release) | | |

**Never spray water onto or into fans.  Cloths and/or brushes used to clean the fans/fan guards may be damp but not wet.  No water should run onto or into the fans.**

Supplies needed:

1.  Hand brush
2.  Clean rag/cloth
3.  Nitrile gloves
4.  Goggles/safety glasses

Note:  A vacuum with a HEPA filter may be used to vacuum the fan guards and/or fan blades to remove larger particles prior to damp dusting.  Follow the vacuuming with damp dusting in accordance with the steps below.

Process

**To clean the fan guard only**

1.  Put on nitrile gloves and goggles/safety glasses
2.  Unplug the fan from the electrical source
3.  Use the hand brush and brush the wire fan guard
4.  Use a damp rag/cloth to wipe the fan guards

**To clean the fan blades**

1.  Put on nitrile gloves and goggles/safety glasses
2.  Unplug the fan from the electrical source
3.  Remove the clips holding the fan guards in place
4.  Remove the fan guards
5.  Use a damp, not wet, rag/cloth to wipe the fan blades
6.  Re-attach the fan guards

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2000 | Page 1 of 5 |
| **Title:** Examination/Treatment Rooms | | |

MDCR Sanitation Staff will ensure that clinic examination rooms are cleaned at minimum one time per day, and more often as needed.  For examination tables and gurneys, where exam table paper is not used, shall be wiped down with a disposable disinfecting wipe (sanitized) in between each patient seen.

Staff should consider clinic areas as potentially contaminated areas and should always use PPEs (gloves, goggles/safety glasses) in these areas

**Note:  Clinic areas should also be treated as confidential areas.  Due to HIPPA regulations, medical information in these areas should not be seen, handled, shared, or overheard by any staff not authorized to have or hear medical information, nor should any medical information be available in any way to inmates other than the patient themselves.**

The following are processes for general cleaning and sanitizing of clinic areas.  These processes are not for contaminated areas.  Refer to Cleaning Process # 502 for steps in cleaning and sanitizing a contaminated area.

Supplies needed:

1. Broom
2. Dust pan
3. Dust mop
4. Wet mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Glass cleaner
10. Hand brush
11. Clean cloths/rags
12. Duster with extension pole (Optional)
13. Goggles/Safety glasses

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2000 | Page 2 of 5 |
| **Title:** Examination/Treatment Rooms | | |

14. Nitrile gloves

15. Toilet brush or toilet mop

16. Wet floor signage

17. Garbage bags

18. Paper Towels

Process

Exam/treatment rooms should be cleaned in the order from highest to lowest level in the room.

1. Put on gloves and goggles/safety glasses

2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and is locked open before climbing on it.

3. Wet a hand brush with cleaning agent

4. Softly brush the A/C vent in a back and forth motion removing dust/debris

5. Wipe with a clean dry cloth

6. Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

7. Move step ladder under light fixture(s)

8. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

9. Wipe the light fixture, top, sides, and bottom

10. Apply cleaning/sanitizing agent to cloth/rags and/or wall(s)

11. Wipe wall(s), door(s), door handle and door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

12. Spray wall area, doors, door handle, door jams with disinfectant.  Allow to dwell for 10 minutes

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | Process Category: Clinic | |
|---|---|---|
| Section #: 20 | Process #: 2000 | Page 3 of 5 |
| Title: Examination/Treatment Rooms | | |

13. Excess wetness may be wiped with a clean, dry paper towel

14. Close step ladder

15. Turn mattress end over to opposite end so that mattress is folded in half

16. Spray exposed bed, sides, rails, etc. and flipped mattress with cleaning agent and wash with clean cloth/rag. Pay special attention to spots, stains, etc.

