## Salom, Veronica (MDCR)

| | |
|---|---|
| **From:** | Salom, Veronica (MDCR) on behalf of Junior, Daniel (MDCR) |
| **Sent:** | Monday, March 30, 2020 5:39 PM |
| **To:** | (MDCR) All Staff |
| **Subject:** | COVID Incident Command Center and Response Line |

In an effort to better respond to and manage the situation surrounding COVID-19 (Coronavirus), an Incident Command Center and a COVID-19 Response Line have been established.  The Incident Command Center will be staffed with the Departmental Safety Officer (designees) and staff from the Personnel Management Bureau.

Effective Tuesday, March 31, 2020, the Incident Command Center will be staffed from 6:00 am to 10:00 pm, Monday through Friday, and can be reached at **(786) 263-6032**.  As a public safety department, it is imperative that we maintain a healthy workforce ready to respond to the demands of a correctional agency.  In an effort to keep our workforce safe,  we must institute employee tracking of COVID-19 related incidents.

Incident Command Center will be responsible, including but not limited to, the following:

- Tracking Employees Tested for COVID-19 incidents
- Obtaining Documentation for Positive Tests
- Tracking Employees Taking Leave Related to COVID-19
- Answering Questions and Concerns from MDCR Staff
- Identifying Close and Community Contacts
- Inmates and housing units impacted by COVID cases

As such, MDCR employees are directed to advise their Facility Supervisor/Bureau Commander directly and contact the COVID-19 Response Line if they have been

- Tested, whether results are pending or received
- Taken leave for COVID-related reasons

Additionally, Command Staff are directed to provide information for COVID-related incidents, including COVID-19 related testing and leave usage prior to the establishment of the Response Line, as soon as possible  and any potential inmate exposures, to the Incident Command Center.

Remember to "Stay Safe, Create Space".

**Daniel Junior**, Director
Office of the Director
**Miami-Dade County Corrections and Rehabilitation Department**
786-263-6010
miamidade.gov/corrections
**Connect With Us** on | Twitter | Facebook | Instagram

1