## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 1 of 15 |
|---|---|



| | |
|---|---|
| **SUBJECT:** CLASSIFICATION PROCEDURES | |
| **EFFECTIVE DATE:** February 24, 2020 | |
| **SUPERSEDES:** June 11, 2018 | |
| **RELATED ACA STANDARDS:** 4-ALDF-2A-25, 4-ALDF-2A-32, 4-ALDF-2A-37, 4-ALDF 4D-22-1 | |
| **RELATED REFERENCES:** FMJS 4.01, 4.06, 4.06 (N), 4.06 (b), 4.07, 4.10, 4.11, 4.13, 4.14 | |



### TABLE OF CONTENTS

I.    POLICY

II.   CLASSIFICATION OFFICER PROCEDURES

III.  OBJECTIVE JAIL CLASSIFICATION

IV.   INMATE CUSTODY LEVEL ASSIGNMENT

V.    INMATE INTERVIEWS/IPS INTERVIEWS

    A.   IPS INTERVIEWS

    B.   HOUSING ASSIGNMENT

    C.   CLASSIFICATION FOLDERS

    D.   HEADCOUNTS

    E.   RECLASSIFICATION OF INMATES

    F.   FACILITY RUN INTAKE

VI.   RELATED TASKS

VII.  TRAINING NEEDS ASSESSMENT

VIII. CROSS REFERENCE

IX.   REVOCATION

X.    ATTACHMENTS

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 2 of 15 |
|---|---|

## I.   POLICY

It is the policy of the Miami Dade Corrections and Rehabilitation Department (MDCR), Intake and Release Bureau (IRB), to maintain a classification system that ensures the safety and security of all citizens, inmates and staff within our detention facilities.   The classification system shall be objective, fair and shall serve as a validated mechanism to classify inmates based on factors that relate directly to institutional safety, security and the inmate's behavior. The Turner Guilford Knight Correctional Center (TGK) Centralized Intake Center is the centralized site of the Classification Unit.

## II.   CLASSIFICATION OFFICER PROCEDURES

The Classification Officer is responsible for maintaining the following: the facility headcount; assigning newly arrested inmates to an appropriate housing unit; conduct 70-90 day reviews for inmates that are currently in custody; identify and flag inmates with special needs (i.e., physical, mental handicap, diet restriction, Prison Rape Elimination Act (PREA) and alcohol/drug withdrawal); and, reclassify inmates and coordinate their transport to a newly assigned housing facility.

## III.   OBJECTIVE JAIL CLASSIFICATION

### The Objective Jail Classification/Reclassification Decision Tree

The Objective Jail Classification (OJC)/Reclassification Decision Tree is an electronic classification system utilized to determine the custody level of inmates.  OJC relies on specific well-defined legal factors and personal characteristics of an inmate. The various steps of the Objective Jail Classification/Reclassification Decision Tree must be followed precisely in order to establish an inmate's most appropriate custody level.  Attached is the Decision Tree flow chart Primary Security Assignment Diagram form that is currently accomplished electronically in IPS.

The following   criteria shall be utilized during the OJC process and is defined as follows:

### Discretionary Override

A professional judgment made by classification staff and based on the inmate's crime, prior record, institutional adjustment, age and physical appearance.  All discretionary overrides shall be approved by a supervisor.

### Non-Discretionary Override

A determination based on set guidelines that prohibit the placement of certain inmates in a lower custody level as determined by the Objective Jail Classification/Reclassification Decision Tree.  Non-discretionary overrides shall consist of the following criteria:

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001    Page 3 of 15 |
|---|---|

    (a)   Inmates sentenced from 1-19 years shall be assigned a custody level no lower than MD4.

    (b)   Inmates sentenced to 20 years or more shall be assigned a custody level no lower than MX2.

    (c)   Inmates with a detainer or hold from any other agency shall be assigned a custody level   no lower than MD4.

    (d)   Inmates charged with murder shall be assigned a custody level no lower than MD3 4.

Under no circumstance shall inmates with a custody level of MX1 or MX2 be assigned to inmate worker status.

**High Risk**

The defined **high-risk** flag will be used to identify inmates that present a grave threat to themselves (suicidal), staff or other inmates.

**Special Condition**

The **special condition** flag will be entered in cases when inmates require special needs, housing and/or attention and shall be based but not limited to the following: their age, physical, mental, diet restriction, and alcohol and/or drug withdrawal.

**PREA**

The PREA flag will be used in cases when an inmate meets this criteria (i.e., sexual assault behavior, sexual assault victim, etc.).

## IV.  INMATE CUSTODY LEVEL ASSIGNMENT

Upon an inmate being held beyond their First Appearance or not requiring a First Appearance hearing, the classification personnel will assign the inmate a custody level with the utilization of the Inmate Profile System (IPS), "Custody Level Assignment" (Option #15).  All relevant IPS information will be reviewed, to include the following screen options: "Inmate Current Charges Inquiry", "Inmate Conviction History Inquiry", "Inmate Separately Display" (Keep Separates), and "Inmate Historical Incident Data".

The Judicial Inquiry System (JIS) criminal history check will be conducted during the inmate custody level assignment. Information retrieved from this data source will be used to assist with custody level determination.

A risk analysis (inmate has a history of violence towards inmates/staff), of  medium 3 inmates will be conducted by the Classification Officer before assigning an inmate into a housing unit

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

that does not have direct supervision or video monitoring, due to these inmates having a greater risk of violence. After determining that this risk does exist, the inmate will not be housed at the Metro-West Detention Center (MWDC).  Inmates sentenced to 1-19 years can be housed at any facility.  Inmates sentenced to 20 or more years should be housed at PTDC.

Inmates who display a cell history associated with the Forensic Health Unit will be referred for a psychological evaluation prior to being assigned permanent housing.

The classification officer will attempt to clarify any ambiguities or deficiencies in the inmate's file or prior record (i.e., confirm "keep separate orders" and suicidal precaution still exist, verify if any charges that do not list a closing disposition does in fact remain in open, and any other previous arrest history information that appears questionable).

Inmates housed in Safety Cells will retain their designated custody level.

### Known past/present Serious & Less Serious Institutional Behavior / Gang Member

**a Serious Institutional Behavior problem** is any two (2) findings of guilt of predatory infractions, any three (3) findings of guilt of aggression infractions, or any combination of aggression and predatory guilty infractions that equal three (3).

**Predatory Infractions**: since last classified and/or reviewed has the inmate committed a predatory infraction? a disciplinary infraction in which one commits or threatens to commit a serious assault towards staff or other inmates?

