

# SAFETY DATA SHEET

Issued Date: 12/6/2016    Revised Date: 12/6/2016    Revision: A

## Section 1 : Chemical Product and Company Identification.

**1.1 Product Identifier:**

Product Name:  Alpha MDC

Product Code:  644073

Synonyms:  Compund Cleaning Liquid

**1.2 Relevent Identified Uses:**

Usage(s):  All Purpose Cleaner

**1.3 Supplier Info:**
SANITARY MAINTENANCE & SUPPLY 8100 Hwy 64 E., Avon Park. Fl 33825

**1.4 Emergency Phone Info:**
(813) 890-6594 (Customer service). For emergency and medical help line, call INFOTRAC at (800) 535-5053, 24 hours a day, 7 days a week for information on all our products and/or SDS. Obtain an SDS at www.pride-enterprises.org/customer /sds.html or call customer service at (813) 890-6594.

## Section 2 : Hazards Identification.

### 2.1 Classification of substance or mixture

➡ Serious Eye Damage/Eye Irritation - Category 1
➡ Specific Target Organ Toxicity (Repeated Exposure) - Category 2
➡ Oxidizing Liquids - Category 3
➡ Skin Corrosion/Irritation - Category 1A

### 2.2 Labeling Elements


GHS03


GHS05


GHS08

**Physical Description:** Clear Liquid with Citrus Odor

**Signal Word:** Danger

**Hazard Statements**

- Hazard
  - ➡ H272 | May intensify fire; oxidizer
  - ➡ H314 | Causes severe skin burns and eye damage
  - ➡ H318 | Causes serious eye damage
  - ➡ H373 | May cause damage to organs through prolonged or repeated exposure
- Prevention
  - ➡ P210 | Keep away from heat/sparks/open flames/hot surfaces. No smoking.
  - ➡ P220 | Keep stored away from clothing and any other known combustible materials.
  - ➡ P221 | Take any precaution to avoid mixing with any combustible materials.
  - ➡ P260 | Do not breathe dust/fume/gas/mist/vapours/spray.
  - ➡ P264 | Wash exposed skin thoroughly after handling.
  - ➡ P280 | Wear the following items: gloves, clothing, eye protection, and/or face protection where appropriate. See section 8 of SDS for details.
- Response
  - ➡ P301 + P330 + P331 | IF SWALLOWED: Rinse mouth. Do NOT induce vomiting.
  - ➡ P303 + P361 + P353 | IF ON SKIN (or hair): Take off immediately all contaminated clothing. Rinse skin with water/shower.
  - ➡ P304 + P340 | IF INHALED: Remove person to fresh air and keep comfortable for breathing.
  - ➡ P305 + P351 + P338 | IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing.
  - ➡ P310 | Immediately call a poison control center or doctor for emergency medical advice.

TRIAL MODE - a valid license will remove this message. See the keywords property of this PDF for more information.

- P314 | Get medical advice/attention if you feel unwell
- P321 | Specific treatment required, see section 4 on the SDS.
- P363 | Wash contaminated clothing before reuse.
- P370 + P378 | In case of fire refer to section 5 of the SDS for appropriate extinguishing media and procedures.
- Storage
  - P405 | Store locked up.
- Disposal
  - P501 | Dispose of contents/container in accordance with local/regional/national/international regulations.

## 2.3 Other Hazards:

None

## Section 3 : Composition/Information On Ingredients.

### 3.1 Substances

**Common Names:**  Aqueous solution

| Ingredient Name | CAS | Percent |
|---|---|---|
| Hydrogen Peroxide | 7722-84-1 | <20% |
| Non-Ionic Surfactant | 9016-45-9 | <10% |
| Sodium Xylene Sulfonate | 1300-72-7 | >1% |

## Section 4 : First Aid Measures.

### 4.1 Description of First Aid Measures:

**Inhalation:**   Move to fresh air. Seek immediate medical attention if symptoms develop or persist.

**Eyes:**   Rinse thoroughly with plenty of water for at least 15 minutes, lifting lower and upper eyelids. Continue rinsing. Get medical attention immediately.

**Skin:**   If on clothing: rinse immediately contaminated clothing and skin with plenty of water before removing clothes. Rinse skin with water shower. Call a physician or poison control center immediately.

**Ingestion:**   Call a physician or poison control center immediately. Rinse mouth. Do not induce vomiting. If vomiting occurs, keep head low so that stomach content doesn't get into lungs.

### 4.2 Most Important Symptoms and Effects, Both Acute and Delayed:

**Inhalation:**   Irritation of the upper respiratory tract.

**Eyes:**   Severe eye irritation. Symptoms may include stinging, tearing, redness, swelling, and blurred vision. permanent eye damage including blindness could result. Prolonged exposure may cause chronic effects.

**Skin:**   Sometimes whitening of skin and itching.

**Ingestion:**   Irritating to digestive tract. May cause gastric distress, severe stomach pains, sore throat or vomiting.

### 4.3 Special Treatment Needs:

**Special Needs:**   Provide general supportive measures and treat symptomatically. Chemical Burns: Flush with water immediately.

