**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

        v.

**Case No.: 1:20-cv-21457-KMW**

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs, pursuant to S.D. Fla. L.R. 5.4, and by and through the undersigned counsel, hereby move this Court to file certain documents listed below under seal. In support of this Motion, Plaintiffs state the following:

1. On April 5, 2020, Plaintiffs filed their Emergency Motion and Memorandum of Law In Support Of Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) ("**Motion for Injunctive Relief**").

2. The Motion for Injunctive Relief is scheduled to be heard on via telephonic hearing, on April 27, 2020 at 1:00 p.m.

3. In preparation for that hearing and pursuant to the Court's April 23, 2020 Paperless Order (ECF No. 73), Plaintiffs are filing contemporaneously herewith their Exhibit List and Witness List (the **"Exhibit/Witness List"**).

4. In their Exhibit/Witness List, Plaintiffs list the following declarations, all of which contain personal identifying information, medical histories, and medical information relating to Plaintiffs.

Declaration of Maya Ragsdale FILED UNDER SEAL

Declaration of Elisha Goggins FILED UNDER SEAL

Declaration of Joshua Pla FILED UNDER SEAL

Declaration of Kellen Stuhlmiller FILED UNDER SEAL

Declaration of Ted Mastos FILED UNDER SEAL

Declaration of Carlos Fleites FILED UNDER SEAL

Declaration of Frank Gil FILED UNDER SEAL

5. Accordingly, Plaintiffs seek leave to file the attached declarations under seal.

6. Courts have routinely ruled that a party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information.

WHEREFORE Plaintiff respectfully requests that the above referenced declarations and exhibits remain under seal until such time as the Court may determine whether they should be filed in the public record. A proposed order is submitted herewith.

Dated: April 24, 2020           Respectfully submitted,

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste 2500
Miami, Florida 33131
Tel.: (305) 423.8525
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com

Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel: (305) 856-7723

Meena Jagannath, Fla. Bar No. 102684
meena@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd. Ste 106
Miami, Florida 33137
Tel: (305) 907-7697

Maya Ragsdale, Fla. Bar No.: 1015395
maya@dreamdefenders.org
DREAM DEFENDERS
6161 NW 9thAve.
Miami, Florida 33127
Tel: 786-309-2217

Alexandria Twinem, D.C. Bar No. 1644851
*(Admitted Pro Hac Vice 4/6/2020)*
alexandria@civilrightscorps.org
Katherine Hubbard, DC Bar No. 1500503
*(Admitted Pro Hac Vice 4/6/2020)*
katherine@civilrightscorps.org
Alec Karakatsanis
alec@civilrightscorps.org
*(Pro Hac Vice Admission Pending)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Ste. 800
Washington, DC 2009
Tel: (202) 894-6126

Tiffany Yang, DC Bar. No. 230836
tyang@advancementproject.org
*(Admitted Pro Hac Vice 4/6/2020)*
Thomas B. Harvey, MO Bar. No. 61734
*(Admitted Pro Hac Vice 4/6/2020)*
tharvey@advacementproject.org
ADVANCEMENT PROJECT
1220 L Street NW, Ste 850
Washington, DC 20005
Tel: (202) 728-9557
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of April, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff

EAST\173805960.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

        v.                                                   **Case No.: 1:20-cv-21457-KMW**

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**

**THIS CAUSE** comes before the Court on the Motion to File Documents Under Seal and Incorporated Memorandum of Law [D.E. ___] (the "Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers, in Miami, Florida this _____ day of April 2020.

                                                            _____
                                                            HONORABLE KATHLEEN M. WILLIAMS
                                                            UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record