UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

       v.

Case No.: 1:20-cv-21457-KMW

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.
_____/

**PLAINTIFFS' EXHIBIT AND WITNESS LIST
FOR HEARING SCHEDULED FOR APRIL 27, 2020 AT 1:00 P.M.
SUBMITTED PURSUANT TO PAPERLESS ORDER (ECF No. 73)**

Pursuant to the Court's April 23, 2020 Paperless Order (ECF No. 73) Plaintiffs, by and through their undersigned counsel and in anticipation of the telephonic hearing set for April 27, 2020 at 1:00 p.m. on Plaintiffs' Emergency Motion for Preliminary Injunction (ECF No. 3), hereby submit their Exhibit List and Witness List as follows:

**EXHIBIT LIST**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| *GENERAL* | |
| 1. | 02/25/2020 Miami-Dade County Corrections and Rehabilitation Department Daily Jail Population Statistics (ECF No. 3-11) |
| 2. | 03/12/2020 Miami-Dade Department of Corrections, Twitter post "Although we have no known cases of COVID-19 within our facilities, we have suspended all inmate visitation…" (ECF No. 1-13) |
| 3. | 03/12/2020 Doctors in NYC Hospitals, Jails, and Shelters Call on the City to Take More Aggressive Action to Combat the Spread of Coronavirus, Medium.com Editorial Article (ECF No. 1-7) |

| Exhibit No. | Description |
|---|---|
| 4. | 03/16/2020 State Attorney Kathy Rundle, Twitter post (ECF No. 1-14) |
| 5. | 03/20/2020 Miami-Dade Department of Corrections, Twitter post "implementing some of the same preventative measures in our facilities" (ECF No. 1-16) |
| 6. | 03/23/2020 US Centers for Disease Control and Prevention's Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities (ECF No. 1-6) |
| 7. | 03/25/2020 Letter to Hon. Larry Hogan, Governor of Maryland from faculty members of the Johns Hopkins Bloomberg School of Public Health, School of Nursing and School of Medicine (ECF No. 1-8) |
| 8. | 03/27/2020 Miami-Dade Corrections and Rehabilitation Department Press Release (ECF No. 1-17) |
| 9. | 04/03/2020 State Attorney Kathy Rundle, Miami-Dade County's "Prosecutors, Public Defenders & Courts Enact COVID-19 Early Jail Release Plan 18 To Be Released" (ECF No. 1-15) |
| 10. | 04/03/2020 Miami-Dade County Corrections and Rehabilitation Department Daily Jail Population Statistics (ECF No. 3-12) |
| 11. | 04/23/2020 Miami-Dade County Corrections and Rehabilitation Department Daily Jail Population Statistics |
| 12. | Letter from Deondre Willis |
| 13. | SEALED Inspection Report with photographs (ECF No. 61-1) |
| 14. | All filings by Defendants made pursuant to Paragraph 8 of the Scheduling Order dated April 14, 2010 [ECF No. 52] |
| 15. | Composite of communications with Aileen M. Marty, MD |
| **AFFIDAVITS/DECLARATIONS** | |
| 16. | Declaration of Dr. Jonathan Louis Golob (ECF No. 1-4) |
| 17. | Declaration of Dr. Jaimie Meyer (ECF No. 1-5) |
| 18. | Declaration of Dr. Marc Stern (ECF No. 1-9) |
| 19. | Declaration of Ranit Mishori, MD, MHS, FAAFP (ECF No. 1-10) |
| 20. | Declaration of Robert B. Greifinger, MD (ECF No. 1-11) |
| 21. | Declaration of Dr. Elizabeth Chiao (ECF No. 1-12) |
| 22. | Declaration of Dr. Carlos Franco-Paredes (ECF No. 1-18) |
| 23. | Declaration of Dr. Fred Rottnek (ECF No. 11-1) |
| 24. | Declaration of Dr. Armen Henderson (ECF No. 17-1) |

| Exhibit No. | DESCRIPTION |
|---|---|
| 25. | Declaration of Anthony Swain (ECF No. 3-4) |
| 26. | Declaration of Winfred Hill (ECF No. 3-5) |
| 27. | Declaration of Alen Blanco (ECF No. 3-6) |
| 28. | Declaration of Deondre Willis (ECF No. 3-7) |
| 29. | Declaration of Bayardo Cruz (ECF No. 3-8) |
| 30. | Declaration of Ronniel Flores (ECF No. 3-9) |
| 31. | Declaration of Peter Bernal (ECF No. 3-10) |
| 32. | Declaration of Jacqueline Ebert (ECF No. 3-13) |
| 33. | Declaration of Dr. Pedro J. Greer, Jr. (ECF No. 3-14) |
| 34. | Declaration of Professor Doctor Aileen M. Marty, MD (ECF No. 65-10) |
| 35. | Supplemental Declaration of Dr. Pedro J. Greer, Jr. |
| 36. | Supplemental Declaration of Dr. Fred Rottnek |
| 37. | Composite Exhibit Containing Declarations of Persons Detained at Metro West |
| 38. | Declaration of Carlos Franco-Paredes |
| 39. | Declaration of Maya Ragsdale FILED UNDER SEAL |
| 40. | Declaration of Elisha Goggins FILED UNDER SEAL |
| 41. | Declaration of Joshua Pla FILED UNDER SEAL |
| 42. | Declaration of Kellen Stuhlmiller FILED UNDER SEAL |
| 43. | Declaration of Ted Mastos FILED UNDER SEAL |
| 44. | Declaration of Carlos Fleites FILED UNDER SEAL |
| 45. | Declaration of Frank Gil FILED UNDER SEAL |
| *OTHER* | |
| 46. | All exhibits filed by Defendants in connection with Plaintiffs' Emergency Motion for Preliminary Injunction (ECF No. 3) and/or or introduced at the hearing thereon |
| 47. | All declarations filed by Defendants in connection with Plaintiffs' Emergency Motion for Preliminary Injunction (ECF No. 3) and/or or introduced at the hearing thereon |

## WITNESS LIST

Plaintiffs reserve the right to call named Plaintiffs as well as persons who have given declarations on behalf of Plaintiffs.

EAST\173795509.2

Dated: April 24, 2020

Respectfully submitted,

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste 2500
Miami, Florida 33131
Tel.: (305) 423.8525
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com
Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel: (305) 856-7723

Meena Jagannath, Fla. Bar No. 102684
meena@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd. Ste 106
Miami, Florida 33137
Tel: (305) 907-7697

Maya Ragsdale, Fla. Bar No.: 1015395
maya@dreamdefenders.org
DREAM DEFENDERS
6161 NW 9thAve.
Miami, Florida 33127
Tel: 786-309-2217

Alexandria Twinem, D.C. Bar No. 1644851
*(Admitted Pro Hac Vice 4/6/2020)*
alexandria@civilrightscorps.org
Katherine Hubbard, DC Bar No. 1500503
*(Admitted Pro Hac Vice 4/6/2020)*
katherine@civilrightscorps.org
Alec Karakatsanis
alec@civilrightscorps.org
*(Pro Hac Vice Admission Pending)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Ste. 800

Washington, DC 2009
Tel: (202) 894-6126

Tiffany Yang, DC Bar. No. 230836
tyang@advancementproject.org
*(Admitted Pro Hac Vice 4/6/2020)*
Thomas B. Harvey, MO Bar. No. 61734
*(Admitted Pro Hac Vice 4/6/2020)*
tharvey@advacementproject.org
ADVANCEMENT PROJECT
1220 L Street NW, Ste 850
Washington, DC 20005
Tel: (202) 728-9557

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111