UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

        v.

**Case No.: 1:20-cv-21457-KMW**

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.
_____/

## PLAINTIFFS' MOTION TO FILE ADDITIONAL COMPOSITE EXHIBIT UNDER SEAL

Plaintiffs, pursuant to S.D. Fla. L.R. 5.4, and by and through the undersigned counsel, hereby move this Court to file the attached additional Composite Exhibit under seal. In support of this Motion, Plaintiffs state the following:

1. On April 5, 2020, Plaintiffs filed their Emergency Motion and Memorandum of Law In Support Of Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) ("**Motion for Injunctive Relief**").

2. The Motion for Injunctive Relief is scheduled to be heard on via telephonic hearing, on April 27, 2020 at 1:00 p.m.

3. In preparation for that hearing and pursuant to the Court's April 23, 2020 Paperless Order (ECF No. 73), Plaintiffs filed their Exhibit List and Witness List (ECF No. 76) (the **"Exhibit/Witness List"**), with the Court, together with their Motion to File Under Seal certain declarations (ECF No. 75) (the **"Motion to File Under Seal"**).

EAST\173811793.1

4.  Plaintiffs' Motion to File Under Seal was granted pursuant to the Court's Paperless Order (ECF No. 77).

5.  Plaintiffs listed the Composite Exhibit as Exhibit 37 on their Exhibit/Witness List. However, Plaintiffs inadvertently failed to include the Composite Exhibit on their Motion to File Under Seal.

6.  Like the declarations, the attached Composite Exhibit contains personal identifying information, medical histories, and medical information relating to detainees at the Metro West facility.

7.  Accordingly, Plaintiffs seek leave to file the attached Composite Exhibit under seal.

8.  Courts have routinely ruled that a party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information.

WHEREFORE Plaintiff respectfully requests that the above referenced Composite Exhibit remain under seal until such time as the Court may determine whether they should be filed in the public record.

Dated:  April 24, 2020            Respectfully submitted,

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste 2500
Miami, Florida 33131
Tel.: (305) 423.8525
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com
Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715

EAST\173811793.1

Miami, Florida 33131
Tel: (305) 856-7723

Meena Jagannath, Fla. Bar No. 102684
meena@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd. Ste 106
Miami, Florida 33137
Tel: (305) 907-7697

Maya Ragsdale, Fla. Bar No.: 1015395
maya@dreamdefenders.org
DREAM DEFENDERS
6161 NW 9thAve.
Miami, Florida 33127
Tel: 786-309-2217

Alexandria Twinem, D.C. Bar No. 1644851
*(Admitted Pro Hac Vice 4/6/2020)*
alexandria@civilrightscorps.org
Katherine Hubbard, DC Bar No. 1500503
*(Admitted Pro Hac Vice 4/6/2020)*
katherine@civilrightscorps.org
Alec Karakatsanis
alec@civilrightscorps.org
*(Pro Hac Vice Admission Pending)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Ste. 800
Washington, DC 2009
Tel: (202) 894-6126

Tiffany Yang, DC Bar. No. 230836
tyang@advancementproject.org
*(Admitted Pro Hac Vice 4/6/2020)*
Thomas B. Harvey, MO Bar. No. 61734
*(Admitted Pro Hac Vice 4/6/2020)*
tharvey@advacementproject.org
ADVANCEMENT PROJECT
1220 L Street NW, Ste 850
Washington, DC 20005
Tel: (202) 728-9557
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of April, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

                                                       */s/ Lida Rodriguez-Taseff*
                                                      Lida Rodriguez-Taseff