UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

           v.

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.

                                   /

**Case No.: 1:20-cv-21457-KMW**

## **PLAINTIFFS' NOTICE OF FILING**

Pursuant to the Court's April 23, 2020 Paperless Order (ECF No. 73), Plaintiffs hereby give notice of filing copies of their Exhibits listed on Plaintiffs' Exhibit and Witness List for Hearing Scheduled on April 27, 2020 at 1:00 P.M. Submitted Pursuant to Paperless Order (ECF No. 76), with the exception of exhibits filed under seal. The Exhibits were previously provided to Defendants via ShareFile.[1]

Dated: April 24, 2020

Respectfully submitted,

*/s/ Meena Jagannath*
Meena Jagannath, Fla. Bar No. 102684
meena@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd. Ste 106
Miami, Florida 33137
Tel: (305) 907-7697

---

[1] Plaintiffs worked diligently to review Defendants' filings and voluminous exhibits in preparation for filing their reply with exhibits in accordance with the original briefing schedule. The task of assembling the exhibit list was complicated, however, by the practical difficulties of conducting numerous jail interviews via telephone in lieu of in person interviews.

EAST\173811521.1

Maya Ragsdale, Fla. Bar No.: 1015395
maya@dreamdefenders.org
DREAM DEFENDERS
6161 NW 9thAve.
Miami, Florida 33127
Tel: 786-309-2217

Alexandria Twinem, D.C. Bar No. 1644851
*(Admitted Pro Hac Vice 4/6/2020)*
alexandria@civilrightscorps.org
Katherine Hubbard, DC Bar No. 1500503
*(Admitted Pro Hac Vice 4/6/2020)*
katherine@civilrightscorps.org
Alec Karakatsanis
alec@civilrightscorps.org
*(Pro Hac Vice Admission Pending)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Ste. 800
Washington, DC 2009
Tel: (202) 894-6126

Tiffany Yang, DC Bar. No. 230836
tyang@advancementproject.org
*(Admitted Pro Hac Vice 4/6/2020)*
Thomas B. Harvey, MO Bar. No. 61734
*(Admitted Pro Hac Vice 4/6/2020)*
tharvey@advacementproject.org
ADVANCEMENT PROJECT
1220 L Street NW, Ste 850
Washington, DC 20005
Tel: (202) 728-9557

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com
Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel: (305) 856-7723

Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste 2500
Miami, Florida 33131

Tel.: (305) 423.8525
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 24th day of April, 2020 a true and correct copy of the foregoing was electronically filed under seal with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Meena Jagannath*
Meena Jagannath, Fla. Bar No. 102684