# Exhibit 11



**Miami-Dade County**
**Corrections and Rehabilitation Department**
**Daily Jail Population Statistics**
**Data for: Thursday, April 23, 2020**



Director Daniel Junior (786) 263-6010

Mayor Carlos A. Gimenez

| | | |
|---|---|---|
| In Facilities Inmate Population: 3,274 | Outside Facilities Inmate Population: 1,147 | Total Inmates Supervised: 4,421 |
| Total Inmates Booked: 83 | | Total Inmates Released: 69 |
| | | Total Inmates In Jail During Apr 23, 2020: 4,490 |



Average Daily Population (ADP) Over the Last 180 Days: **3,706**       Average Length of Stay (ALOS) Over the Last 180 Days: **36.97**

**Top 12 Inmates with the Longest Length of Stay (In Days)**

| LOS | JAIL NUMBER | LAST NAME | FIRST NAME | RACE | GENDER | HIGHEST OFFENSE |
|---|---|---|---|---|---|---|
| 5,180 | 060013544 | LAWSON | LARRY | B | M | MURDER 1ST DEGREE |
| 4,768 | 070029579 | SULET | LEMAY | W | M | MURDER 1ST DEGREE |
| 4,579 | 070088206 | CHARLES | JOHNNY | B | M | MURDER 1ST DEGREE |
| 4,501 | 070113502 | CADET | BENSON | B | M | MURDER 1ST DEGREE |
| 4,425 | 080022681 | DANIEL | MAX | B | M | MURDER 1ST DEGREE |
| 3,888 | 090074528 | BROWN | STEVIE | B | M | MURDER 1ST DEGREE |
| 3,771 | 090108604 | MARTIN | GREGORY | B | M | MURDER 1ST DEGREE |
| 3,752 | 100003323 | BROWN | WILLIAM | B | M | MURDER 1ST DEGREE |
| 3,689 | 100021756 | JULMICE | LEOPOLE | B | M | BURGLARY/ASSLT/ARMED |
| 3,337 | 110015993 | BARAHONA | CARMEN | W | F | MURDER 1ST DEGREE |
| 3,319 | 110020445 | BARAHONA | JORGE | W | M | MURDER 1ST DEGREE |
| 3,221 | 110045303 | ROBINSON | JAVON | B | M | MURDER 1ST DEGREE |

**Length of Stay in Years/Months for Inmates Under Supervision**

| LOS in Years/Months | # of Inmates |
|---|---|
| LOS > 4 years | 110 |
| LOS > 3 years and LOS <= 4 years | 129 |
| LOS > 2 years and LOS <= 3 years | 273 |
| LOS > 18 months and LOS <= 24 months | 291 |
| LOS > 12 months and LOS <= 18 months | 487 |
| LOS > 9 months and LOS <= 12 months | 389 |
| LOS > 6 months and LOS <= 9 months | 580 |
| LOS > 3 months and LOS <= 6 months | 800 |
| LOS > 2 months and LOS <= 3 months | 416 |
| LOS > 1 month and LOS <= 2 months | 450 |
| LOS <= 1 month | 496 |
| **Total:** | **4,421** |

Average Daily Population (ADP) now counts In-Custody Defendants only. Average Length of Stay (ALOS) counts all defendants, who have been released during the past 180 days, and totals the length of stay they have been in custody.



**Miami-Dade County**
**Corrections and Rehabilitation Department**
**Daily Jail Population Statistics**
**Data for: Thursday, April 23, 2020**



Director Daniel Junior (786) 263-6010

Mayor Carlos A. Gimenez

In Facilities Inmate Population: 3,274          Outside Facilities Inmate Population: 1,147          Total Inmates Supervised: 4,421

Total Inmates Booked: 83                                                                              Total Inmates Released: 69

Total Inmates In Jail During Apr 23, 2020: 4,490















**Miami-Dade County**
**Corrections and Rehabilitation Department**
Daily Jail Population Statistics
Data for: Thursday, April 23, 2020



Director Daniel Junior (786) 263-6010

Mayor Carlos A. Gimenez

| | | |
|---|---|---|
| In Facilities Inmate Population: 3,274 | Outside Facilities Inmate Population: 1,147 | Total Inmates Supervised: 4,421 |
| Total Inmates Booked: 83 | | Total Inmates Released: 69 |
| | | Total Inmates In Jail During Apr 23, 2020: 4,490 |





| Demographics based on Arrest Affidavit Information | | | |
|---|---|---|---|
| | Female | Male | Totals |
| Hispanic | 115 | 1,388 | 1,503 |
| Non-Hispanic | 170 | 1,857 | 2,027 |
| Unknown | 73 | 818 | 891 |
| Totals: | 358 | 4,063 | 4,421 |

| Race based on Arrest Affidavit information | | | |
|---|---|---|---|
| | Female | Male | Totals |
| American Indian | 0 | 4 | 4 |
| Asian | 0 | 5 | 5 |
| Black | 177 | 2,147 | 2,324 |
| Unknown | 0 | 1 | 1 |
| White | 181 | 1,906 | 2,087 |
| Totals: | 358 | 4,063 | 4,421 |