# Exhibit 12

Deondre Willis
Jail # 180-173-925
MetroWest 2C2

I have a bad case of epilepsy. I've been catching seizures and blackouts since 17 years old. I really dont feel this is the enviroment for me and this corona epidemic have made things much worse. I have caught over 25 seizures and blackouts in this jail facility. This virus seems to be very serious and its been on my mind very strong. I catch seizures and blackouts when Im afraid. I honestly dont beleive this place is sanitized enough for a person with my health problems to be living during this epidemic. It's 68 people in here, we all use the same 6 phones, share one remote, one water cooler, one coffee pot, 3 showers and we sleep one feet away from each other, with other grown men coughin and sneezing. With me being an epileptic, I really feel as though my life is in danger.