# Exhibit 26

DECLARATION OF WINFRED HILL

*I, Winfred Hill, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. My name is Winfred Hill. I am 59 years old. I am currently incarcerated at the Metro West Detention Center in Miami, Florida in cell #1D3. I have been in jail since March 6, 2020.

2. I am terrified of getting the virus in here. I have been diagnosed with HIV and diabetes. My body and my immune system are already fighting two diseases, and if I am exposed to the virus, I'm scared that I'll end up dead.

3. I have heard that the virus is already in two cells here. The cell next to mine has a big sign on the door that says "quarantine." There are rumors that someone has the virus in there, but no one really knows what's going on inside. I heard that there's another cell on quarantine as well because someone else tested positive for the virus in there.

4. Corrections hasn't been giving us sufficient information about the coronavirus. There haven't been any announcements. They won't tell us anything, not even if anyone in here has tested positive. We only know what we find out by watching TV. That's scary because we don't know what's going on, how to protect ourselves, or what Corrections is doing to protect us. I don't see anything that they're doing to protect us.

5. I don't feel like there is any way for me to stay safe in here. I am in a cell with 44 other people, and a lot of people in the cell are constantly coughing. We sleep right next to each other, not even a foot away from each other. On top of that, we are forced to share bunks with other people: I share a bunk with one other person. There are too many people in here to practice any kind of distancing.

6. They don't even clean the cells to make sure they're sanitary. We have to clean our cells ourselves. The people who are assigned to clean are called "trustees." They wipe down the phones, but they don't give us enough to actually clean. They give us watered down chemicals. In jail, they try to save, they try to cut stuff, to keep the chemicals stretched out.

7. We're not getting what people outside get. They aren't giving us gloves. People outside have gloves. What about the people in jail? Why don't we have gloves?

8. Every day, there are new people coming into the cell, usually around four people per day. There are new guards coming in here every day too. Some of them wear masks, some wear gloves, but not all of them. They go home every day. So if someone has gotten it on the outside, what are we going to do to prevent it from being spread in here? We are exposed to whatever people are bringing from the outside.

9. There are people being brought in from the streets who are coming into the cell coughing. We don't know if they have coronavirus or not. Even when people are coughing, Corrections doesn't send them down to get checked up. No one is coming through the cell and testing people for the virus or taking people's temperatures to see if they have a fever.

10. If someone wants to get checked up, we have to make a "sick call" to go down to the medical clinic. It takes 4-5 days to get a response to a sick call. Most of the time, if we get a response to our sick calls, the most they'll do for us is give us a cold pack. It isn't until we're feeling like we're about to die that we get help.

11. We are people, but we aren't being acknowledged as people. We're just here and they aren't protecting us from anything.

This declaration was orally sworn to by Winfred Hill on April 4, 2020 because the Metro West Detention Center is currently not permitting documents to be exchanged for signature.

Under penalties of perjury, I declare that I have read the foregoing in its entirety to Winfred Hill on April 4, 2020.

By:
Maya Ragsdale
Date: April 4, 2020