# Exhibit 27

DECLARATION OF ALEN BLANCO

*I, Alen Blanco, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. My name is Alen Blanco. I am 39 years old. I am currently incarcerated at the Metro West Detention Center in Miami, Florida in cell 2C2. I have been in jail since December 27, 2019.

2. The fear I have for my safety and health has been making me lose sleep. As inmates, we rely on MDCR to protect us during this time of crisis, but the precautions in here are slim to none. If the virus were to enter our cell, it would spread like wildfire.

3. I am particularly vulnerable to COVID-19. I have had severe asthma since I was born. If the virus comes in here, what happens then? I'm already compromised because of my asthma, and will be severely at risk. There are a lot of other people in here who have preexisting medical conditions or who are elderly. Older people and people with health problems are particularly worried. We are all scared.

4. Even during the best of times, getting medical help at Metro West isn't easy. When I first came to the jail, I put in a medical request for an inhaler, but it took three months for MDCR to give me my inhaler. If I don't have an inhaler, and I have an asthma attack, it's hard for me to breathe. During the time I didn't have an inhaler in jail, I had three asthma attacks. I rely on my inhaler a lot. Each inhaler they give us has 200 pumps, and I've already had to use it 15 times.

5. On top of this, I've been feeling terrible over the last week. My throat hurts, my chest hurts, I am having trouble breathing, I am constantly having a dry cough, and I feel weak. I have been really scared because my symptoms match the ones I've seen in the news for coronavirus, and the symptoms hurt especially badly because of my asthma. I put in the medical slip to get checked out, and I had to wait three days to get called down to see a nurse. During that three day period, I was in general population with everyone else.

6. When I was called down to the clinic to see the nurse, there were many people waiting, but we were not told to sit six feet apart. I asked for a mask and gloves, but was denied, despite the fact that there are sick people in the medical unit. When it was my time to talk to the nurse, I told him my symptoms, including that I have a dry cough. The nurse did a routine check up and gave me a cold pac, which is just a tylenol cold pill. I specifically asked to be tested for coronavirus due to my symptoms, but the nurse told me that there

were no tests available. I don't feel safe going back to the clinic, because I have no idea what I could catch down there. I still feel sick and am coughing constantly.

7. I'm not the only person in my cell who is coughing. There are numerous people who are sick and coughing, and new people come in coughing frequently. One person in my cell said his chest was hurting and he has been coughing, but he told me that MDCR refused to test him. No one in my cell, regardless of whether or not we have any symptoms, is being tested or screened. If we want to go to the clinic, we have to put in a medical slip ourselves, and then wait at least three days to be seen.

8. I've been hearing on the news how contagious the virus is, and how fast it's spreading in other jails like Rikers. I'm really worried about the same thing happening in Metro West. We're packed into a cell that makes it impossible to practice any of the recommendations that we see on the news. I share a cell with 63 other people, but I saw in the news that we are recommended not to be in gatherings of more than 10 people at a time. We sleep at arms length from each other, but I saw that we are supposed to stay at least six feet away from other people. I am 5 feet 6 inches tall and I can reach across and touch the other bunk. There is a bunk underneath me as well. There is no way to practice any kind of distancing.

9. There are also new people coming in and out every day. We never know what new inmates coming in may be exposing us to. A few weeks back, one inmate came in with a mask. The guards were scared of him. He was in the cell for two weeks, and he was coughing the entire time. We were never told what he had and I never saw him go to the medical unit. The same goes for officers. An officer told me they worked a shift right before coming into our unit where he was in a cell that was quarantined. He said that the whole cell was quarantined, which would include at least fifty people. We are trapped in our cells and are vulnerable to whatever people are bringing in.

10. To make matters worse, we are forced to share everything. Our only source of water is a tiny little water cooler. In order to get water, we have to fill up our empty, used water bottles. People drink out of the water bottle, and then put the water bottle right up to the spigot, touching the spigot, which means that any saliva left on the mouthpiece of the bottle gets on the spout where the water comes out of. I sometimes avoid drinking water for that reason.

11. We also share three showers, four sinks, and eight toilets between us (multiple sinks, showers, and toilets are broken). The bathrooms are really dirty, as are the sink areas. The

showers are disgusting. We have to share phones, which are dirty and aren't sanitized between uses. I always put a sock on the phone when I use it to try to protect myself.

12. We also don't have free access to basic products to keep ourselves clean. We don't have toilet paper. We don't have tissue paper. We don't have access to proper hygiene products. We are given state soap, which isn't antibacterial. To have antibacterial soap, you have to buy it from the commissary, which I do once a week. I buy extra antibacterial soap when I can so that other people around me who can't afford it can protect themselves too.

13. We can't even wash our clothes right now. The laundry is broken, and even when it was working, there often wasn't any laundry detergent available so I had to create my own mixture to wash my clothes. I'd mix my soap from the commissary with state soap and water.

14. The air ventilation system in here is also terrible. The air vents are extremely dirty and it's so dusty in the cells. I can see the lining coming from the filter, from one room to the next, so it seems to me that the air is shared between cells, throughout the floor.

15. I think that these conditions are the reason why there have been other outbreaks since I've been in jail. We are too packed close to each other to prevent the spread of illnesses. For example, a simple cold has been going around for about two weeks now and more than 15 people are coughing and sneezing.

16. This situation isn't safe for the correctional officers either. One of the officers told me this week that they have to bring their own protective gear to work, and if they do get sick on the job, that they will not get workman's compensation. That concerns me because that is an incentive for people to come to work, even if they are feeling sick.

17. To make matters worse, Corrections isn't telling us anything. We learned that there was an officer who tested positive for coronavirus from the news. We're the last ones to know, we're in the dark. Everything we find out about, we learn through the news. Every guard tells us something different, and there are no announcements that are made about what's going on.

18. I have tried to file grievances repeatedly, asking the officers at every shift. Each time, officers tell me that they have to go somewhere else to get the forms, and when I check back with them, they tell me to just wait. I filed one grievance on April 3 because Corrections only brought a few grievances to our cell and other people wanted to file

grievances as well, and so there were not enough grievance forms for me to file about every issue that I have. The grievance that I wrote pertained to our lack of access to masks. I could not write about any of the other concerns that I have about our lack of protection from coronavirus by Corrections, because each grievance must be very specific or it will be rejected.

19. I can only imagine what the coronavirus would do if it was in here, how far it would spread, how fast it would go. As much as they say we're safe and the virus is not in the building, we hear and see otherwise. All I'm asking is a chance to have the medical care and protection that people have on the outside.

This declaration was orally sworn to by Alen Blanco on April 3, 2020 because the Metro West Detention Center is currently not permitting documents to be exchanged for signature.

Under penalties of perjury, I declare that I have read the foregoing in its entirety to Alen Blanco on April 3, 2020.

By:
Maya Ragsdale
Date: April 3, 2020