# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-CV-21457-WILLIAMS

ANTHONY SWAIN, *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department; MIAMI-DADE COUNTY, FLORIDA,

    Defendants.

_____/

## NOTICE OF FILING

Defendants hereby gives notice of filing the following supplemental declaration to provide up to date information to the Court and in opposition to Plaintiffs' Motion for Preliminary Injunction [ECF No. 3]:

| Exhibit/ Attachment No. | Description | Cited As (or by Docket Entry or Exhibit No.) |
|---|---|---|
| 1 | Supplemental Declaration of Director Edith Wright, RN | |
| 2 | Supplemental Declaration of Director Daniel Junior | |
| 3 | Supplemental Declaration of Dr. Reggie Egins, MD | |

Dated: April 27, 2020.

    Respectfully submitted,

    ABIGAIL PRICE-WILLIAMS
    Miami-Dade County Attorney
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128

1

By:  /s/ *Ezra S. Greenberg*
Ezra S. Greenberg, Esq.
Assistant County Attorney
Fla. Bar. No. 85018
Telephone: (305) 375-5151
Facsimile: (305) 375-5643
Email: ezrag@miamidade.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

/s/ *Ezra S. Greenberg*
Assistant County Attorney