UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-CV-21457-WILLIAMS

ANTHONY SWAIN, *et al.*,

    Plaintiffs,

v.

DANIEL JUNIOR, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department; MIAMI-DADE COUNTY, FLORIDA,

    Defendants.
_____/

## NOTICE OF FILING

Defendants hereby give notice of filing the attached state court procedures in opposition to Plaintiffs' Motion for Preliminary Injunction [ECF No. 3].

| Exhibit/ Attachment No. | Description |
|---|---|
| 1 | COVID-19 Criminal Division Procedures |
| 2 | Eleventh Judicial Circuit Administrative Order 20-03 |
| 3 | Eleventh Judicial Circuit Administrative Order 20-04 |

1

Dated: April 27, 2020                           Respectfully submitted,

                                                        ABIGAIL PRICE-WILLIAMS
                                                        Miami-Dade County Attorney
                                                        Stephen P. Clark Center
                                                        111 N.W. 1st Street, Suite 2810
                                                        Miami, Florida  33128

                                  By:     /s/ *Erica Zaron*
                                                        Erica Zaron, Esq.
                                                        Assistant County Attorney
                                                        Fla. Bar. No. 0514489
                                                        Telephone: (305) 375-5151
                                                        Facsimile: (305) 375-5611
                                                        Email: zaron@miamidade.gov
                                                        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the above date a true and correct copy of the foregoing was served on all counsel of record via CM/ECF.

/s/ *Erica Zaron*
Assistant County Attorney