Case 1:20-cv-21457-KMW Document 94-1 Entered on FLSD Docket 04/27/2020 Page 1 of 4

Office of the Honorable Nushin G. Sayfie  
Administrative Judge, Circuit Criminal Division

Circuit Criminal Division COVID-19 Procedures  
Starting Week of April 13, 2020 - Courtroom 4-1

Page 1 / 4



## COVID-19 Emergency Procedures for Courtroom 4-1
## Richard E. Gerstein Justice Building

## For Attorneys, Corrections and All Virtual Parties
## Beginning Week of April 13, 2020 Until Further Notice

(Please contact (305) 548-5721 for Virtual Access Instructions.)

**Calendars:**

1. 9AM: ALIAS CAPIAS calendar, ARRAIGNMENTS (IN CUSTODY & UNREPRESENTED OUT OF CUSTODY), Bond Reviews

    (**Courtroom 1-5 will be hearing Bonds, Extraditions and In-State Fugitive Warrants Only** daily at 9AM & 1PM. Please contact (305) 548-5721 for Virtual Access Instructions)

2. The Court will proceed in Division order, ALIAS CAPIAS then ARRAIGNMENTS then BOND REVIEWS. NO PASSING CASES SO PLEASE BE "THERE" ON TIME

3. No DEFENDANTS will be present. CORRECTIONS will be "present" with <u>all jail cards</u>

4. The PD will be appointed on all out of custody arraignments

5. The Judge will set cases on the SPECIAL SET* calendars as needed

6. The Judge will set all cases for status on the date prearranged by the clerk unless there is a need for a SPECIAL SET

7. If the case is to be RESET for a SPECIAL SET*, then CORRECTIONS must note this on the Jail Card and ensure the Defendant's presence at the SPECIAL SET via ZOOM.

8. Cases that are reset from the 4-1 Arraignment calendar for a plea or release or other issue to be covered by the judge on 4-1 calendar duty <u>will be set at 10AM and will be heard on this same Zoom Conference Room</u>, unless other arrangements are made and distributed to all pursuant to SPECIAL SET* procedures

Case 1:20-cv-21457-KMW   Document 94-1   Entered on FLSD Docket 04/27/2020   Page 2 of 4

Office of the Honorable Nushin G. Sayfie     Circuit Criminal Division COVID-19 Procedures     Page 2 / 4
Administrative Judge, Circuit Criminal Division     Starting Week of April 13, 2020 - Courtroom 4-1

9. SPECIAL SET hearings for the individual divisions will begin at 10:30 or as soon as all parties are available via Zoom, and prearranged pursuant to SPECIAL SET* procedures, and heard in the Zoom conference room prearranged by the setting Judge

10. Please review COVID-19 Procedures for SPECIAL SETS* for information on setting and accessing a SPECIAL SET HEARING

**TROUBLESHOOTING:**

Please contact the Chambers of the Judge Assigned to that day's calendar

|      | Courtroom 1-5 | Courtroom 4-1 |
|------|---------------|---------------|
| 4/20 | Glazer        | Tunis         |
| 4/21 | Glazer        | Wolfson       |
| 4/22 | Altfield      | Venzer        |
| 4/23 | Diraimondo    | Tinkler-Mendez|
| 4/24 | Watson        | Cruz          |
|      |               |               |
| 4/27 | Glazer        | de la O       |
| 4/28 | Glazer        | Milian        |
| 4/29 | Beovides      | Johnson       |
| 4/30 | Areces        | Cruz          |
| 5/1  | Brinkley      | Simon         |

Case 1:20-cv-21457-KMW   Document 94-1   Entered on FLSD Docket 04/27/2020   Page 3 of 4

Office of the Honorable Nushin G. Sayfie                    Circuit Criminal Division COVID-19 Procedures
Administrative Judge, Circuit Criminal Division             Starting Week of April 13, 2020 - Courtroom 4-1

# COVID-19 *SPECIAL SETS Procedures for Courtroom 4-1
## Richard E. Gerstein Justice Building

## For Attorneys
## Beginning Week of April 13, 2020 Until Further Notice

1. If the case was reset directly from the 9 AM 4-1 arraignment calendar, then it will be heard on the 10AM calendar by the ASSIGNED JUDGE on the 4-1 Zoom Meeting ID
   (Please contact (305) 548-5721 for Virtual Access Instructions)

2. If the case is a SPECIAL SET from DIVISION, it will be set at <u>10:30 or other time</u> prearranged by the Division Judge/JA and heard on the ZOOM Meeting ID prearranged by the Division Judge/JA

3. To place a case on the 4-1 SPECIAL SET calendar, <u>you must go through the Division Judge</u>. Do not contact the covering judge or the CLERK OF COURTS. All arrangements must be made through the Division Judge. Please make sure you have EXHAUSTED the possibility of an agreed order or ruling on the pleadings. Please include the following information:

   a. If your client's presence is required
   b. If your client needs an interpreter
   c. Name, Case #, JAIL NUMBER, DOB of your client
   d. COPY YOUR OPPOSING COUNSEL ON THE REQUEST

4. **FOR PLEAS** MIAMI-DADE CORRECTIONS will be taking fingerprints at the facilities. <u>Prosecutors must email scoresheets</u> to the covering JUDGE/JA for signature and filing.

(See below for an abbreviated version of COVID-19 Special Set Procedures for Judges)

Case 1:20-cv-21457-KMW   Document 94-1   Entered on FLSD Docket 04/27/2020   Page 4 of 4

Office of the Honorable Nushin G. Sayfie
Administrative Judge, Circuit Criminal Division

Circuit Criminal Division COVID-19 Procedures
Starting Week of April 13, 2020 - Courtroom 4-1

Page 4 / 4

# COVID-19 *SPECIAL SETS Procedures for Courtroom 4-1
# Richard E. Gerstein Justice Building

## For Judges
## Beginning Week of April 13, 2020 Until Further Notice

1. The Judge must screen all requests for hearings and determine whether
    a. The issue can be ruled on without a hearing
    b. The issue necessitates a hearing

2. The Judge/JA must RESERVE a time slot in Courtroom 4-1 by contacting Judge Sayfie's JA, Mayra Perez. Lawyers cannot request a reservation directly. All requests must come from the Judge/JA.

3. Requests must indicate a reasonable period of time for the hearing, being considerate of other colleagues that may also need access to the Courtroom.

4. Once the time/date are reserved, then the Judge/JA/Bailiff of the division are responsible for sending the ZOOM Meeting ID or invitation to the parties, corrections, interpreter, reporter and the clerk.

5. If the Defendant does not speak English and the hearing is complicated and/or lengthy then contact Judge Sayfie to ensure we have appropriate interpretation available.

6. Effective 4/13/20 – the Court can hear matters in 4-1 via ZOOM that are <u>not emergencies</u> or critical matters, <u>at the discretion of the division judge</u> and giving priority to other matters that are in fact critical or emergencies.

Case 1:20-cv-21457-KMW   Document 94-1   Entered on FLSD Docket 04/27/2020   Page 4 of 4

Office of the Honorable Nushin G. Sayfie
Administrative Judge, Circuit Criminal Division

Circuit Criminal Division COVID-19 Procedures
Starting Week of April 13, 2020 - Courtroom 4-1

Page 4 / 4