THE ELEVENTH JUDICIAL CIRCUIT
MIAMI-DADE COUNTY, FLORIDA

CASE NO. 20-1
(Court Administration)

ADMINISTRATIVE ORDER
NO. 20-04

IN RE: COVID-19 EMERGENCY
PROCEDURES AND FURTHER SUSPENSION
OF TIME PERIODS SET FORTH IN
ADMINISTRATIVE ORDER NO. 20-03
IN THE ELEVENTH JUDICIAL CIRCUIT
OF FLORIDA
_____/

**WHEREAS**, pursuant to Administrative Order No. No. 20-03 entered on March 17, 2020, it was necessary to set forth emergency procedures for the cancellation of all non-emergency proceedings, except mission critical court matters, from March 17, 2020 through March 27, 2020; and

**WHEREAS,** subsequent to the execution of Administrative Order No. 20-03, it was brought to the Court's attention that additional information was needed regarding mission critical court matters and filings for such matters; and

**WHEREAS,** on March 24, 2020, the Supreme Court of Florida issued Administrative Order No. AOSC20-17, to combine and extend the temporary measures implemented in three previous administrative orders and to further suspend time periods and make other changes to meet the needs of the Coronavirus Disease 2019 (COVID-19) crisis;

**WHEREAS,** since the COVID-19 pandemic continues to have a massive effect upon the operations of the Eleventh Judicial Circuit Court system and the lives of the residents of Miami-Dade County, it is necessary to combine and extend the temporary measures implemented in Administrative Order No. 20-03 and set forth additional procedures regarding all non-emergency procedures and mission critical court matters.

**NOW, THEREFORE,** pursuant to the authority vested in me as Chief Judge of the Eleventh Judicial Circuit of Florida, pursuant to Rule 2.215, Florida Rules of Judicial Administration, it is hereby **ORDERED:**

1. All non-emergency court proceedings, including, but not limited to, special set

hearings, trials[1], and all calendars, including, but not limited to, motions, pretrial motions, foreclosures, writs of possession, uncontested divorces and case management conferences, will continue to be postponed through Friday, April 17, 2020, except for mission critical matters and other court proceedings and events that can be effectively conducted remotely without the necessity of in-person appearances.

2. Mission critical court matters include:

- Pretrial Release and First Appearances (Bond hearings);
- Arraignment hearings for in-custody defendants. However, defendant's presence is not needed. If there is a written plea, the case will be set for trial. If there is no written plea, the arraignment hearing will be reset;
- Baker Act and Marchman Act (Substance Abuse) hearings;
- Injunctions for Exploitation of a Vulnerable Adult;
- Hearings on petitions for the appointment of an emergency temporary guardian;
- Juvenile Dependency, Shelter and Arraignment hearings;
- Juvenile Detention hearings;
- Termination of Parental Rights advisory hearings;
- Petitions for Judicial Waiver of Notice pursuant to Section 390.01114(4), Florida Statutes;
- Filing of Emergency Petitions for Temporary Injunctions (domestic violence, dating, stalking, repeat and sexual violence and risk protection orders). All final hearings pursuant to these injunctions will be cancelled and reset. All temporary injunctions will be extended and remain in full force and effect until the next hearing date;
- Extraordinary Writs;
- Proceedings related to the state of emergency or public health emergency, including, but not limited to, proceedings related to violation of quarantine or isolation; violation of orders to limit travel; violations of orders to close public or private buildings; and enforcement of curfew orders; and
- Emergency proceedings set by the presiding judge. Emergency proceedings will be conducted remotely wherever possible as directed by the individual judge.

---

[1] Except those trials authorized by Administrative Order No. 20-02 A1, Eleventh Judicial Circuit Court.

2

3. All filings pertaining to mission critical court matters shall be accepted by the Clerk of Courts.

4. All time limits set by judicial order and/or authorized by rule and statute applicable to civil (inclusive of circuit and county), family, domestic violence, dependency, probate, small claims, traffic, bond forfeiture, and appellate proceedings are further suspended until the close of business day on Monday, April 20, 2020.

5. The suspension of time periods above restores additional days equal to the number stated in Administrative Order No. 20-03 and this Order. The suspension period began the close of business day Friday, March 13, 2020 and is extended through the through the close of business day Monday, April 20, 2020. Any deadlines falling within that time period shall be extended thirty-eight (38) days from the original deadline.

6. Although time periods have been suspended as stated above, non-essential court proceedings will commence as soon as practicable upon the implementation of a remote appearance platform which allows proceedings to be effectively conducted remotely without in-person court appearances.

- Each judicial officer will communicate the procedures and access instructions for remote proceedings in their respective divisions by webpage, CourtMap email, and any other means identified as effective.
- Each judicial officer will post procedures, including procedures for the exchange of evidence in anticipation of a hearing, on their respective divisional webpages.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, this 25th day of March 2020.

**BERTILA SOTO, CHIEF JUDGE**
**ELEVENTH JUDICIAL CIRCUIT OF FLORIDA**