UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

        v.                            Case No.: 1:20-cv-21457-KMW

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.
_____/

## NOTICE OF MOOTNESS OF MOTION TO RELEASE BAYARDO CRUZ ON BAIL (ECF No. 109)

Plaintiffs respectfully inform the Court that the pending Motion to Release Bayardo Cruz on Bail Pending Review of the Class Action Habeas Petition filed on May 4, 2020 (ECF No. 109) has been rendered moot. Mr. Cruz had been detained since May 2019 for an alleged probation violation: an arrest for driving on a suspended license, which resulted from his inability to pay court debts. ECF No. 37 at 3. On May 20, 2020, Mr. Cruz had a hearing in the state court regarding a plea on his open criminal cases. His cases were closed, and he was released the same day. *See* Ragsdale Decl. & Exs. A-B, Exhibit 1. Accordingly, in light of Mr. Cruz's release, the motion for his release pending before this Court has been rendered moot.

Dated: May 22, 2020                    Respectfully submitted,

                                        */s/*Alexandria Twinem
                                        Alec Karakatsanis DC Bar No. 999294
                                        *(Admitted Pro Hac Vice 4/28/2020)*
                                        alec@civilrightscorps.org
                                        Katherine Hubbard, DC Bar No. 1500503
                                        *(Admitted Pro Hac Vice 4/6/2020)*
                                        katherine@civilrightscorps.org
                                        Alexandria Twinem, D.C. Bar No. 1644851
                                        *(Admitted Pro Hac Vice 4/6/2020)*
                                        alexandria@civilrightscorps.org
                                        CIVIL RIGHTS CORPS

1601 Connecticut Ave. NW, Ste. 800
Washington, DC 2009
Tel: (202) 894-6126

Tiffany Yang, DC Bar. No. 230836
tyang@advancementproject.org
*(Admitted Pro Hac Vice 4/6/2020)*
Thomas B. Harvey, MO Bar. No. 61734
*(Admitted Pro Hac Vice 4/6/2020)*
tharvey@advacementproject.org
ADVANCEMENT PROJECT
1220 L Street NW, Ste 850
Washington, DC 20005
Tel: (202) 728-9557

Maya Ragsdale, Fla. Bar No. 1015395
maya@dreamdefenders.org
DREAM DEFENDERS
6161 NW 9thAve.
Miami, Florida 33127
Tel: 786-309-2217

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com
Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel: (305) 856-7723
Lida Rodriguez-Taseff, Fla. Bar No. 39111
lida.rodriguez-taseff@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste 2500
Miami, Florida 33131
Tel.: (305) 423.8525

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 22, 2020 a true and correct copy of this document was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

                                          */s/ Alexandria Twinem*
                                          Alexandria Twinem