17. Wipe exposed bed, sides, end rails, etc., and flipped mattress with disposable disinfecting wipes. Be sure all areas wiped are wet with the solution. Allow area to air dry

18. Flip mattress end down and turn opposite end so that mattress is again folded in half

19. Repeat steps 16 - 17.

20. Turn mattress end down so that mattress is lying flat on the bed in a normal bedding position

21. Wipe entire mattress with disposable disinfecting wipes. Be sure entire mattress becomes wet with the solution. Allow area to air dry

22. Clean mirrors with glass cleaner

23. Sweep up any loose debris from the floor and discard in a garbage can

24. Empty all waste containers that contain clear waste liners by removing the plastic liner(s).

25. Spray the inside and outside of the waste container(s) with disinfecting solution and wipe all areas of container

26. Re-line waste container(s) with clear plastic liner

Note: If the examination/treatment room contains a bathroom follow steps 27 - 32 to clean the bathroom, otherwise if there is no bathroom in the examination/treatment room, omit steps 27 - 32

27. Flush urinals and toilets

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic |
|---|---|---|
| **Section #:** 20 | **Process #:** 2000 | Page 4 of 5 |
| **Title:** Examination/Treatment Rooms | | |

28. Apply cleaner/disinfectant to inside and outside of urinals and toilets. Allow to dwell for 10 minutes. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim. Wipe the outside with a clean cloth/rag. Discard the cloth/rag.

29. Apply cleaner/disinfectant to sink area and wipe with a clean cloth/rag. Pay particular attention to spots, dried soap, soap scum, etc.

30. Wipe entire sink area with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on sink area and wipe with a new clean cloth/rag. Allow to air dry

31. Wipe outside of urinals and toilets with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on urinals and toilets and wipe with a new clean cloth/rag. Allow to air dry

Note: Do not use the same cloth used on the urinals and/or toilets on any other surface

32. Allow both sink and toilet/urinal to air dry

33. Check and refill dispensers (soap, hand sanitizer, tissue, toilet paper, paper towels) as needed

34. Dust mop the area prior to wet mopping (do not skip this step)

35. Set up wet floor signage

36. Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent. Allow mop head to absorb solution

37. Lift mop head and place in mop wringer. Apply wringer to wring mop

38. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

39. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

40. Return to where you began. Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
| --- | --- | --- |
| **Section #:** 20 | **Process #:** 2000 | Page 5 of 5 |
| **Title:** Examination/Treatment Rooms | | |

41.  Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.    Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

42.  Be sure to mop all areas, including under bunks, around toilets, sinks, etc.

43. When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

44.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

45.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:**  Cleaning/Sanitizing Process | | **Process Category:**  Clinic |
|---|---|---|
| **Section #:**  20 | **Process #:**  2001 | Page 1 of 2 |
| **Title:**  Examination Tables and Gurneys | | |

Supplies needed:

1. Spray bottle with cleaning/disinfecting agent at appropriate dilution
2. Disposable disinfecting wipes
3. Clean cloths/rags
4. Goggles/Safety glasses
5. Nitrile gloves
6. Paper Towels

Process

**Gurneys**

1. Put on nitrile gloves and goggles/safety glasses
2. Turn mattress end over to opposite end so that mattress is folded in half
3. Spray exposed bed, sides, rails, etc. and flipped mattress with cleaning agent and wash with clean cloth/rag.  Pay special attention to spots, stains, etc.
4. Wipe exposed bed, sides, end rails, etc., and flipped mattress with disposable disinfecting wipes.  Be sure all areas wiped are wet with the solution.  Allow area to air dry
5. Flip mattress end down and turn opposite end so that mattress is again folded in half
6. Repeat steps 3 - 4.
7. Turn mattress end down so that mattress is lying flat on the bed in a normal bedding position
8. Wipe entire mattress with disposable disinfecting wipes.  Be sure entire mattress becomes wet with the solution

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic |
|---|---|---|
| **Section #:** 20 | **Process #:** 2001 | Page 2 of 2 |
| **Title:** Examination Tables and Gurneys | | |

9.      Allow area to air dry

**Examination Tables (No Mattress)**

1.      Put on nitrile gloves and goggles/safety glasses

2.      Spray the entire examination table with a cleaning/disinfecting agent

3.      Clean up any visible debris, liquids, etc.

4.      Wipe the entire examination table with disposable disinfecting wipes ensuring that all areas of the table become wet with the solution

5.      Allow to air dry

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2002 | Page 1 of 3 |
| **Title:** Nurses Station | | |

<u>Supplies needed</u>:

1. Broom
2. Dust pan
3. Dust mop
4. Wet mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Glass cleaner
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Goggles/Safety glasses
13. Nitrile gloves
14. Garbage bags
15. Wet floor signage
16. Paper Towels

<u>Process</u>

1. Put on nitrile gloves and goggles/safety glasses
2. Sweep the floor area removing any loose debris and discard in the garbage can
3. Empty waste containers/garbage cans by removing plastic liners and discarding