### Predatory Infraction (sample)
battery on a staff member
aggravated battery
sexual battery
throwing, tossing, or expelling bodily, hazardous, or chemical fluid
battery on a person other than staff

**Aggression Infraction**: since last classified and/or reviewed has the inmate committed an aggression infraction? a major disciplinary infraction causing serious institutional aggression in which aggression is directed toward another?

### Aggression Infraction (sample)
possession or introduction of a weapon
extortion, blackmail
obscene acts/ indecent exposure
bribery or attempted bribery
fighting

**MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT**

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL  20-001   Page 5 of  15 |
|---|---|

**a Less Serious Institutional Behavior Problem** is any three (3) findings of guilt of disruptive infractions and any three (3) findings of guilt of management infractions, or any combination of management and disruptive guilty infractions that is equal to or greater than four (4); or any one (1) finding of guilt of a predatory infraction in conjunction with one (1) finding of guilt of an Aggression Infraction; or any two (2) findings of guilt of Aggression Infractions.

**Disruptive Infraction**: - since last classified and/or reviewed has the inmate committed a disruptive infraction? a disciplinary infraction that disrupts facility operations?

**Disruptive Infraction (sample)**
setting a fire
participation in a riot
tampering with or blocking any locking device
incite to riot, work site
wearing a disguise or mask

**Management Infraction**: - since last classified and/or reviewed has the inmate committed a management infraction? a disciplinary infraction that poses management concerns.

**Management Infraction (sample)**
possession, introduction or trafficking of drug
conveying any inflammation or mutinous communication
possession of tobacco products
counterfeiting, forging, or reproduction of any document
destroying, altering, damaging, or defacing government property

| category | occurrences |
|---|---|
| predatory infractions | 2 |
| aggression infractions | 3 |
| disruptive infractions | 3 |
| management infractions | 3 |

**Gang Member**
does the inmate have gang affiliation?

**Current age less & equal to 24**
is the inmate 24 years of age or younger?

**Current age group between 25-43**
is the inmate between the ages of 25 and 43?

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

**Current age group 44 & older**
is the inmate older than 44?

## CUSTODY LEVELS

Inmates are assigned custody levels based on the information gathered from the OJC Decision Tree. Maximum (MX), Medium (MD), and Minimum (MN) custody levels are assigned based on the severity of current charges/convictions, serious offense history; escape history; previous disciplinary history and/or prior felony convictions. Custody levels are defined as follows:

**MX1**

Custody Level 1: Highest level of maximum custody. Secure housing with close supervision. Generally, applied to inmates charged with serious felonies or who are potentially dangerous, violent, or an escape risk and have past/present serious institutional behavioral problems.

**MX2**

Custody Level 2: Lowest level of maximum custody. Secure housing with close supervision. Generally, applied to inmates charged with serious felonies or who are potentially dangerous, violent, or an escape risk.

**MD3**

Custody Level 3: Highest level of medium custody. Secure housing under direct supervision as approved by Classification staff. Generally, applied to inmates with serious felonies who do not have an escape history but can be violent.

**MD4**

Custody Level 4: Mid-level of medium level custody. Secure housing under direct supervision as approved by Classification staff. Generally, applied to inmates who do not have a history of violence, escape and who do not pose a potential threat to security of the detention facility.

**MD5**

Custody Level 5: Lowest level of medium custody. Secure housing under direct supervision as approved by Classification staff. Generally, applied to inmates who do not have a history of violence, escape, behavior problems and who do not pose a potential threat to the security of the detention facility.

**MN6/MN7/MN8/MN9**

Custody Levels 6-9: Minimum levels of custody. Secure housing with periodic supervision.

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL  20-001    Page 7 of  15 |
|---|---|

Generally, applied to inmates sentenced to county time, assigned to various treatment programs and/or work release programs and who do not pose a threat to security of the detention facility.

## V.   INMATE INTERVIEW / IPS INTERVIEWS

At the conclusion of assigning the inmate a custody level, to include assembling and reviewing the inmate's current and prior records, the inmate will be interviewed by the classification officer and the interview shall be conducted in a private setting. The interview will consist of the utilization of the IPS, Classification Menu (Option #1). Option #1 questionnaire will be completed in its entirety, to include advising the inmate their classification is behavior driven and play a major role in determining their future classification assignments.

During the interview process, an inmate who has a history of sexual assault behavior and/or of being sexually victimized must be identified.  The following information will determine an inmate to be "at risk":

    a.   Offender's current charges reflect sexual assault behavior;

    b.   Inmate Profile System (IPS) reflects that the offender has a history of sexual assault behavior and/or has been a sexual assault victim;

    c.   The inmate will be asked if they were ever charged with or convicted of a sexual assault.

    d.   The inmate will be asked if they have ever been a victim of sexual abuse in a confinement setting.

    e.   The inmate identifies himself/herself as a lesbian, gay, bisexual, transgender or intersex (LGBTI).

If an inmate is identified as being "at risk," based on the aforementioned criteria, he/she will be referred to Corrections Health Services (CHS) for assessment.  In such cases, the interviewing officer will complete Sexual Abuse/Sexual Assault Victimization Referral Log, to include updating the IPS, Custody Level, PREA (Prison Rape Elimination Act) flag indicator.

## A.   IPS INTERVIEWS

    **1.**   Newly arrested inmates will be placed in designated Classification cells. A Custody Level Form will be completed and signed by the Classification Officer. The Inmate Orientation Statement must be signed by both the Classification Officer and the inmate.

    A review of available information indicating the potential for vulnerabilities or tendencies to engage in a sexually aggressive manner, to include:

**MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT**

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 8 of 15 |
|---|---|

   a.   First time in custody;

   b.   Size;

   c.   Gang Affiliation;

   d.   Age (including Youthful Offenders);

   e.   Demeanor (openly showing fear versus aggressiveness)

Gang affiliation is documented in IPS in the Add Profile Data during the initial interview process. Gang information is updated in the Update Profile Data by selecting Function 5 to access the Gang information. During both processes a "Y" is placed next to Gang and the affiliation is also documented. Updated Gang information is received via key words from Incident Reports and the Gang Information Clearinghouse report.

Every inmate in custody receives a 180-day Face to Face interview. During the Face to Face interview, Classification staff shall update the

Inmates Emergency Contact Information, if applicable.

Once the emergency contact information is updated, classification staff shall mark "Y" next to FTF and complete a reclassification decision tree indicating that that a face to face was conducted.