## Section 5 : Fire Fighting Measures.

### 5.1 Extinguishing Media:

Water fog. Foam. Dry chemical powder. Carbon dioxide ($CO_2$).

MODE - a valid license will remove this message. See the keywords property of this PDF for more information.

## 5.2 Specific Hazards Arising from the Chemical:

Hydrogen peroxide itself is non flammable. Contact with clothing and combustibles may cause fire. On decomposition in contact with contaminants releases oxygen which may intensify fire. The decomposition of hydrogen peroxide will release oxygen gas, which will increase the explosive limits and burning rate of flammable vapors.

## 5.3 Special Protective Actions for Fire-Fighters:

Wear protective clothing including self-contained breathing apparatus.

## Section 6 : Accidental Release Measures

## 6.1 Personal Precautions, Protective Equipment and Emergency Procedures:

Personnel should wear proper protective equipment in accordance with HAZMAT specifications. Do not breathe mist or vapor. Ensure adequate ventilation.

## 6.2 Environmental Precautions:

Drain to a chemical sewer or wastewater treatment plant. Avoid discharge into drains, water courses or onto the ground.

## 6.3 Methods and Materials for Containment and Cleaning Up:

Flood area with water and drain to a chemical sewer or wastewater treatment plant. May be destroyed with sodium metabisulfite or sodium sulfite.

## Section 7 : Handling And Storage

## 7.1 Precautions For Safe Handling:

Store in a ventilated, cool area. Product freezes at -15 degrees F. Do not get in eyes. Avoid contact with sun and clothing. Avoid contact with flammable or combustible materials. Product should be kept in original containers until ready to use avoid any contamination. Never return unused hydrogen peroxide to the original containers.

## Hygiene Advice:   Do not eat or smoke around chemical.

## Section 8 : Exposure Controls And Personal Protection

## 8.1 Control Parameters:

| Ingredient Name | CAS | OSHA | ACGIH |
|---|---|---|---|
| Hydrogen Peroxide | 7722-84-1 | PEL: 1 ppm <br><br> STEL: Not Established | PEL: 1 ppm <br><br> STEL: Not Established |
| Non-Ionic Surfactant | 9016-45-9 | N/A | N/A |
| Sodium Xylene Sulfonate | 1300-72-7 | N/A | N/A |

## 8.2 Engineering Controls:

Good local and general ventilation to keep peroxide concentration below exposure limits.

## 8.3 Protection Measures:

- Individual Protection Measures: Wear protective clothing to prevent repeated or prolonged contact with product.  Protective clothing needs to be selected specifically for the workplace, depending on concentrations and quantities of hazardous substances handled.  The chemical resistance of the protective equipment should be enquired at the  representative supplier.

3 TRIAL MODE - a valid license will remove this message. See the keywords property of this PDF for more information.

Safety Data Sheet

- **Hygiene Measures:** Facilities storing or using this material should be equipped with an eyewash station and safety shower. Change contaminated clothing. Preventive skin protection is recommended. Wash hands thoroughly after use, before eating, drinking or using the lavatory and at the end of the workday.
- **Eye/face Protection:** Wear tightly fitting protective goggles and a face shield (8-inch minimum). refer to 29 CFR 1910.133. ANSI Z87.1 or European Standard EN 166.
- **Hand Protection:** Wear gloves recommended by glove supplier for protection against materials in section 3. Gloves must be inspected prior to use. Gloves should be impermeable to chemicals and oil. Breakthrough time of selected gloves must be greater than the intended use period. Use proper glove removal technique (without touching glove's outer surface) to avoid skin contact with this product.
- **Other Protective Equipment:** Wear impervious, protective chemical resistant clothing including boots, gloves, lab coat, apron or coveralls as appropriate to the situation to prevent skin contact.
- **Respiratory Protection:** Always use an approved respirator when vapor/aerosols are generated. Where risk assessment shows air-purifying respirators are appropriate use a full-faced respirator with multi-purpose combination.
- **Environmental Exposure Controls:** Do not empty into drains.

## Section 9 : Physical And Chemical Properties

### 9.1: Information on Basic Physical and Chemical Properties

| | |
|---|---|
| Appearance: | Water clear |
| Odor: | Cirus |
| OdorThreshold: | Not Available |
| PH: | 1.50 - 3.50 |
| Melting_FreezingPoint: | 20 Degrees F |
| InitialBoilingPoint: | 226.12 F (107.85 C) |
| FlashPoint: | N/A |
| EvaporationPoint: | N/A |
| Flammability_Solid_Gas: | Not determined |
| LowerExplosiveLimit: | Not determined |
| UpperExplosiveLimit: | Not determined |
| VaporPressure: | N/A |
| VaporDensity: | N/A |
| RelativeDensity: | Not determined |
| Solubility: | Complete |
| Partition Coefficient: n-octanol/water: | Not determined |
| AutoIgnitionTemp: | Not determined |
| DecompositionTemp: | Not determined |
| Viscosity: | < 10 |

## Section 10 : Stability And Reactivity

### 10.1 Reactivity:
Greatly increases the burning rate of combustible materials.

### 10.2 Chemical Stability:
Stable under normal condition.

### 10.3 Possibility of Hazardous Reactions:
Will not occur under normal codition.

### 10.4 Conditions to Avoid:
Contact with incompatible materals.

### 10.5 Incompatible Materials:
Strong oxidizing agents.

DEMO MODE - a valid license will remove this message. See the keywords property of this PDF for more information.