 **Miami-Dade Corrections & Rehabilitation Department Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2002 | Page 2 of 3 |
| **Title:** Nurses Station | | |

4. Spray waste container(s)/garbage can(s) with sanitizing agent and allow to dwell for 10 minutes

5. High dust any areas above shoulder length, i.e. ledges, light fixtures, air vents, etc.

6. Damp dust furniture, tables, chairs, file cabinets, etc. Do not dust desk tops unless previously emptied by owner. Do not move any papers, files, documents on the desk top

7. Spot clean walls, doors, partitions, cabinets, etc. with clean rag/cloth sprayed with cleaning agent

8. Wipe telephone and receiver with disposable disinfecting wipe. Discard wipe

9. Clean any glass or mirrors with glass cleaner

10. Wipe waste container(s)/garbage can(s) with clean dry cloth. Discard cloth

11. Re-insert new plastic liners

12. Vacuum floor area(s) containing carpet, if any

13. Dust mop hard floor areas (do not skip this step)

14. Set up wet floor signage

15. Dip clean mop in mop bucket containing disinfecting agent (germicidal solution) at appropriate dilution. Allow mop head to absorb solution

16. Place mop head in wringer and apply wringer

17. Lift mop head and place mop on floor

18. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

19. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | |
|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic |
| **Section #:** 20 **Process #:** 2002 | Page 3 of 3 |
| **Title:** Nurses Station | |

20.   Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

21.   Dip mop as often as needed to allow mop head to thoroughly wet floor.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

22.   Be sure to mop all areas, including under tables, chairs, desks, etc.

23.   When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

24.   Thoroughly clean/sanitize the mop bucket utilizing Process #1200

25.   Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

Note:  Strip and wax clinic floors in accordance with Floor Stripping and Waxing Process #503

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | | Process Category: Clinic |
|---|---|---|
| Section #: 20 | Process #: 2003 | Page 1 of 2 |
| Title: Walls | | |

Walls inside of the clinic must be cleaned and sanitized regularly due to exposure to bacteria, viruses, and/or bodily fluids.  It is advised that after walls have been cleaned, the floor is then cleaned to remove anything that has come off the walls, and mopped to remove any wet area on the floor

Supplies needed:

1. Mop bucket with cleaning/disinfecting agent at appropriate dilution
2. Spray bottle with cleaning/disinfecting agent at appropriate dilution
3. Clean cloths/rags
4. Wet mop
5. Bucket with clean water
6. Stepladder (as needed)
7. Wet Floor signage
8. Paper towels
9. Goggles/safety glasses
10. Nitrile gloves

Process

1. Put on gloves and goggles/safety glasses
2. Set up wet floor signage
3. Set up stepladder if needed.  Stepladder must be on level surface and locked open before climbing on it.
4. Apply cleaning/sanitizing agent to wall(s) and rag/cloth
5. Wipe wall(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic |
|---|---|---|
| **Section #:** 20 | **Process #:** 2003 | Page 2 of 2 |
| **Title:** Walls | | |

6.    Re-apply cleaning/disinfecting agent to wall area.  Allow to dwell for 10 minutes

7.    Excess wetness may be wiped with clean, dry paper towels

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2004 | Page 1 of 1 |
| **Title:** Dust Mopping Floors | | |

Floors must be cleaned at least daily.  In many areas, it may be necessary for the floor to be cleaned multiple times per day or shift.  In clinic areas, floors must be cleaned and sanitized, due to exposure to bacteria/contamination, i.e. blood, bodily fluids.  Waxed floors should be stripped, cleaned and waxed whenever the floor wax is worn or on an as needed basis, whichever comes first.