PREA Re-assessments are conducted 30 days after the inmates' initial booking date. The PREA Compliance Managers forward the incident reports for all inmates that have completed the 30-day PREA Re-assessment to the Classification Lieutenant or designee. A "Y" is documented next to the 30-Day Review in the Add/Delete Inmate Classification Flag screen.

2. **Classification Orientation**

All inmates held beyond the First Appearance court hearing shall receive orientation and a copy of the Inmate Handbook and Sexual Battery Abuse Harassment pamphlet prior to placement in their housing assignment.  Inmates shall be held accountable for the information provided.  Therefore, it is essential that written or oral information be presented in a language in which the inmate is fluent.  If the inmate cannot read, orientation material shall be read by a staff member or provided through the use of a translator, interpreter or audio/media material.  Orientation information/video shall include, but shall not be limited to, the following topics:

1.   Procession of events following court arraignment for inmates remaining incarcerated, including available pre-trial release options;

2.   Availability of services and programs;

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 9 of 15 |
|---|---|

3. Inmate's rights, privileges, disciplinary procedures, grievance procedures, and facility rules and regulations;

4. Reporting, prevention, intervention, treatment, and counseling services regarding sexual assault/abuse; PREA educational video.

5. Available health care services, access and fee structure, personal hygiene, and communicable disease prevention;

6. Mail and visiting policy and procedures, including an explanation of transportation options for visitors.

At the conclusion of the orientation process, the inmate shall sign and date an Inmate Orientation Statement form that outlines areas of information covered. This form shall be maintained in the inmate's classification folder/file.

**B.   HOUSING ASSIGNMENT**

Each inmate will be assigned a custody level based on their charges and other factors. Inmates will not be discriminated against and American with Disabilities Act (ADA) laws and guidelines shall be adhered to. Housing will be determined based on the inmate's need; however, consideration will be given for the safety and security of employees, staff, and other inmates. The Housing Criteria Sheet will be reviewed for bed vacancies and inmates housed in the classification cell will be transferred to permanent housing based on their Custody Level and/or special needs.

Inmates arrested for the following charges will be housed in a direct supervision facility unless his or her behavior dictates otherwise and they will retain their designated custody level: child abuse, child neglect w/harm or great harm, lewd & lascivious behavior on a child and sexual battery on a child, and sexual predator/failed to register.

Americans with Disabilities Act (ADA) provides comprehensive civil rights protection to individuals with disabilities in the areas of employment, public accommodations, state and local government services and telecommunications. Inmates with special needs (i.e., wheelchairs, cast, crutch, and deaf inmates) shall be housed in a direct supervision facility for the protection of the inmate and in accordance with the medical health provider recommendations.

Each inmate identified as having a disability covered under ADA shall be evaluated on an individual case by case basis and provided accommodations, if requested and deemed necessary, and the accommodation does not adversely impact security.

Inmates charged with Lewd and Lascivious behavior will be assigned a custody level in accordance with the Decision Tree. The inmate Housed in a Direct Supervision

**MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT**

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 10 of 15 |
|---|---|

setting (i.e. Metro West Detention Center), unless his or her institutional behavior dictates otherwise.

Daily OJC statistical reports are generated to track activity and monitor the effectiveness of the OJC System.  The Classification Sergeant shall review these reports daily and immediately address any concerns.  Shift supervisors shall review the following reports on a daily basis:  Inmates Unclassified Today, Newly Admitted Inmates Classified Within 48 Hours", In Custody Within 70 to 90 Days Since Last Reclassification, and Inmate Classification Report to monitor overrides conducted by staff. Shift supervisors shall conduct weekly spot inspections on initial classification assessments and reclassification assessments. All spot inspections will be documented on the Intake and Release Bureau Classification Unit Weekly Classification Audit form. Additionally, the Classification Unit Lieutenant shall conduct a quarterly review and annual analysis of the OJC System to ensure that the goals and objectives of OJC continue to be met.

C.    **CLASSIFICATION FOLDERS**

It is the policy of MDCR that manual and/or electronic records be created and maintained by the Classification Unit for each inmate held beyond the first court appearance hearing.  All inmate profile folders shall be filed by the inmate's assigned Criminal Identification Number (CIN).

Inmate classification records will be secured in the classification area at TGK and maintained in a secure location, accessible only to those with legitimate needs.

The inmate profile records shall consist of both manual (M) and/or electronic (E) information. The manual file contents shall include, but are not limited to the following information:

1.    **Left Side of Folder**

    a.  (M) Copy of the arrest form;
    b.  (E) A clear legible copy of the Jail Booking Records (blue tab);
    c.  (M) Intake Medical/Mental Health Screening form(s);
    d.  (M) Inmate Orientation Statement form.

2.    **Right Side of Folder**

    a.  (M) Yellow classification/movement card with photograph;
    b.  (M) Documented special needs for inmates protected under provisions of the Americans with Disability Act (ADA) of 1990.

Inmate records shall be kept current by the daily transferring of all released inmate's IPS folder. Transferring of the folders shall be the responsibility of the Police Record Specialist(s) assigned to the Unit.  All released inmate files shall be filed numerically

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 11 of 15 |
|---|---|

by CIN number and stored in the facility's inactive Classification Unit file. The files will be maintained and disposed of in accordance with DSOP 5-007, "Records Retention and Disposition." The profile folders of inmates who expire while in departmental custody shall be forwarded to the Compliance, Inspections, and Accreditation Bureau (CIAB), for the inclusion in its Inmate Death Report. Media inquiries for specific information concerning inmates will be referred to the Community Affairs Unit.

Inmates may request to review their classification files by written request. They will be entitled to receive copies of those portions of the file considered public record, disciplinary reports and findings of all appeal decisions, and information concerning their custody level.

Classification Supervisors shall conduct random spot inspections on Classification Folders for accuracy and completeness. Any classification folders that are not in compliance shall be brought to the attention of the Classification Sergeant for administrative review.

### D. HEADCOUNTS

It is the policy of Miami-Dade Corrections and Rehabilitation (MDCR) to maintain readily available, accurate, continuous and comprehensive records at all times for inmates in custody. To ensure safe and secure operational compliance, MDCR shall implement population accountability procedures; identifying all inmates in custody and his/her whereabouts e.g., within the facility. Furthermore, for security measures; routine headcounts, shall be conducted and reported in accordance with DSOP #8-04, "Master Population Reports and Inmate Headcount Procedures".

All facilities are responsible for submitting their facility headcount via phone, printer or scan to the designated classification officer. When the headcount is received, the Housing Criteria should be completed and placed on the server for the classification supervisor.