## 10.6 Hazardous Decomposition Position:
No hazardous decomposition products are known.

### Section 11 : Toxilogical Information

Information on likely routes of exposure

**Inhalation:** May cause damege to organs through prolonged or repeated exposure by inhalation.

**Skin Contact:** No adverse effects due to skin contact are expected.

**Eye Contact:** Cause serious eye damage.

**Ingestion:** Expected to be a low ingestion hazard.

### Section 12 : Ecological Information

**Ecotoxicity:** The product is not classified as environmentally hazardous. However, this dose not exclude the possibility that large or frequent spills can have a harmfull or damaging effect on the envoriment.

### Section 13 : Disposal Considerations

Disposal is to be in accordance with all Federal, State, and Local regulations.

### Section 14 : Transport Information

**Proper DOT Shipping Name & Number**
UN2984, Hydrogen Peroxide, Aqueous Solutions, 5.1, III (Hydrogen Peroxide)

Not Regulated

### Section 15 : Regulatory Information

TSCA (Toxic Substance Control Act): All components of this product are listed on the TSCA inventory.

### Section 16 : Other Information

Hazardous Material Information System (HMIS)

| HEALTH | FLAMMABILITY | REACTIVITY | PERSONAL PROTECTION |
|---|---|---|---|
| 3 | 0 | 0 | F |

**Release Notes:**   Initial Release.

## Prepared By: Regulatory Department; GL, DL

**Issued Date:** 12/6/2016    **Revised Date:** 12/6/2016    **Revision:** A

## For additional information, contact us.

**Disclaimer:**
Information contained in this SDS refers only to the specific material designated and does not relate to any process or use involving other materials. This information is based on data believed to be reliable, and the Product is intended to be used in a manner that is customary and reasonably forseeable. Since actual use and handling are beyond our control, no warranty, express or implied, is made and no liability is assumed by Manufacturer or Vendor in connection with the use of this information.



**STELLAR**
CLEANING SUPPLIES

# SAFETY DATA SHEET

Issued Date: 3/26/2015       Revised Date: 3/26/2015       Revision: A

## Section 1 : Chemical Product and Company Identification.

**1.1 Product Identifier:**

Product Name: Citra Germ Concentrate

Product Code: 640703

Synonyms:  Quaternary Ammonium Compound

**1.2 Relevent Identified Uses:**

Usage(s):  Germicidal, disinfectant deodorizer

**1.3 Supplier Info:**

Stellar Cleaning Supplies 8100 Hwy 64 E., Avon Park, FL 33825

**1.4 Emergency Phone Info:**

(813) 890-6594 (Customer service). For emergency and medical help line, call INFOTRAC at (800) 535-5053. 24 hours a day. 7 days a week for information on all our products and/or SDS. To obtain an SDS call customer service at (813) 890-6594.

## Section 2 : Hazards Identification.

**2.1 Classification of substance or mixture**

➡ Acute Toxicity Inhalation - Category 4
➡ Acute Toxicity Oral - Category 4
➡ Serious Eye Damage/Eye Irritation - Category 1
➡ Skin Corrosion/Irritation - Category 1C

**2.2 Labeling Elements**

 GHS07         GHS05

**Physical Description:** Clear yellow liquid with citrus odor.

**Signal Word: Danger**

**Hazard Statements**

⊟ ● Hazard
  ➡ H302 I Harmful if swallowed
  ➡ H314 I Causes severe skin burns and eye damage
  ➡ H318 I Causes serious eye damage
  ➡ H332 I Harmful if inhaled

⊟ ● Prevention
  ➡ P260 I Do not breathe dust/fume/gas/mist/vapours/spray. Manufacturer/supplier or the competent authority to specify applicable conditions.
  ➡ P261 I Avoid breathing dust/fumes/gas/mist/vapours/spray Manufacturer/supplier or the competent authority to specify applicable conditions. - may be omitted if P260 is given on the label.
  ➡ P264 I Wash...thoroughly after handling ... Manufacturer/supplier or the competent authority to specify parts of the body to be washed after handling.
  ➡ P270 I Do not eat, drink or smoke when using this product
  ➡ P271 I Use only outdoors or in a well-ventilated area
  ➡ P280 I Wear protective gloves/ protective clothing/eye protection/face protection - Specify face protection. Manufacturer/supplier or the competent authority to specify type of equipment.