**Dust Mopping Floors**

Supplies needed:

1. Dust mop or damp mop
2. Corn broom
3. Dust pan

Process

1. Sweep up any loose debris from the floor and discard in a garbage can
2. Use either a dust mop of damp mop.  Begin at the farthest corner/wall of the room.  Use a figure eight motion, working clockwise or counter clockwise around the room.  Once you have started, do not lift the mop head from the floor until complete.
3. Change the mop head as necessary

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | |
|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic |
| **Section #:** 20 | **Process #:** 2005 | Page 1 of 2 |
| **Title:** Wet Mopping Floors (Clinic) | |

<u>Supplies needed</u>:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Mop with clean mop head.  A second clean mop head will be necessary for contaminated areas
5. Nitrile gloves
6. Goggles/Safety glasses

<u>Process</u>

1. Place "wet floor" signage to clearly mark area being mopped
2. Put on gloves and goggles/safety glasses
3. Sweep up any loose debris from the floor and discard in a garbage can
4. Dust mop the area prior to wet mopping (do not skip this step)
5. Dip clean mop in mop bucket containing diluted disinfecting agent.  Allow mop head to absorb solution.
6. Lift mop head and place in mop wringer.  Apply wringer to wring mop.
7. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area
8. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet
9. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.  Concentrate on areas of about 4 feet at a time.



**Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2005 | Page 2 of 2 |
| **Title:** Wet Mopping Floors (Clinic) | | |

10.    Be sure to reposition "wet floor" signs as needed as you move along.  Do not remove the "wet floor" signs until the wet area is completely dried

11.    Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.  Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

12.    Be sure to mop all areas, including under furniture, chairs, tables, etc.

13.    When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn.

14.    Thoroughly clean/sanitize the mop bucket utilizing Process #1200

15.    Hang the mop and broom to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic |
|---|---|---|
| **Section #:** 20 | **Process #:** 2006 | Page 1 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing (Clinic) | | |

**Contaminated Floors Cleaning/Sanitizing – Special Procedures**

Contaminated areas must be handled carefully.  OSHA 29 CFR 1910.1030(d)(4)(ii) requires that equipment and surfaces be cleaned and disinfected after contact with blood or other potentially infectious material.  Contaminated work surfaces shall be decontaminated with an appropriate disinfectant immediately or as soon as feasible when surfaces are overtly contaminated or after any spill of blood or other potentially infectious materials; and at the end of the work shift if the surface may have become contaminated since the last cleaning.  An appropriate disinfectant to be used must be registered with the Environmental Protection Agency (EPA) as a tuberculocidal or bleach at 1:10 or 1:100 with water.

Clean mop heads, clean cloths/rags and or paper towels must be used for contaminated areas and discarded after use.  <span style="color:red">Never reuse contaminated mops and/or cloths/rags in any other area of a facility</span>.  Dirty mop heads and/or cloths/rags/paper towels (after use in contaminated areas) must be placed in a biohazard waste bag and properly discarded in a biohazard receptacle.

<u>Supplies Needed</u>:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Three mops with three clean mop heads.
5. Biohazard waste bag(s)
6. Eye Protection & Face Shield
7. Single use Tyvek suit and shoe covers
8. Nitrile gloves

<u>Process</u>

1. Put on Tyvek suit, shoe covers, eye protection, face shield and nitrile gloves
2. Spray the contaminated area with disinfecting solution for contaminated areas at appropriate dilution.  Spray from outside edges of spill toward the middle

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic |
|---|---|---|
| **Section #:** 20 | **Process #:** 2006 | Page 2 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing | | |

3. Soak up and clean up the contaminated area with cloths/rags, paper towels and/or mop. Alternately, an Absorbent Powder (Micro-encapsulation absorbent) specifically designed to clean up spills may be used. Follow the manufacturer's instructions for this type of product

4. Be sure to absorb and remove all traces of the spill with the cloths/rags, paper towels and/or mop

5. Re-spray the area with disinfecting solution for contaminated areas and wipe clean or mop with the second clean mop ensuring that all traces of the spill are cleaned up

6. Re-spray the cleaned area with the disinfecting solution for contaminated areas and allow to air dry or mop with third clean mop and allow to air dry

7. Discard all mop heads, rags, paper towels, and PPEs in biohazard waste bag and dispose of properly

8. Clean/sanitize mop bucket(s) utilizing Process #1200

9. Wash hands thoroughly in warm water and soap for minimum of 20 seconds. Rinse hands with clean water and dry with a clean paper towel

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2007 | Page 1 of 1 |
| **Title:** Doors, Door Handles, Door Jams, Handrails | | |

Doors, door handles, and door jams should be cleaned and sanitized as part of the everyday cleaning process throughout the clinic areas. However, for doors that are not part of a general area of cleaning, the following process should be followed.