### E. RECLASSIFICATION OF INMATES

A review of an inmate's initial classification assignment should be made at least once every 70-90 days, to include those identified as PREA inmates, and whenever new information affecting the inmate's booking charges is received (e.g., a detainer, conviction on current charges, dismissal of current charges, sentencing on current charges, disciplinary infraction, etc.) or upon the inmate's request. The reason for a Reclassification will fall into one of two categories, aggravating or mitigating circumstances.

Aggravating circumstances are defined as disciplinary infractions, or a change in legal status (i.e., new felony charges, status change from sentenced to unsentenced, etc.). Mitigating circumstances are periodic review for positive program involvement, positive attitude change, extended period of good behavior, a change in legal status from unsentenced to sentenced, removal of detainers, etc.).

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 12 of 15 |
|---|---|

A classification review will not necessarily result in a change of a custody level or housing assignment.  The classification review process shall entail the following:

1. The Classification Officer will review the inmate's Jail Booking Record (Jail Card) of each inmate due for review, to include reviewing inmates flag as if there are any changes in their case status (e.g., sentenced or un-sentenced); changes in the inmate's behavior, to include: reviewing all recorded incident reports, reports of rule violations, disciplinary actions or any other information source available.

2. Any inmate identified as a PREA candidate, within the IPS system, will be reviewed to determine if the PREA candidate designation remains valid.

3. The Classification Officer shall change or update the inmate's classification status, when deemed necessary.  Such changes to include the reason for the change will be documented in the "Comments" section of the Objective Jail Classification/Reclassification Decision Tree. All added charges will be noted in CJIS and all inmates' disciplinary data will be reviewed.

4. If it is determined the inmate's reclassification shall result in a new housing assignment, the Classification Officer will ensure the Unit Manager/Floor Officer is advised of the reason for the inmate's new housing assignment.

5. The Unit Manager/Floor Officer will be charged with documenting the inmate's new housing assignment, to include recording the reason provided by the Classification Officer, on an Incident Report. The Unit Manager/Floor Officer will be charged with the inmate's transfer, to include entering the inmate's cell/new housing assignment change in the Criminal Justice Information System (CJIS).

6. The Classification Officer shall verify that the cell change is updated in the computer.

7. The "Keep Separate Screen" in IPS will be checked prior to any inmate being transferred.  Keep separate notations are to be added into CJIS whenever inmates are reclassified due to fights or at the request of the Department's Security and Internal Affairs Bureau, Facility Supervisor or designee, Judiciary, or other law enforcement agencies.  If circumstances prevent the Classification Officer from adding this notation during his/her shift (i.e., Incident Report not complete) the next shift must be informed to follow up for completion.

8. All inmates being reclassified will be logged on the Reclassification Log, prior to being transferred. The cell changes for the inmates reclassified from designated classification cells will be the responsibility of the facility Classification Officer as well as transfers to outline facilities.

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 13 of 15 |
|---|---|

9.   Prior to transferring an inmate to a safety cell, approval must be granted from the Shift Supervisor/Commander. An Incident Report will be generated.

**F.   FACILITY RUN INTAKE**

The Classification Officer (Inmate Census Coordinator) shall determine the available bed space at the outlying facilities. The receiving facility will be sent the number of inmates to fill available bed space. Before an inmate is placed on the facility run the inmate must be evaluated/reviewed by medical staff to determine if the inmate is eligible to be transferred.

The Facility Run Officer shall:

- Check the status on jail card (court, sentenced, & charges).

- Check the cell history, conviction history, and incident report history to determine if the inmate(s) have a history of mental illness, a history of escapes, or staff/inmate assaults, etc.

- Determine if an inmate has any special conditions to their sentence.

- Ensure "keep separates" statuses are checked prior to outer/intra facility reclassification.

- Review the inmate's jail card to verify the custody level of each inmate as well as the inmate's charges.

- Facility Supervisor or designee will verify the number of inmates arriving to the facility as well as the inmate's identity by matching each inmate with information contained on the jail card.

- Complete a Transfer Log on all inmates being transferred.  A copy will be given to each floor, including the Records Section, Central Control Booths, Health Appraisal nurse, Medical Records, Booking/Release, Information Officer, and to the outlying facilities receiving the inmates.

- Facility Run Log with a signature from medical staff and the jail cards will be placed in the designated areas (i.e., Central Control Booth, Information Desk, Records Section) in the office for the transportation officer to pick up.

**VI.   RELATED TASKS**

- Review all inmate requests to determine qualification for inmate worker status.

**MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT**

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 14 of 15 |
|---|---|

- Review jail cards to make sure there is a disposition on all charges. (i.e., sentence, no action, credit time served, etc.).

- Route Inmate <u>Classification Appeal Forms</u> to the Classification Appeal Committee in a timely manner.  A copy of the Classification Appeal Form shall be filed in the inmate's IPS Folder.

## VII.   TRAINING NEEDS ASSESSMENT

Annually, the Classification Lieutenant shall conduct an internal assessment of training needs for the purpose of developing, updating, and implementing training plans and initiatives. The findings of the assessment shall be documented in a memorandum and submitted to the Intake and Release Bureau's Supervisor for review. Additionally, newly assigned officers shall receive minimal training in the following areas prior to permeant assignment:

| | | |
|---|---|---|
| 1. | Classroom Computer Based Training | (80 hours) |
| 2. | IPS-Inmate Interview Principles & Custody Levels | (120 hours) |
| 3. | TGK/TTC – Inmate Housing Coordinator | (80 hours) |
| 4. | PTDC – Inmate Housing Coordinator | (80 hours) |
| 5. | MWDC – Inmate Housing Coordinator | (40 hours) |
| 6. | Inmate Census Coordinator | (80 hours) |
| 7. | Facility Run Coordinator | (80 hours) |

Subsequent to the initial training, all Classification Officers shall complete a minimum of (2) classroom and/or online training courses annually.

Upon the completion of training, the Intake and Release Bureau shall maintain an automated system and a hard copy of each Classification employee's training records. An employee may review his/her training records; however, other individuals requiring access shall comply with DSOP 6-036 "Release, Inspection and Examination of Records."