⊟ ● Response
  ➡ P301 + P312 I IF SWALLOWED: Call a POISON CENTER/doctor/.../if you feel unwell. ... Manufacturer/supplier or the competent authority to specify the appropriate source of emergency medical advice.
  ➡ P301 + P330 + P331 I IF SWALLOWED: Rinse mouth. Do NOT induce vomiting.
  ➡ P303 + P361 + P353 I IF ON SKIN (or hair): Take off immediately all contaminated clothing. Rinse skin with water/shower.
  ➡ P304 + P340 I IF INHALED: Remove person to fresh air and keep comfortable for breathing.
  ➡ P305 + P351 + P338 I IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing.
  ➡ P310 I Immediately call a POISON CENTER/doctor/... ... manufacturer/supplier or the competent authority to specify the appropriate source of emergency medical advice.

P312 | CAll a POISON CENTER/doctor/.../if you feel unwell ... manufacturer/supplier or the competent authority to specify the appropriate source of emergency medical advice.

P321 | Specific treatment (see...on this label) ... reference to supplemental first aid instruction. - if immediate administration of antidote is required.

P330 | Rinse mouth

P363 | Wash contaminated clothing before reuse.

- Storage

  P405 | Store locked up.

- Disposal

  P501 | Dispose of contents/container to... ... in accordance with local/regional/national/international regulation (to be specified).

## 2.3 Other Hazards:

None

## Section 3 : Composition/Information On Ingredients.

## 3.1 Substances

Common Names:   Disinfectant/Sanitizer

| Ingredient Name | CAS | Percent |
|---|---|---|
| Water | 7732-18-5 | Up to 100% |
| Didecyl dimethyl ammonium chloride | 7173-51-5 | N/A |
| Alkyl dimethyl benzyl ammonium chloride (C12-16) | 68424-85-1 | N/A |
| Ethanol | 64-17-5 | N/A |

## Section 4 : First Aid Measures.

## 4.1 Description of First Aid Measures:

Inhalation:   If symptoms are experienced, move victim to fresh air. If person is not breathing. call 911 or an ambulance, then give artificial respiration, preferably mouth-to-mouth if possible.

Eyes:   Immediately flush eyes with water for 15-20 minutes, while holding eyelids open. Remove contact lenses. if present. after the first 5 minutes, then continue rinsing eye. Seek medical attention at once.

Skin:   Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.

Ingestion:   Call a poison control center or doctor immediately for treatment advice. Have person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by a poison control center or doctor. Do not give anything by mouth to an unconscious person.

## 4.2 Most Important Symptoms and Effects, Both Acute and Delayed:

Inhalation:   Mists and vapors can irritate the throat and respiratory tract. High vapor concentrations may cause central nervous system effects. Symptoms may include headaches, dizziness. and drowsiness. Harmfull if inhaled.

Eyes:   Causes burns and may result in permanent injury to eyes including blindness.

Skin:   Causes corrosive burns. Brief exposures may cause irritation and defatting of the skin. Exposures not promptly washed off may lead to toxic effects similar to ingestion. Harmful if absorbed through the skin.

Ingestion:   Ingestion can cause gastrointestinal irritation, swelling of the larynx, difficulty in breathing, circulatory shock, convulsions and possibly death.

## 4.3 Special Treatment Needs:

Special Needs:   Probable mucosal damage may contraindicate the usage of gastric lavage.

## Section 5 : Fire Fighting Measures.

## 5.1 Extinguishing Media:

Dry chemical, foam, carbon dioxide. water fog or any other agent suitable for surrounding fire.

## 5.2 Specific Hazards Arising from the Chemical:

Irritating or toxic gases or fumes may be released during a fire.

## 5.3 Special Protective Actions for Fire-Fighters:
Fire fighters should wear full protective clothing including self-contained breathing apparatus. Cool fire exposed containers with spray.

## Section 6 : Accidental Release Measures

## 6.1 Personal Precautions, Protective Equipment and Emergency Procedures:
Keep unauthorized personnel away. Stay unwind. Eliminate all ignition sources in immediate area.

## 6.2 Environmental Precautions:
Prevent entry into waterways sewers, basements or confined areas.

## 6.3 Methods and Materials for Containment and Cleaning Up:

1. Isolate spill or leak area immediately.
2. Ventilate closed spaces before entering.
3. All equipment used when handling the product must be grounded.
4. Floor will be slippery. Do not touch or walk through spilled material.
5. Stop leak if you can do it without risk.
6. A vapor suppressing foam may be used to reduce vapors.
7. Absorb or cover with dry earth, sand or other non-combustible material and transfer to containers.
8. Use clean non-sparking tools to collect absorbed material.

## Section 7 : Handling And Storage

## 7.1 Precautions For Safe Handling:

Avoid contact with skin and eyes. Use good personal hygiene practices. Wash hands before eating, drinking, smoking, or using toilet facilities. Wash thoroughly after work using soap and water.

### Hygiene Advice:   Do not eat. drink or smoke around product.

## 7.2 Conditions For Safe Storage:

keep the container tightly closed and in cool well-ventilated place. Keep from freezing. Do not handle or store near an open flame, heat or other sources of ignition. Prevent electrostatic charge buildup by using common bonding and grouding techniques.