<u>Supplies needed</u>:

1. Spray bottle with cleaning/disinfecting solution
2. Clean rags/cloths
3. Paper towels
4. Goggles/safety glasses
5. Nitrile gloves

<u>Process</u>

1. Put on nitrile gloves and goggles/safety glasses
2. Spot clean door(s), door handles, and door jam(s) with cleaning/disinfecting agent and a clean rag/cloth or paper towels
3. Wipe entire door on both sides and door jam on both sides with the cleaning/disinfecting agent and the rag/cloth or paper towels
4. Wipe the door handles with cleaning/disinfecting agent
5. Allow all surfaces to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | | |
|---|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
| **Section #:** 20 | **Process #:** 2008 | Page 1 of 2 |
| **Title:** Air Vents | | |

Air vents should be spot cleaned/dusted as part of the everyday cleaning process throughout the facility areas.  However, for air vents that are not part of a general area of cleaning, the following process should be followed.  In clinic areas, in addition to cleaning, air vents should be sanitized.

<u>Supplies needed</u>:

1. Spray bottle with cleaning/disinfecting agent at appropriate dilution

2. Hand brush

3. Clean cloths/rags

4. Duster with extension pole (Optional)

5. Goggles/Safety glasses

6. Nitrile gloves

7. Paper Towels

<u>Process</u>

1. Put on gloves and goggles/safety glasses

2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and it locked open before climbing on it.

3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting.  If a vacuum containing a HEPA filter is not available, continue to step #4

4. Wet a hand brush with cleaning agent

5. Softly brush the vent in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Spray 2nd clean cloth with cleaning/disinfecting solution.  Wipe the air vent with cloth

8. Allow air vent to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | |
|---|---|
| **Section:**  Cleaning/Sanitizing Process | **Process Category:**  Clinic |
| **Section #:**  20     **Process #:**  2008 | Page 2 of 2 |
| **Title:**  Air Vents | |

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Clinic | |
|---|---|---|
| **Section #:** 20 | **Process #:** 2009 | Page 1 of 1 |
| **Title:** Offices | | |

Follow Process #1400 for cleaning clinic offices.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2100 | Page 1 of 4 |
| **Title:** Inmate Room | | |

Supplies needed:

1. Broom
2. Dust pan
3. Dust mop
4. Wet mop
5. Mop bucket with cleaning/disinfecting agent at appropriate dilution
6. Spray bottle with cleaning agent at appropriate dilution
7. Spray bottle with sanitizing agent at appropriate dilution
8. Disposable disinfecting wipes
9. Hand brush
10. Clean cloths/rags
11. Duster with extension pole (Optional)
12. Goggles/Safety glasses
13. Nitrile gloves
14. Toilet brush or toilet mop
15. Paper Towels

Process

Housing cells should be cleaned in the order from highest to lowest level in the room.

1. Put on gloves and goggles/safety glasses
2. Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and it locked open before climbing on it.

 **Miami-Dade Corrections & Rehabilitation Department
Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2100 | Page 2 of 4 |
| **Title:** Inmate Room | | |

3. A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting. If a vacuum containing a HEPA filter is not available, continue to step #4

4. Wet a hand brush with cleaning agent

5. Softly brush the vent in a back and forth motion removing dust/debris

6. Wipe with a clean dry cloth

7. Discard any debris in a garbage bag

Note: If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

8. Move step ladder under light fixture(s)

9. Turn off the light

10. Spray cleaning agent onto a clean cloth/rag or duster with extension pole

11. Wipe the light fixture, top, sides, and bottom

12. Turn light back on

13. Apply cleaning agent to cloth/rags and/or wall(s)

14. Wipe wall(s), door(s), door handle and door jam(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

15. Spray wall area, doors, door handle, door jams with disinfectant. Allow to dwell for 10 minutes

16. Excess wetness may be wiped with a clean, dry paper towel

17. Close step ladder

18. Flush urinals and toilets

19. Apply cleaner/disinfectant to inside and outside of urinals and toilets. Allow to dwell for 10 minutes. Scrub inside of urinal and toilet with toilet brush/toilet mop, including under the rim. Wipe the outside with a clean cloth/rag. Discard the cloth/rag.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2100 | Page 3 of 4 |
| **Title:** Inmate Room | | |

20.   Apply cleaner/disinfectant to sink area and wipe with a clean cloth/rag.   Pay particular attention to spots, dried soap, soap scum, etc.