## VIII.   <u>CROSS REFERENCE</u>

NONE

## IX.   <u>REVOCATION</u>

NONE

## MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

| INTAKE AND RELEASE BUREAU/ CLASSIFICATION UNIT | S.O.P. NO. CL 20-001   Page 15 of 15 |
|---|---|

**X.    ATTACHMENTS**

Inmate Population Census

Inmate Orientation Statement

Housing Criteria Sheet

Reclassification Log

Transfer Log

Inmate Classification Appeal Form

Primary Security Assignment Sheet (*Initial Custody Level Assignment*)

Approved by:

Tara Hinnant-Johnson, Captain
Intake and Release Bureau



**Miami-Dade County**
**Corrections and Rehabilitation Department**
---------------------------------------------------------------
**Inmate Population Census**
**For: Sunday, November 25, 2018**

From: Director Daniel Junior (786) 263-6010

Mayor Carlos Gimenez

To: The Honorable Bertila Soto
    Adminstrative Judge Criminal Division

The following is today's census of inmates in custody of Miami-Dade Corrections and Rehabiltation Department:





| Custody Type | Facility Name | Male | Female | Total |
|---|---|---|---|---|
| IN-CUSTODY | BOOT CAMP I | 28 | 0 | 28 |
| | BOOT CAMP II | 24 | 0 | 24 |
| | IRB {Intake & Release K2-5} | 17 | 4 | 21 |
| | MWDC | 1,977 | 242 | 2,219 |
| | PRETRIAL DETENTION CENTER | 1,216 | 0 | 1,216 |
| | PTDC HOSPITAL | 5 | 0 | 5 |
| | TGKCC | 698 | 110 | 808 |
| **IN-CUSTODY** | | **3,965** | **356** | **4,321** |
| OUT OF CUSTODY | BOOT CAMP III | 64 | 1 | 65 |
| | MONITORED RELEASE | 684 | 108 | 792 |
| | PTDC FURLOUGH | 6 | 0 | 6 |
| | PTDC LOAN | 6 | 0 | 6 |
| | PTDC WEEKENDER | 8 | 0 | 8 |
| | T&TC WEEKENDER | 3 | 0 | 3 |
| | TGKCC LOAN | 70 | 1 | 71 |
| | TGKCC WEEKENDER | 0 | 3 | 3 |
| **OUT OF CUSTODY** | | **841** | **113** | **954** |
| **Grand Total** | | **4,806** | **469** | **5,275** |

Note:

 **MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT**
Inmate Orientation Statement


| Inmate Last Name: | Inmate First Name: |
|---|---|
| Jail Number: | Facility: |

**You are now an inmate at a Miami-Dade Corrections and Rehabilitation Department (MDCR) detention facility. Listed below are some of the rules of conduct you are required to follow:**

1. You were assigned a jail number and it is your responsibility to know your jail number.

2. You must take a shower upon entering your assigned cell/unit after classification.

3. You have been given the opportunity to make a telephone call.

4. Your telephone calls can be subject to monitoring and/or recording, except those made to the Public Defender's Office. Your private attorney can request their phone number be placed on a Do Not Record List at the MDCR Security and Internal Affairs Bureau.

5. Your incoming mail can be inspected upon reasonable suspicion in which you will be present when it is opened. Checks and money orders will be removed for your signature, and deposited into your financial account.

6. You have been given the opportunity to complete a Master Visitation List.

7. You have been provided information of the available programs and services at MDCR.

8. You are required to obey all rules and regulations of the MDCR detention facility.

9. You can be criminally prosecuted or receive disciplinary sanctions for the destruction or theft of Miami-Dade County property.

10. You are to comply with instructions given by MDCR personnel, and respect all staff, inmates, and the public.

11. You shall not introduce contraband into any MDCR facility.

12. You must keep your sleeping area clean at all times, and assist in keeping the common areas of the cell and bathroom clean.

13. You are to notify staff immediately when you sustain an injury or have problems within the cell.

14. You have received a copy of the Inmate Handbook and Sexual Battery/Abuse/Harassment Awareness pamphlet. You are to comply with the rules and regulations included in these documents.

15. You have viewed the Inmate Orientation and PREA Inmate Education videos. _____
Inmate Initial

16. You understand all of the written information given to you at this interview. If not, this information has been explained to you and you have been informed that an interpreter's service is available upon request.

17. You must immediately notify staff or someone whenever you are having or are aware of anyone having feelings or thoughts of suicide.

**Be mindful that the above guidelines are only some of the rules that you must follow during your tenure at a MDCR detention facility.**

_____        _____
Inmate Signature                                                    Date

_____        _____        _____
Classification Officer Name/Badge#            Signature                                                    Date



**Miami-Dade County**
**Corrections and Rehabilitation**
**Department**
**Intake and Release Bureau**
**Turner Guilford Knight Correctional Center**
**Classification Housing Criteria**



Director Daniel Junior (786) 263-6010

Mayor Carlos Gimenez

## 2ND FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | CELL_CLASS |
|---|---|---|---|---|
| **K21 | 83 | MX1 - MN9 | 55 | PI |
| /**K22 | 70 | MX1 - MN9 | 49 | PI |
| **K23 | 84 | MX1 - MN9 | 57 | PI |
| **K24 | 84 | MX1 - MN9 | 50 | PI |
| **K26 | 84 | MX2 - MN9 | 54 | CL |
| **K28 | 84 | MX1 - MN9 | 32 | CL |
| | 489 | Total | 297 | |

## 4TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | CELL_CLASS |
|---|---|---|---|---|
| **K41 | 84 | MX1 - MN9 | 64 | PH |
| **K42 | 52 | MX1 - MN9 | 22 | JU |
| **K43 | 85 | MX1 - MN9 | 73 | PI |
| **K44 | 48 | MX1 - MN9 | 18 | JU |
| /**K45 | 84 | MX1 - MN9 | 38 | CL |
| **K46 | 84 | MX1 - MN9 | 8 | MH |
| | 437 | Total | 223 | |

## 6TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | CELL_CLASS |
|---|---|---|---|---|
| **K61 | 84 | MX1 - MN9 | 34 | CL |
| **K62 | 84 | MX1 - MN9 | 0 | CL |
| **K63 | 64 | MD3 - MN9 | 43 | TS |
| K64 | 84 | MD3 | 50 | MD |
| | 316 | Total | 127 | |

## 8TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | CELL_CLASS |
|---|---|---|---|---|
| **K81 | 50 | MX1 - MN9 | 42 | SC |
| **K82 | 48 | MX1 - MN9 | 28 | SC |
| | 98 | Total | 70 | |