## Section 8 : Exposure Controls And Personal Protection

## 8.1 Control Parameters:

| Ingredient Name | CAS | OSHA | ACGIH |
|---|---|---|---|
| Water | 7732-18-5 | Not Established | Not Established |
| Didecyl dimethyl ammonium chloride | 7173-51-5 | N/A | N/A |
| Alkyl dimethyl benzyl ammonium chloride (C12-16) | 68424-85-1 | N/A | N/A |
| Ethanol | 64-17-5 | N/A | N/A |

## 8.2 Engineering Controls:
Provide adequate local exhaust ventilation (explosion proof) to maintain worker exposure below exposure limits.

## 8.3 Protection Measures:

Safety Data Sheet

- **Individual Protection Measures:** Wear protective clothing to prevent repeated or prolonged contact with product. Protective clothing needs to be selected specifically for the workplace, depending on concentrations and quantities of hazardous substances handled. The chemical resistance of the protective equipment should be enquired at the representative supplier.
- **Hygiene Measures:** Facilities storing or using this material should be equipped with an eyewash station and safety shower. Change contaminated clothing. Preventive skin protection is recommended. Wash hands thoroughly after use, before eating, drinking or using the lavatory and at the end of the workday.
- **Eye/face Protection:** Wear tightly fitting chemical goggles and a face shield (8-inch minimum).
- **Hand Protection:** Wear gloves recommended by glove supplier for protection against materials in section 3. Gloves must be inspected prior to use. Gloves should be impermeable to chemicals and oil. Breakthrough time of selected gloves must be greater than the intended use period. Use proper glove removal technique (without touching glove's outer surface) to avoid skin contact with this product.
- **Other Protective Equipment:** Wear impervious, protective chemical resistant clothing including boots, gloves, lab coat, apron or coveralls as appropriate to the situation to prevent skin contact. Eye wash fountain and emergency showers are recommended.
- **Respiratory Protection:** Always use an approved respirator when vapor/aerosols are generated. Where risk assessment shows air-purifying respirators are appropriate use a full-faced respirator with multi-purpose combination.
- **Environmental Exposure Controls:** Do not empty into drains.

## Section 9 : Physical And Chemical Properties

### 9.1: Information on Basic Physical and Chemical Properties

| | |
|---|---|
| Appearance: | Clear yellow liquid |
| Odor: | Citrus |
| OdorThreshold: | Not Available |
| PH: | 6.00-12.00 |
| Melting_FreezingPoint: | Not determined |
| InitialBoilingPoint: | Not determined |
| FlashPoint: | None when heated to 105 C. |
| EvaporationPoint: | Not determined |
| Flammability_Solid_Gas: | Not determined |
| LowerExplosiveLimit: | Not determined |
| UpperExplosiveLimit: | Not determined |
| VaporPressure: | Not determined |
| VaporDensity: | (Air=1) Heavier than air |
| RelativeDensity: | Not determined |
| Solubility: | Complete |
| Partition Coefficient: n-octanol/water: | Not determined |
| AutoIgnitionTemp: | Not determined |
| DecompositionTemp: | Not determined |
| Viscosity: | < 10 |

## Section 10 : Stability And Reactivity

### 10.1 Reactivity:
None

### 10.2 Chemical Stability:
Stable

### 10.3 Possibility of Hazardous Reactions:
Polymerization will not occur.

### 10.4 Conditions to Avoid:
Heat and strong oxidizing agents.

### 10.5 Incompatible Materials:
Strong oxidizing agents, reducing agents.

### 10.6 Hazardous Decomposition Position:
Carbon monoxide, carbon dioxide and toxic hydrogen chloride vapors.

## Section 11 : Toxilogical Information

No further information is available on this product at this time.

## Section 12 : Ecological Information

No further information is available on this product at this time.

## Section 13 : Disposal Considerations

This substance, when discarded or disposed of, is a characteristic hazardous waste according to federal regulation (40 CFR 261) and is assigned the EPA Hazardous Waste Number of D001. The discarding or disposal of this material must be done at a properly permitted facility in accordance with the regulations of 40 CFR 262, 263, 264, and 268. Additionally, the discarding or disposal of this material may be further regulated by state, regional, or local regulations. Chemical additions, processing o

## Section 14 : Transport Information

### Proper DOT Shipping Name & Number
UN1903, Disinfectant Liquid, Corrosive, n.o.s., 8, III (Quaternary Ammonium Compound)


No further shipping information.

## Section 15 : Regulatory Information

TSCA (Toxic Substance Control Act): All components of this product are listed on the TSCA inventory.

## Section 16 : Other Information


Hazardous Material Information System (HMIS)

| HEALTH | FLAMMABILITY | REACTIVITY | PERSONAL PROTECTION |
|--------|--------------|------------|---------------------|
| 3 | 0 | 0 | C |


Release Notes:     Initial Release...


Prepared By: Regulatory Department; GL, DL


Issued Date: 3/26/2015     Revised Date: 3/26/2015     Revision: A

For additional information, contact us.

**Disclaimer:**
Information contained in this SDS refers only to the specific material designated and does not relate to any process or use involving other materials. This information is based on data believed to be reliable, and the Product is intended to be used in a manner that is customary and reasonably foreseeable. Since actual use and handling are beyond our control, no warranty, express or implied, is made and no liability is assumed by Manufacturer or Vendor in connection with the use of this information.