21.   Wipe entire sink area with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on sink area and wipe with a new clean cloth/rag.  Allow to air dry

22.   Wipe outside of urinals and toilets with a new clean cloth/rag dipped in sanitizing solution or spray sanitizing solution on urinals and toilets and wipe with a new clean cloth/rag.  Allow to air dry

Note:  Do not use the same cloth used on the urinals and/or toilets on any other surface

23.   Allow both sink and toilet/urinal to air dry

24.  Turn mattress end over to opposite end so that mattress is folded in half

25.  Spray exposed bunk, including flat metal where mattress end was, sides, end rails, etc. and flipped mattress with cleaning agent and wash with clean cloth/rag.   Pay special attention to spots, food debris, stains, etc.

26.   Wipe exposed bunk, including flat metal where mattress end was, sides, end rails, etc., and flipped mattress with disposable disinfecting wipes.  Be sure all areas wiped are wet with the solution.  Allow area to air dry

27.   Flip mattress end down and turn opposite end so that mattress is again folded in half

28.  Repeat steps 25 - 26.

29.   Turn mattress end down so that mattress is lying flat on the bunk in a normal bedding position

30.  Wipe entire mattress with disposable disinfecting wipes.  Be sure entire mattress becomes wet with the solution.  Allow area to air dry

31.  Sweep up any loose debris from the floor and discard in a garbage can

32.  Dust mop the area prior to wet mopping (do not skip this step)

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing |
|---|---|
| **Section #:** 21 | **Process #:** 2100 | Page 4 of 4 |
| **Title:** Inmate Room | |

33.  Dip clean mop in mop bucket containing diluted cleaning/disinfecting agent.  Allow mop head to absorb solution

34.  Lift mop head and place in mop wringer.  Apply wringer to wring mop

35.  Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

36.  Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

37.  Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion

38.  Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles.    Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy

39.  Be sure to mop all areas, including under bunks, around toilets, sinks, etc.

40.  When finished, clean and sanitize the mop head (Process #1202).  Discard mop heads that appear dirty and/or worn

41.  Thoroughly clean/sanitize the mop bucket utilizing Process #1200

42.  Hang the mop, rag, broom or brush to allow it to air dry.  Do not leave wet mops sitting inside of a mop bucket.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Medical Housing |
|---|---|---|
| **Section #:** 21 | **Process #:** 2101 | Page 1 of 2 |
| **Title:** Walls | | |

Walls must be cleaned and sanitized regularly due to exposure to bacteria, viruses, and/or bodily fluids.  It is advised that after walls have been cleaned, the floor is then cleaned to remove anything that has come off the walls, and mopped to remove any wet area on the floor

Supplies needed:

1. Mop bucket with cleaning agent at appropriate dilution

2. Spray bottle with cleaning agent at appropriate dilution

3. Clean cloths/rags

4. Wet mop

5. Bucket with clean water

6. Stepladder (as needed)

7. Wet Floor signage

8. Goggles/safety glasses

9. Nitrile gloves

10. Spray bottle with disinfectant at appropriate dilution (only for cleaning walls exposed directly to bacteria   or bodily fluids)

Process

1. Put on gloves and goggles/safety glasses

2. Set up wet floor signage

3. Set up stepladder if needed.  Stepladder must be on level surface and locked open before climbing on it.

4. Apply cleaning agent to cloth/rags and/or wall(s)

5. Wipe wall(s) with cloth, paying close attention to areas with noticeable spills, particles, stains, etc.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Medical Housing |
|---|---|---|
| **Section #:** 21 | **Process #:** 2101 | Page 2 of 2 |
| **Title:** Walls | | |

6. Spray wall area(s) with disinfectant.  Allow to dwell for 10 minutes

7. Excess wetness may be wiped with clean, dry paper towels

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| | |
|---|---|
| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing |

| | | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2102 | Page 1 of 1 |

**Title:** Floors (Medical Housing)

Floors must be cleaned at least daily.  In many areas, it may be necessary for the floor to be cleaned multiple times per day or shift.  In medical housing areas, floors must be cleaned and sanitized, due to exposure to bacteria/contamination, i.e. blood, bodily fluids.  Waxed floors should be stripped, cleaned and waxed whenever the floor wax is worn or on an as needed basis, whichever comes first.