## CLINIC

| Cell Location | # of Beds | Custody Level | Total Count | CELL_CLASS |
|---|---|---|---|---|
| **K1056 | 1 | MX1 - MN9 | 1 | MI |
| **K1057 | 1 | MX1 - MN9 | 1 | MI |
| **K1058 | 1 | MX1 - MN9 | 1 | MI |
| **K1059 | 1 | MX1 - MN9 | 1 | MI |
| **K1060 | 1 | MX1 - MN9 | 0 | MI |
| **K1061 | 1 | MX1 - MN9 | 0 | MI |
| **K110 | 6 | MX1 - MN9 | 0 | MI |
| **K111 | 31 | MX1 - MN9 | 10 | MH |
| | 43 | Total | 14 | |



**Miami-Dade County
Corrections and Rehabilitation Department
Intake and Release Bureau
Turner Guilford Knight Correctional Center
Classification Housing Criteria**



Director Daniel Junior (786) 263-6010

Mayor Carlos Gimenez

**\*\* Specialized Beds
/\*\* Female Housing**

| | | | |
|---|---|---|---|
| **General Population Bed Count** | 84 | **General Population Beds Headcount Total** | 50 |
| **Special Classification Bed Count** | 1,299 | **Special Classification Beds Headcount Total** | 679 |
| **Rear Holding Cells / Release Cells Bed Count** | 58 | **Rear Holding Cells (K101-K104) / Release Cells K2-5** | 26 |
| **Total Bed Count** | 1,441 | **Facility Headcount Total** | 755 |

| | |
|---|---|
| **General Population Available Beds** | 34 |
| **Special Classification Available Beds** | 620 |
| **Rear Holding Cells / Release Cells Available Beds** | 32 |
| **Facility Total Available Beds** | 686 |

**Prepared By:   Report IDWCR084-C from the IDW System**

**Date:  November 26, 2018  5:15 AM**



# Miami-Dade County
## Corrections and Rehabilitation Department
## Intake and Release Bureau
## Pre-Trial Detention Center
## Classification Housing Criteria

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010

### EASTWING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| PTEW1 | 55 | MD4 - MD5 | 52 | MM |
| PTEW2 | 50 | MD4 - MD5 | 50 | MD |
| | 105 | Total | 102 | |

### 1ST FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PT1AO | 36 | MD3 - MN9 | 25 | TS |
| **PT1BO | 32 | MD3 - MN9 | 15 | TS |
| | 68 | Total | 40 | |

### CIU 2ND FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| PT2A1 | 12 | MD4 - MD5 | 12 | MD |
| PT2A2 | 20 | MD4 - MD5 | 19 | MD |
| PT2A3 | 24 | MD4 - MD5 | 24 | MD |
| PT2A4 | 24 | MD4 - MD5 | 24 | MD |
| PT2B1 | 12 | MD4 - MD5 | 11 | MD |
| PT2B3 | 19 | MD4 - MD5 | 17 | MD |
| | 111 | Total | 107 | |

### 3RD FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PT301 | 1 | MX1 - MN9 | 1 | SC |
| **PT302 | 1 | MX1 - MN9 | 1 | SC |
| **PT303 | 1 | MX1 - MN9 | 1 | SC |
| **PT304 | 1 | MX1 - MN9 | 1 | SC |
| **PT305 | 1 | MX1 - MN9 | 1 | SC |
| **PT306 | 1 | MX1 - MN9 | 1 | SC |
| PT3A1 | 18 | MD4 - MD5 | 18 | MD |
| **PT3A2 | 22 | MD4 - MD5 | 22 | MD |
| PT3A3 | 28 | MD4 - MD5 | 28 | MD |
| PT3A4 | 26 | MD4 - MN8 | 25 | MD |
| PT3B1 | 16 | MD4 - MD5 | 16 | MD |
| PT3B2 | 16 | MD4 - MN9 | 6 | TU |
| PT3B3 | 26 | MD4 - MN8 | 23 | MD |
| PT3B4 | 24 | MD4 - MN8 | 21 | MD |
| PT3C1 | 20 | MD3 - MN9 | 19 | MM |
| PT3C2 | 20 | MD3 - MN9 | 19 | MM |
| | 222 | Total | 203 | |

### CLINIC

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PTC11 | 20 | MD3 - MN9 | 0 | CS |





Miami-Dade County
Corrections and Rehabilitation Department
Intake and Release Bureau
Pre-Trial Detention Center
Classification Housing Criteria

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010

EASTWING

1ST FLOOR

CIU 2ND FLOOR

3RD FLOOR

CLINIC

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| Total | 20 | | | |



# Miami-Dade County
## Corrections and Rehabilitation Department
### Intake and Release Bureau
### Pre-Trial Detention Center
### Classification Housing Criteria

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010

## 4TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PT401 | 1 | MX1 - MN9 | 1 | SC |
| **PT402 | 1 | MX1 - MN9 | 1 | SC |
| **PT403 | 1 | MX1 - MN9 | 1 | SC |
| **PT404 | 1 | MX1 - MN9 | 1 | SC |
| **PT405 | 1 | MX1 - MN9 | 1 | SC |
| **PT406 | 1 | MX1 - MN9 | 0 | SC |
| PT4A1 | 16 | MD4 - MD5 | 16 | MD |
| PT4A2 | 20 | MD3 | 19 | MD |
| PT4A3 | 24 | MD3 | 23 | MD |
| PT4A4 | 23 | MD3 | 24 | MD |
| PT4B1 | 20 | MD3 | 20 | MD |
| PT4B2 | 16 | MD3 | 16 | MD |
| PT4B3 | 24 | MD3 | 23 | MD |
| PT4B4 | 24 | MD4 - MD5 | 23 | MD |
| **PT4C1 | 16 | MD3 - MN9 | 14 | MM |
| **PT4C2 | 16 | MD3 - MN9 | 13 | MM |
| | **205** | | **196** | |

## 5TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PT501 | 1 | MX1 - MN9 | 1 | SC |
| **PT502 | 1 | MX1 - MN9 | 1 | SC |
| **PT503 | 1 | MX1 - MN9 | 1 | SC |
| **PT504 | 1 | MX1 - MN9 | 1 | SC |
| **PT505 | 1 | MX1 - MN9 | 1 | SC |
| **PT506 | 1 | MX1 - MN9 | 1 | SC |
| PT5A1 | 14 | MD3 | 14 | MD |
| PT5A2 | 20 | MD3 | 20 | MD |
| PT5A3 | 24 | MX1 - MX2 | 21 | MX |
| PT5A4 | 24 | MD3 | 22 | MD |
| PT5B1 | 20 | MD3 | 20 | MD |
| PT5B2 | 15 | MD3 | 14 | MD |
| PT5B3 | 24 | MD3 | 22 | MD |
| PT5B4 | 23 | MD3 | 22 | MD |
| **PT5C1 | 16 | MX1 - MN9 | 15 | ER |
| **PT5C2 | 16 | MX1 - MN9 | 14 | ER |
| | **202** | | **190** | |