# PRIDE

### SAFETY DATA SHEET

Issued Date: 3/26/2015     Revised Date: 3/26/2015     Revision: A

## Section 1 : Chemical Product and Company Identification.

**1.1 Product Identifier:**

Product Name:  Neutraclean

Product Code:  646016

Synonyms:  Compound Cleaning Liquid

**1.2 Relevent Identified Uses:**

Usage(s):  Floor Cleaner

**1.3 Supplier Info:**

SANITARY MAINTENANCE & SUPPLY 8100 Hwy 64 E., Avon Park, Fl. 33825

**1.4 Emergency Phone Info:**

(813) 890-6594 (Customer service). For emergency and medical help line, call INFOTRAC at (800) 535-5053, 24 hours a day. 7 days a week for information on all our products and/or SDS. Obtain an SDS at www.pride-enterprises.org/customer/sds.html or call customer service at (813) 890-6594.

## Section 2 : Hazards Identification.

**Sections 2.1 Classification of substance or mixture, 2.2 Labeling Elements;**

**This product contains no substances which at their given concentration, are considered to be hazardous to health. However, this safety data sheet contains valuable information critical to the safe handling and proper use of this product.**

Physical Description: Clear blue liquid with lever type odor.

**2.3 Other Hazards:**

None

## Section 3 : Composition/Information On Ingredients.

**3.1 Substances**

Common Names:  Neutral floor cleaner

| Ingredient Name | CAS | Percent |
|---|---|---|
| Water | 7732-18-5 | Up to 100% |
| Non-Ionic Surfactant | 9016-45-9 | < 5% |
| Ninol 1281 | N/A | < 2% |

## Section 4 : First Aid Measures.

**4.1 Description of First Aid Measures:**

Inhalation:   Remove to fresh air. If symptoms persist. seek medical attention.

Eyes:   Rinse thoroughly with plenty of water for at least 15 minutes, lifting lower and upper eyelids. If irritation persists, consult a physician.

Skin:   Flush skin with running water for at least 15 minutes. Remove contaminated clothing and shoes. Wash clothing before reuse. If symptoms persist, seek medical attention.

Ingestion:   Clean mouth with water and drink afterwards plenty of water. If symptoms persist, seek medical attention. Never give anything by mouth to an unconscious person.

**4.2 Most Important Symptoms and Effects, Both Acute and Delayed:**

Inhalation:   Irritating to respiratory tract; may cause headache. dizziness, nausea, vomiting and malaise.

Eyes:   Severe irritation and pain associated with redness and swelling of conjunctiva.

Skin:   Slight irritation: prolonged contact may cause moderate reddening, swelling and burning.

Ingestion:   Moderately toxic; may cause headache, dizziness, diarrhea, and general weakness. Large doses may result in red blood cell hemolysis.

## Section 5 : Fire Fighting Measures.

### 5.1 Extinguishing Media:
Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

### 5.2 Specific Hazards Arising from the Chemical:
Non-flammable.

### 5.3 Special Protective Actions for Fire-Fighters:
As in any fire, wear self-contained breathing apparatus pressure-demand. MSHA/NIOSH (approved or equivalent) and full protective gear.

## Section 6 : Accidental Release Measures

### 6.1 Personal Precautions, Protective Equipment and Emergency Procedures:
Use personal protective equipment as required.

### 6.2 Environmental Precautions:
See section 12 for additional Ecological information.

### 6.3 Methods and Materials for Containment and Cleaning Up:

**Methods for containment:** Prevent further leakage or spillage if safe to do so.

**Methods for clean-up:** Keep in suitable, closed containers for disposal.

## Section 7 : Handling And Storage

### 7.1 Precautions For Safe Handling:

Handle in accordance with good industrial hygiene and safety practice.

**Hygiene Advice:**   Do not eat, drink, or smoke around product.

### 7.2 Conditions For Safe Storage:

Keep containers tightly closed in a dry, cool and well-ventilated place.

## Section 8 : Exposure Controls And Personal Protection

### 8.1 Control Parameters:

| Ingredient Name | CAS | OSHA | ACGIH |
|---|---|---|---|
| Water | 7732-18-5 | Not Established | Not Established |
| Non-Ionic Surfactant | 9016-45-9 | N/A | N/A |
| Ninol 1281 | N/A | N/A | N/A |

### 8.2 Engineering Controls:
Apply technical measures to comply with the occupational exposure limits. Eyewash stations. Showers.

### 8.3 Protection Measures:

- **Eye/Face Protection:** Avoid contact with eyes. Use goggles with face shields.
- **Skin and Body Protection:** Wear suitable protective clothing.
- **Respiratory Protection:** Ensure adequate ventilation, especially in confined areas.
- **General Hygiene Considerations:** Handle in accordance with good industrial hygiene and safety practice.