**Dust Mopping Floors**

Supplies needed:

1. Dust mop or damp mop
2. Corn broom
3. Dust pan

Process

1. Sweep up any loose debris from the floor and discard in a garbage can
2.  Use either a dust mop of damp mop.  Begin at the farthest corner/wall of the room.  Use a figure eight motion, working clockwise or counter clockwise around the room.  Once you have started, do not lift the mop head from the floor until complete.
3. Change the mop head as necessary

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic | |
|---|---|---|---|
| **Section #:** 21 | **Process #:** 2103 | | Page 1 of 2 |
| **Title:** Wet Mopping Floors (Medical Housing) | | | |

Supplies needed:

 1. Wet floor signage

 2. Clean mop bucket with properly diluted cleaning/disinfecting agent

 3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)

 4. Mop with clean mop head.  A second clean mop head will be necessary for contaminated areas

 5. Nitrile gloves

 6. Goggles/Safety glasses

Process

 1. Place "wet floor" signage to clearly mark area being mopped

 2. Put on gloves and goggles/safety glasses

 3. Sweep up any loose debris from the floor and discard in a garbage can

 4. Dust mop the area prior to wet mopping (do not skip this step)

 5. Dip clean mop in mop bucket containing diluted disinfecting agent.  Allow mop head to absorb solution.

 6. Lift mop head and place in mop wringer.  Apply wringer to wring mop.

 7. Hold mop handle firmly and begin at farthest part of the room/area working out of the area to avoid having to walk over just mopped area

 8. Place mop head on floor close to the baseboard and gently pull mop along edge for several feet

 9. Return to where you began.  Work in a clockwise or counter-clockwise pattern using a figure eight or "S" motion.  Concentrate on areas of about 4 feet at a time.

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Clinic |
|---|---|---|
| **Section #:** 21 | **Process #:** 2103 | Page 2 of 2 |
| **Title:** Wet Mopping Floors (Medical Housing) | | |

10. Be sure to reposition "wet floor" signs as needed as you move along. Do not remove the "wet floor" signs until the wet area is completely dried

11. Dip mop and wring as often as needed to allow mop head to wet floor without water accumulation or puddles. Change mop water to fresh water and diluted cleaning/disinfecting agent whenever water appears cloudy.

12. Be sure to mop all areas, including under furniture, chairs, tables, etc.

13. When finished, clean and sanitize the mop head (Process #1202). Discard mop heads that appear dirty and/or worn.

14. Thoroughly clean/sanitize the mop bucket utilizing Process #1200

15. Hang the mop and broom to allow it to air dry. Do not leave wet mops sitting inside of a mop bucket

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2104 | Page 1 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing (Medical Hosing) | | |

**Contaminated Floors Cleaning/Sanitizing – Special Procedures**

Contaminated areas must be handled carefully.  OSHA 29 CFR 1910.1030(d)(4)(ii) requires that equipment and surfaces be cleaned and disinfected after contact with blood or other potentially infectious material.  Contaminated work surfaces shall be decontaminated with an appropriate disinfectant immediately or as soon as feasible when surfaces are overtly contaminated or after any spill of blood or other potentially infectious materials; and at the end of the work shift if the surface may have become contaminated since the last cleaning.  An appropriate disinfectant to be used must be registered with the Environmental Protection Agency (EPA) as a tuberculocidal or bleach at 1:10 or 1:100 with water.

Clean mop heads, clean cloths/rags and or paper towels must be used for contaminated areas and discarded after use.  <span style="color:red">Never reuse contaminated mops and/or cloths/rags in any other area of a facility</span>.  Dirty mop heads and/or cloths/rags/paper towels (after use in contaminated areas) must be placed in a biohazard waste bag and properly discarded in a biohazard receptacle.