# Miami-Dade County
## Corrections and Rehabilitation Department
### Intake and Release Bureau
### Pre-Trial Detention Center
### Classification Housing Criteria

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010



## 6TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PT601 | 1 | MX1 - MN9 | 1 | SC |
| **PT602 | 1 | MX1 - MN9 | 1 | SC |
| **PT603 | 1 | MX1 - MN9 | 1 | SC |
| **PT604 | 1 | MX1 - MN9 | 1 | SC |
| **PT605 | 1 | MX1 - MN9 | 1 | SC |
| **PT606 | 1 | MX1 - MN9 | 1 | SC |
| PT6A1 | 16 | MX1 - MX2 | 15 | MX |
| PT6A2 | 19 | MD3 | 17 | MD |
| PT6A3 | 24 | MD3 | 24 | MD |
| PT6A4 | 24 | MD3 | 22 | MD |
| PT6B1 | 20 | MX1 - MX2 | 20 | MX |
| PT6B2 | 15 | MX1 - MX2 | 13 | MX |
| PT6B3 | 24 | MX1 - MX2 | 22 | MX |
| PT6B4 | 24 | MX1 - MX2 | 21 | MX |
| **PT6C1 | 16 | MX1 - MX2 | 14 | MX |
| **PT6C2 | 16 | MX1 - MX2 | 13 | MX |
| **Total** | **204** | | **187** | |

## 8TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| PT8A1 | 14 | MX1 - MN9 | 10 | AC |
| PT8A2 | 10 | MX1 - MN9 | 6 | AC |
| PT8A3 | 10 | MX1 - MN9 | 7 | AC |
| PT8A4 | 10 | MX1 - MX2 | 8 | MX |
| PT8B1 | 10 | MX1 - MX2 | 9 | MX |
| PT8B2 | 14 | MX1 - MX2 | 13 | MX |
| PT8B3 | 10 | MX1 - MX2 | 9 | MX |
| PT8B4 | 10 | MX1 - MX2 | 10 | MX |
| PT8C1 | 10 | MX1 - MN9 | 8 | AC |
| PT8C2 | 10 | MX1 - MN9 | 7 | AC |
| PT8C3 | 12 | MX1 - MN9 | 5 | AC |
| PT8C4 | 12 | MX1 - MN9 | 9 | AC |
| **Total** | **132** | | **101** | |



# Miami-Dade County
## Corrections and Rehabilitation Department
### Intake and Release Bureau
### Pre-Trial Detention Center
### Classification Housing Criteria

MIAMI-DADE COUNTY

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010

### 9TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| PT9A1 | 7 | MX1 - MN9 | 0 | CL |
| PT9A2 | 10 | MX1 - MN9 | 0 | CL |
| PT9A3 | 5 | MX1 - MN9 | 0 | CL |
| PT9A4 | 10 | MX1 - MN9 | 0 | CL |
| PT9B1 | 10 | MX1 - MN9 | 0 | CL |
| PT9B2 | 14 | MX1 - MN9 | 0 | CL |
| PT9B3 | 10 | MX1 - MN9 | 0 | CL |
| PT9B4 | 10 | MX1 - MN9 | 0 | CL |
| PT9C1 | 24 | MX1 - MN9 | 0 | CL |
| | 100 | Total | | |

### 10TH FLOOR

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **PTXA1 | 14 | MX1 - MN9 | 7 | DC |
| **PTXA2 | 10 | MX1 - MN9 | 0 | DC |
| **PTXA3 | 10 | MX1 - MN9 | 6 | DC |
| **PTXA4 | 10 | MX1 - MN9 | 4 | DC |
| **PTXB1 | 10 | MX1 - MN9 | 5 | DC |
| **PTXB2 | 14 | MX1 - MN9 | 7 | DC |
| **PTXB3 | 10 | MX1 - MN9 | 5 | DC |
| **PTXB4 | 10 | MX1 - MN9 | 7 | DC |
| **PTXC1 | 45 | MX1 - MX2 | 43 | MX |
| | 133 | Total | 84 | |

** Specialized Beds **

| | |
|---|---|
| **General Population Bed Count** | 2,010 |
| **Special Classification Bed Count** | 504 |
| **Total Bed Count** | 2,514 |
| | |
| **General Population Available Beds** | 1,114 |
| **Special Classification Available Beds** | 292 |
| **Facility Total Available Beds** | 1,406 |

| | |
|---|---|
| **General Population Beds Headcount Total** | 896 |
| **Special Classification Beds Headcount Total** | 212 |
| **Facility Headcount Total** | 1,108 |
| **Rear Holding Cell** | |
| **Hospital Services Unit (Ward D)** | |
| **Grand Total** | 1,108 |

**Prepared By:**   Report IDWCR084-B from the IDW System

**Date:**   November 26, 2018   5:15 AM

# Miami-Dade County
## Corrections and Rehabilitation Department
### Intake and Release Bureau
### Metro West Detention Center
### Classification Housing Criteria

MIAMI-DADE COUNTY

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010

### 3A-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| 3A1 | 84 | MD4 - MD5 | 63 | MD |
| 3A2 | 84 | MD3 | 62 | MD |
| **3A3 | 64 | MX1 - MN9 | 32 | MH |
| 3A4 | 84 | MD4 - MD5 | 60 | MD |
| | 316 | Total | 217 | |

### 3B-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| 3B1 | 84 | MD3 | 71 | MD |
| 3B2 | 84 | MD4 - MD5 | 64 | MD |
| 3B3 | 84 | MD3 - MN9 | 62 | MD |
| 3B4 | 84 | MD4 - MD5 | 65 | MD |
| | 336 | Total | 262 | |

### 2A-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **2A1 | 60 | MD3 - MD5 | 60 | PH |
| **2A2 | 60 | MD3 - MD5 | 59 | PH |
| **2A3 | 60 | MD3 - MN9 | 56 | PH |
| **2A4 | 60 | MD3 - MD5 | 60 | PH |
| | 240 | Total | 235 | |

### 2B-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **2B1 | 60 | MX1 - MX2 | 44 | PH |
| **2B2 | 60 | MD3 - MD5 | 60 | PH |
| **2B3 | 60 | MD3 - MD5 | 59 | PH |
| **2B4 | 60 | MD3 - MD5 | 61 | PH |
| | 240 | Total | 224 | |