## Section 9 : Physical And Chemical Properties

### 9.1: Information on Basic Physical and Chemical Properties

| | |
|---|---|
| Appearance: | Clear blue liquid |
| Odor: | Lever type |
| OdorThreshold: | Not Available |
| PH: | 8 - 9 |
| Melting_FreezingPoint: | Not Available |
| InitialBoilingPoint: | 212 Degrees F |
| FlashPoint: | Not Available |
| EvaporationPoint: | Water = 1: < 1 |
| Flammability_Solid_Gas: | Not Available |
| LowerExplosiveLimit: | Not Available |
| UpperExplosiveLimit: | Not Available |
| VaporPressure: | 20 mmHg 68 Degrees F |
| VaporDensity: | Air = 1: > 1 |
| RelativeDensity: | Not Available |
| Solubility: | Complete |
| Partition Coefficient: n-octanol/water: | Not Available |
| AutoIgnitionTemp: | Not Available |
| DecompositionTemp: | Not Available |
| Viscosity: | < 10 |

## Section 10 : Stability And Reactivity

### 10.1 Reactivity:
Not reactive under normal conditions.

### 10.2 Chemical Stability:
Stable under recommended storage conditions.

### 10.3 Possibility of Hazardous Reactions:
None under normal processing.

### 10.4 Conditions to Avoid:
Keep out of reach of children.

### 10.5 Incompatible Materials:
None

### 10.6 Hazardous Decomposition Position:
None based on information supply.

## Section 11 : Toxilogical Information

No further information is available on this product at this time.

## Section 12 : Ecological Information

No further information is available on this product at this time.

## Section 13 : Disposal Considerations

Disposal should be in accordance with applicable regional and local laws and regulations.

## Section 14 : Transport Information

Proper DOT Shipping Name & Number
None...

Not Regulated.

## Section 15 : Regulatory Information

TSCA (Toxic Substance Control Act): All components of this product are listed on the TSCA inventory.

## Section 16 : Other Information

Hazardous Material Information System (HMIS)

| HEALTH | FLAMMABILITY | REACTIVITY | PERSONAL PROTECTION |
|---|---|---|---|
| 1 | 0 | 0 | B |

Release Notes:    Initial Release...

Prepared By: Regulatory Department; GL, DL

Issued Date: 3/26/2015    Revised Date: 3/26/2015    Revision: A

For additional information, contact us.

Disclaimer:
Information contained in this SDS refers only to the specific material designated and does not relate to any process or use involving other materials. This information is based on data believed to be reliable, and the Product is intended to be used in a manner that is customary and reasonably foreseeable. Since actual use and handling are beyond our control, no warranty, express or implied, is made and no liability is assumed by Manufacturer or Vendor in connection with the use of this information.



# PRIDE
ENTERPRISES

# SAFETY DATA SHEET

Issued Date: 3/26/2015          Revised Date: 3/26/2015          Revision: A

## Section 1 : Chemical Product and Company Identification.

**1.1 Product Identifier:**

Product Name:  Multi Purpose Cleaner

Product Code:  644008

Synonyms:  Compound Cleaning Liquid

**1.2 Relevent Identified Uses:**

Usage(s):  All purpose cleaner

**1.3 Supplier Info:**

SANITARY MAINTENANCE & SUPPLY 8100 Hwy 64 E., Avon Park, Fl. 33825

**1.4 Emergency Phone Info:**

(813) 890-6594 (Customer service). For emergency and medical help line, call INFOTRAC at (800) 535-5053. 24 hours a day. 7 days a week for information on all our products and/or SDS. Obtain an SDS at www.pride-enterprises.org/customer/sds.html or call customer service at (813) 890-6594.

## Section 2 : Hazards Identification.

**Sections 2.1 Classification of substance or mixture, 2.2 Labeling Elements;**

**This product contains no substances which at their given concentration, are considered to be hazardous to health. However, this safety data sheet contains valuable information critical to the safe handling and proper use of this product.**

Physical Description: Clear red liquid with floral odor.

**2.3 Other Hazards:**

None

## Section 3 : Composition/Information On Ingredients.

**3.1 Substances**

Common Names:  General purpose cleaner

| Ingredient Name | CAS | Percent |
|---|---|---|
| Water | 7732-18-5 | > 85% |
| Non-Ionic Surfactant | 9016-45-9 | < 5% |
| Sodium Tripolyphosphate | 7758-29-4 | < 3% |

## Section 4 : First Aid Measures.

**4.1 Description of First Aid Measures:**

Inhalation:  Remove to fresh air. If symptoms persist. seek medical attention.

Eyes:  Rinse thoroughly with plenty of water for at least 15 minutes, lifting lower and upper eyelids. If irritation persists, consult a physician.

Skin:  Flush skin with running water for at least 15 minutes. Remove contaminated clothing and shoes. Wash clothing before reuse. If symptoms persist, seek medical attention.

Ingestion:  Clean mouth with water and drink afterwards plenty of water. If symptoms persist, seek medical attention. Never give anything by mouth to an unconscious person.

**4.2 Most Important Symptoms and Effects, Both Acute and Delayed:**

Inhalation:  Irritating to respiratory tract; may cause headache. dizziness, nausea, vomiting and malaise.

Eyes:  Severe irritation and pain associated with redness and swelling of conjunctiva.