<u>Supplies Needed</u>:

1. Wet floor signage
2. Clean mop bucket with properly diluted cleaning/disinfecting agent
3. Clean mop bucket with properly diluted disinfecting agent (contaminated areas)
4. Three mops with three clean mop heads.
5. Biohazard waste bag(s)
6. Eye Protection & Face Shield
7. Single use Tyvek suit and shoe covers
8. Nitrile gloves

<u>Process</u>

1. Put on Tyvek suit, shoe covers, eye protection, face shield and nitrile gloves
2. Spray the contaminated area with disinfecting solution for contaminated areas at appropriate dilution.  Spray from outside edges of spill toward the middle

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | | **Process Category:** Medical Housing |
|---|---|---|
| **Section #:** 21 | **Process #:** 2104 | Page 2 of 2 |
| **Title:** Contaminated Floors Cleaning/Sanitizing (Medical Housing) | | |

3. Soak up and clean up the contaminated area with cloths/rags, paper towels and/or mop. Alternately, an Absorbent Powder (Micro-encapsulation absorbent) specifically designed to clean up spills may be used. Follow the manufacturer's instructions for this type of product

4. Be sure to absorb and remove all traces of the spill with the cloths/rags, paper towels and/or mop

5. Re-spray the area with disinfecting solution for contaminated areas and wipe clean or mop with the second clean mop ensuring that all traces of the spill are cleaned up

6. Re-spray the cleaned area with the disinfecting solution for contaminated areas and allow to air dry or mop with third clean mop and allow to air dry

7. Discard all mop heads, rags, paper towels, and PPEs in biohazard waste bag and dispose of properly

8. Clean/sanitize mop bucket utilizing Process #1200

9. Wash hands thoroughly in warm water and soap for minimum of 20 seconds. Rinse hands with clean water and dry with a clean paper towel

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2105 | Page 1 of 1 |
| **Title:** Doors, Door Handles, Door Jams, Handrails (Medical Housing) | | |

Doors, door handles, and door jams should be cleaned and sanitized as part of the everyday cleaning process throughout the clinic areas. However, for doors that are not part of a general area of cleaning, the following process should be followed.

Supplies needed:

1. Spray bottle with cleaning/disinfecting solution
2. Clean rags/cloths
3. Paper towels
4. Goggles/safety glasses
5. Nitrile gloves

Process

1. Put on nitrile gloves and goggles/safety glasses
2. Spot clean door(s), door handles, and door jam(s) with cleaning/disinfecting agent and a clean rag/cloth or paper towels
3. Wipe entire door on both sides and door jam on both sides with the cleaning/disinfecting agent and the rag/cloth or paper towels
4. Wipe the door handles with cleaning/disinfecting agent
5. Allow all surfaces to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
| --- | --- | --- |
| **Section #:** 21 | **Process #:** 2106 | Page 1 of 2 |
| **Title:** Air Vents (Medical Housing) | | |

Air vents should be spot cleaned/dusted as part of the everyday cleaning process throughout the facility areas.  However, for air vents that are not part of a general area of cleaning, the following process should be followed.  In medical housing areas, in addition to cleaning, air vents should be sanitized.

Supplies needed:

1.      Spray bottle with cleaning/disinfecting agent at appropriate dilution

2.      Hand brush

3.      Clean cloths/rags

4.      Duster with extension pole (Optional)

5.      Goggles/Safety glasses

6.      Nitrile gloves

7.      Paper Towels

Process

1.  Put on gloves and goggles/safety glasses

2.  Setup the step ladder under the air vent.  Ensure step ladder is on a level surface and it locked open before climbing on it.

3.  A vacuum containing a HEPA filter may be used to vacuum the vent and remove larger particles prior to damp dusting.  If a vacuum containing a HEPA filter is not available, continue to step #4

4.  Wet a hand brush with cleaning agent

5.  Softly brush the vent in a back and forth motion removing dust/debris

6.  Wipe with a clean dry cloth

7.  Spray 2nd clean cloth with cleaning/disinfecting solution.  Wipe the air vent with cloth

8.  Allow air vent to air dry

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| Section: Cleaning/Sanitizing Process | | Process Category: Medical Housing |
|---|---|---|
| Section #: 21 | Process #: 2106 | Page 2 of 2 |
| Title: Air Vents (Medical Housing) | | |

9. Discard any debris in a garbage bag

Note:  If the vent has excessive dust/debris that will not come off/out by using a brush, create a Facility Management Bureau Service Ticket to have the vent taken down so it can be properly cleaned and then re-hung by Facilities Management Bureau

 **Miami-Dade Corrections & Rehabilitation Department**
**Janitorial Process Manual**

| **Section:** Cleaning/Sanitizing Process | **Process Category:** Medical Housing | |
|---|---|---|
| **Section #:** 21 | **Process #:** 2107 | Page 1 of 1 |
| **Title:** Offices | | |

Follow Process #1400 for cleaning clinic offices.