### 1D-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **1D1 | 84 | MD3 - MN9 | 27 | TS |
| 1D2 | 84 | MD3 | 64 | MD |
| 1D3 | 64 | MD3 | 64 | MD |
| 1D4 | 64 | MD4 - MD5 | 64 | MD |
| | 296 | Total | 219 | |

### CLINIC

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| C01 | 1 | MX1 - MN9 | 1 | MI |
| C02 | 1 | MX1 - MN9 | 0 | MI |
| | 2 | Total | 1 | |



# Miami-Dade County
## Corrections and Rehabilitation Department
### Intake and Release Bureau
### Metro West Detention Center
### Classification Housing Criteria

Director Daniel Junior (786) 263-6010



Mayor Carlos Gimenez

## SPECIAL MANAGEMENT UNIT

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| **North SMU | 42 | MX1 - MN9 | 21 | SC |
| **South SMU | 54 | MX1 - MN9 | 29 | SC |
| | **96** | **Total** | **50** | |

## 2C-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| 2C1 | 84 | MD4 - MD5 | 68 | MD |
| 2C2 | 84 | MD4 - MN8 | 62 | MD |
| 2C3 | 84 | MD4 - MD5 | 71 | MD |
| 2C4 | 84 | MD3 | 70 | MD |
| | **336** | **Total** | **271** | |

## 2D-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| /2D1 | 84 | MX1 - MD3 | 50 | MX |
| /2D2 | 84 | MD3 - MN9 | 63 | MD |
| /2D3 | 84 | MD3 - MN9 | 62 | MD |
| /**2D4 | 60 | MX1 - MN9 | 45 | PH |
| | **312** | **Total** | **220** | |

## 3C-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| 3C1 | 84 | MD4 - MD5 | 63 | MD |
| 3C2 | 84 | MD3 | 64 | MD |
| 3C3 | 84 | MD4 - MD5 | 64 | MD |
| 3C4 | 84 | MD4 - MD5 | 59 | MD |
| | **336** | **Total** | **250** | |

## 3D-WING

| Cell Location | # of Beds | Custody Level | Total Count | Classification |
|---|---|---|---|---|
| 3D1 | 84 | MD3 | 66 | MD |
| 3D2 | 84 | MD3 | 66 | MD |
| 3D3 | 84 | MD4 - MD5 | 67 | MD |
| 3D4 | 84 | MD4 - MD5 | 68 | MD |
| | **336** | **Total** | **267** | |



**Miami-Dade County**
**Corrections and Rehabilitation Department**
**Intake and Release Bureau**
**Metro West Detention Center**
**Classification Housing Criteria**

MIAMI-DADE COUNTY
*Delivering Excellence Every Day*

Mayor Carlos Gimenez

Director Daniel Junior (786) 263-6010

** Specialized Beds
/ Female Housing

| | | |
|---|---|---|
| General Population Bed Count | 4,120 | General Population Beds Headcount Total | 1,602 |
| Special Classification Bed Count | 1,486 | Special Classification Beds Headcount Total | 614 |
| **Total Bed Count** | **5,606** | Holding Cell | |
| | | Facility Headcount Total | 2,216 |
| General Population Available Beds | 2,518 | Hospital Headcount | |
| Special Classification Available Beds | 872 | Total Double Bunk Units | |
| Facility Total Available Beds | 3,390 | | |

Date:  November 26, 2018  5:15 AM

Prepared By:  Report IDWCR084-A from the IDW System

INTAKE AND RELEASE BUREAU- CLASSIFICATION UNIT
RECLASSIFICATION LOG

OFFICER: _____   BADGE: _____   DATE: _____   SHIFT: _____   FACILITY: _____

| Name | Race/Sex | Jail Number | Time Loc Requested | Incident Report # | From Cell/Unit | To Cell/Unit | Time Loc Given | Custody Level | Reason for Move/ Keep Sep. |
|------|----------|-------------|--------------------|--------------------|----------------|--------------|----------------|---------------|----------------------------|
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |
|      |          |             |                    |                    |                |              |                |               |                            |

Revised 11/12/13

```
TIME: 01:51:00          CORRECTIONS HEALTH SERVICES TRANSFER LOG          LINK: ____
FACILITY  : METRO WEST DETENTION CENTER              TRANSFERRING TO: MWDC
  JAIL #        BOOKING NAME                         CIN #    CELL    BOOK DATE
  180170647     BRIGGS, LINDA M                      985766   K45     11/19/2018
  180169669     CRUZPEREIRA, YEILYN                  1183201  K45     11/13/2018
  180169997     LONG, ERICKA                         957138   K45     11/15/2018
  180170825     PETERSON, KIM                        1205585  K45     11/20/2018
  180170779     GIBSON, MARQUES                      1205575  K26     11/20/2018
  180170705     SYLVAIN, RITCHY                      1205554  K26     11/20/2018
  180170555     WILLIAMS, BARRY                      170001   K26     11/19/2018
  180170179     ANTHONY, HENRY J                     1205357  K61     11/16/2018
  180170750     BAIN, DEVIRAL M                      290890   K61     11/20/2018
  180170582     BRACEY, LANCE E                      1205515  K61     11/19/2018
  180170801     CARBALLOSA, ROBERT                   1017902  K61     11/20/2018
  180170584     CARTELLE, JESUS M                    1034023  K61     11/19/2018
  170000012     CRUZ, CARLOS M                       1147412  K61     1/17/2017
  180169817     ESTEVEZNUNEZ, ALBERTO                985948   K61     11/14/2018
  180170539     GUZMAN, ROBERTO C                    1205496  K61     11/19/2018
  180170629     HUGHES, ELIJAH C                     1154633  K61     11/19/2018
NEXT KEY: MWDC FAC. RUN 11X7      FUNCTION: ____   SORT: _   PRINTER ID: ____
PF1 HELP PF2 MAIN PF3 LINK PF4 SAME PF8 PF PF11 PRINT PF17 EXIT ENTER DISPLAY
```

11/23/18 230

MWDC
Medical

# MIAMI-DADE CORRECTIONS AND REHABILITATION DEPARTMENT

## Inmate Classification Appeal

I, _____ , from
(Print Inmate Name and Jail Number)

Unit/Cell # : _____ on this date _____ wish to
(Date)

appeal my classification status for the following reason(s):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate Signature _____


c:      Classification Committee
        Facility/Bureau Supervisor

Revised 07-30-12



**Requirements Document**

# Decision Tree Section:



Revised Chart 11-20-19 (DRAFT)