Skin:  Slight irritation: prolonged contact may cause moderate reddening, swelling and burning.

**Ingestion:**   Moderately toxic; may cause headache, dizziness, diarrhea, and general weakness. Large doses may result in red blood cell hemolysis.

## Section 5 : Fire Fighting Measures.

**5.1 Extinguishing Media:**
Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**5.2 Specific Hazards Arising from the Chemical:**
Non-flammable.

**5.3 Special Protective Actions for Fire-Fighters:**
As in any fire, wear self-contained breathing apparatus pressure-demand. MSHA/NIOSH (approved or equivalent) and full protective gear.

## Section 6 : Accidental Release Measures

**6.1 Personal Precautions, Protective Equipment and Emergency Procedures:**
Use personal protective equipment as required.

**6.2 Environmental Precautions:**
See section 12 for additional Ecological information.

**6.3 Methods and Materials for Containment and Cleaning Up:**

<u>Methods for containment:</u> Prevent further leakage or spillage if safe to do so.

<u>Methods for clean-up:</u> Keep in suitable, closed containers for disposal.

## Section 7 : Handling And Storage

**7.1 Precautions For Safe Handling:**

Handle in accordance with good industrial hygiene and safety practice.

**Hygiene Advice:**   Do not eat, drink, or smoke around product.

**7.2 Conditions For Safe Storage:**

Keep containers tightly closed in a dry, cool and well-ventilated place.

## Section 8 : Exposure Controls And Personal Protection

**8.1 Control Parameters:**

| Ingredient Name | CAS | OSHA | ACGIH |
|---|---|---|---|
| Water | 7732-18-5 | Not Established | Not Established |
| Non-Ionic Surfactant | 9016-45-9 | N/A | N/A |
| Sodium Tripolyphosphate | 7758-29-4 | N/A | N/A |

**8.2 Engineering Controls:**
Apply technical measures to comply with the occupational exposure limits. Eyewash stations. Showers.

**8.3 Protection Measures:**

- **Eye/Face Protection:** Avoid contact with eyes. Use goggles.
- **Skin and Body Protection:** Wear suitable protective clothing.
- **Respiratory Protection:** Ensure adequate ventilation, especially in confined areas.
- **General Hygiene Considerations:** Handle in accordance with good industrial hygiene and safety practice.

## Section 9 : Physical And Chemical Properties

### 9.1: Information on Basic Physical and Chemical Properties

| | |
|---|---|
| Appearance: | Clear red liquid |
| Odor: | Floral |
| OdorThreshold: | Not Available |
| PH: | 10 - 12 |
| Melting_FreezingPoint: | Not Available |
| InitialBoilingPoint: | 212 Degrees F |
| FlashPoint: | Not Available |
| EvaporationPoint: | Water = 1: < 1 |
| Flammability_Solid_Gas: | Not Available |
| LowerExplosiveLimit: | Not Available |
| UpperExplosiveLimit: | Not Available |
| VaporPressure: | 17 mm @20 Degrees C |
| VaporDensity: | Air = 1: > 1 |
| RelativeDensity: | Not Available |
| Solubility: | Complete |
| Partition Coefficient: n-octanol/water: | Not Available |
| AutoIgnitionTemp: | Not Available |
| DecompositionTemp: | Not Available |
| Viscosity: | > 45 |

## Section 10 : Stability And Reactivity

### 10.1 Reactivity:
Not reactive under normal conditions.

### 10.2 Chemical Stability:
Stable under recommended storage conditions.

### 10.3 Possibility of Hazardous Reactions:
None under normal processing.

### 10.4 Conditions to Avoid:
Keep out of reach of children.

### 10.5 Incompatible Materials:
Strong acids and oxidizers.

### 10.6 Hazardous Decomposition Position:
None based on information supply.

## Section 11 : Toxilogical Information

No further information is available on this product at this time.

## Section 12 : Ecological Information

No further information is available on this product at this time.

## Section 13 : Disposal Considerations

Disposal should be in accordance with applicable regional and local laws and regulations.

## Section 14 : Transport Information

**Proper DOT Shipping Name & Number**
None...

Not Regulated.

## Section 15 : Regulatory Information

TSCA (Toxic Substance Control Act): All components of this product are listed on the TSCA inventory.

## Section 16 : Other Information

### Hazardous Material Information System (HMIS)

| HEALTH | FLAMMABILITY | REACTIVITY | PERSONAL PROTECTION |
|--------|--------------|------------|---------------------|
| 1 | 0 | 0 | . B |

**Release Notes:**    Initial Release...

**Prepared By: Regulatory Department; GL, DL**

**Issued Date:** 3/26/2015      **Revised Date:** 3/26/2015        **Revision:** A

**For additional information, contact us.**

**Disclaimer:**
Information contained in this SDS refers only to the specific material designated and does not relate to any process or use involving other materials. This information is based on data believed to be reliable, and the Product is intended to be used in a manner that is customary and reasonably foreseeable. Since actual use and handling are beyond our control, no warranty, express or implied, is made and no liability is assumed by Manufacturer or Vendor in connection with the use of this information.