# Exhibit 1

## DECLARATION OF MAYA RAGSDALE

*I, Maya Ragsdale, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. §1746.*

1. Early during the week of May 11, 2020, I spoke with Bayardo Cruz via telephone. He told me he had been told by his criminal defense attorney that he would have a plea hearing before a judge that week, and that if he admitted to violating his probation, he would be able to get out of jail. I did not speak to Bayardo's criminal defense lawyer, so I cannot confirm whether this information is correct.

2. I spoke to Mr. Cruz again on May 15, 2020. He told me that he did not have a hearing that morning, but he expected that the plea hearing would be the following week.

3. On May 21, Plaintiff Alen Blanco called me to tell me Mr. Cruz had just left his cell to go home. A few minutes later, Ms. Alfaro saying that Bayardo was being taken to Turner Guilford Knight to be released.

4. Attached as Exhibit A to this declaration is a true and correct copy of a screenshot I took of the docket for Bayardo Cruz's previously pending case F-14-001639-A. It indicates that Mr. Cruz's case was closed on May 20, 2020, the same day that he had a plea hearing set. I obtained this screenshot by going to Miami-Dade County Clerk of Courts website on May 21, 2020.

5. Attached as Exhibit B to this declaration is a true and correct copy of a screenshot I took of the Miami-Dade County Clerk of Courts website. It shows that Mr. Cruz is no longer in jail. I obtained this screenshot by going to the Miami-Dade County Clerk of Courts website on May 21, 2020 and looking up Mr. Cruz's pending case.

Under penalties of perjury, I declare that the statement above is true to the best of my ability.

By:
Maya Ragsdale
Date: May 21, 2020

# Exhibit A

| | DISCLAIMER: Official Records Of Criminal Cases Prior To July, 2004 May Not Be Available Online. | | Total Of Dockets: | 102 |
|---|---|---|---|---|
| Dockets | | | | |

**EXPORT TO CSV**

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 161 | 05/20/2020 | | CASE CLOSED |
| 160 | 05/19/2020 | | REPORT RE: PLEA SET FOR 05/20/2020 AT 09:07 |
| 159 | 04/20/2020 | | LETTER FROM:- DEFENDANT |
| 158 | 04/13/2020 | | LETTER FROM:- DEFT'S |
| 154 | 04/20/2020 | | MOTION TO DISQUALIFY PLEADING FILED IN CASE F14001635B |
| 153 | 04/13/2020 | | NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY PLEADING FILED IN CASE F14001635B |
| 152 | 04/13/2020 | | NOTICE OF APPEARANCE ANDREW RIER, ESQ. PLEADING FILED IN CASE F14001635B |
| 151 | 04/14/2020 | | DEFENSE ATTY PDEF/PARKER, DANIEL |
| 147 | 11/21/2019 | | REPORT RE: FELONY SOUNDING SET FOR 11/22/2019 AT 09:30 |
| 143 | 05/20/2020 | | REPORT RE: TRIAL DATE SET FOR 08/13/2020 AT 09:00 |
| 142 | 11/19/2019 | | REPORT RE: FELONY SOUNDING SET FOR 11/21/2019 AT 09:30 |
| 139 | 08/30/2019 | | REPORT RE: PROB/VIOL-SOUNDING HEARING SET FOR 09/19/2019 AT 09:30 |
| 137 | 06/14/2019 | | REPORT RE: PROB/COM CONTROL VIOL SET FOR 10/01/2019 AT 09:30 |
| 136 | 06/14/2019 | | REPORT RE: PROB/VIOL-SOUNDING HEARING SET FOR 09/09/2019 AT 09:39 |
| 135 | 06/11/2019 | | DEFENSE ATTY PDEF/PUBLIC DEFENDER APPOINTMENT, AS |
| 131 | 06/07/2019 | | DEFENSE ATTY PCAC/DOOLEY, RACHEL G |
| 130 | 06/07/2019 | | REPORT RE: PLEA SET FOR 06/14/2019 AT 09:30 |
| 129 | 06/05/2019 | | REPORT RE: BY SHERIFF SET FOR 06/07/2019 AT 09:30 |
| 128 | 05/24/2019 | | VIOLATION OF PROBATION AFFIDAVIT FILED |
| 127 | 03/21/2019 | | MEMO:DOC-SPLIT SENT PROB/COM START DT MOD BASED ON EARLY REL PLEADING FILED IN CASE F14001635B |
| 125 | 03/14/2018 | | REPORT RE: PRO SE CORRESPONDENCE SET FOR 03/20/2018 AT 09:30 |
| 124 | 03/05/2018 | | REQUEST: FOR CASE RECORDS FROM ATTORNEY PLEADING FILED IN CASE F14001635B |
| 122 | 05/20/2016 | | REPORT RE: STATUS SET FOR 07/15/2016 AT 09:30 |
| 120 | 05/05/2016 | | REPORT RE: STATUS SET FOR 05/20/2016 AT 09:30 |
| 119 | 05/04/2016 | | REPORT RE: STATUS SET FOR 05/05/2016 AT 09:30 |
| 117 | 04/19/2016 | | REPORT RE: STATUS SET FOR 05/04/2016 AT 09:30 |
| 114 | 04/13/2016 | | REPORT RE: STATUS SET FOR 04/19/2016 AT 09:30 |
| 112 | 11/19/2015 | | REPORT RE: STATUS SET FOR 03/11/2016 AT 09:30 |
| 110 | 11/06/2015 | | REPORT RE: STATUS SET FOR 11/19/2015 AT 09:30 |
| 108 | 10/02/2015 | | REPORT RE: STATUS SET FOR 11/06/2015 AT 09:30 |
| 106 | 08/10/2015 | | REPORT RE: STATUS SET FOR 10/02/2015 AT 09:30 |
| 104 | 05/27/2015 | | TRANSCRIPT OF COURT HEARING OCTOBER 3RD,2014 PLEADING FILED IN CASE F14001638 |

# Exhibit B

 

Contact Us   My Account   My Bookmarks

# CRIMINAL JUSTICE ONLINE SYSTEM

◀◀ BACK TO SEARCH     PAY CASE     🖨 PRINTER FRIENDLY

🔍 **Search Criteria**

**Court Case No.:** F-14-001639-A

☰ **Case Information**

| | | | | | |
|---|---|---|---|---|---|
| **State Case No.:** | 13-2014-CF-001639-A000-XX | **Name:** | CRUZ, BAYARDO AKAs | **Date of Birth:** | 11/04/1989 |
| **Date Filed:** | 01/23/2014 | **Date Closed:** | 10/03/2014 | | |
| **Warrant Type:** | | **Warrant Amount:** | $0.00 | | |
| **Assessment Amount:** | $853.00 | **Balance Due:** | $853.00 | **Stay Due Date:** | 08/03/2020 |
| **Hearing Date:** | 08/13/2020 | **Hearing Time:** | 09:00 | **Hearing Type:** | R |
| **Court Room:** | REGJB - JUSTICE BUILDING, ROOM No.: 4-5 | | | | |
| **Address:** | 1351 N.W. 12 ST | | | | |
| **Previous Case:** | F-14-001639 | **Next Case:** | | | |
| **Judge:** | JAMES, ZACHARY N | **Defense Attorney:** | RIER, ANDREW | | |
| **File Section:** | F019 | **File Location:** | FILE ROOM | **Box No:** | |
| **Probation Start Date:** | 05/20/2021 | **Probation End Date:** | 05/20/2025 | | |
| **Probation Length:** | 4 YEARS | **Probation Type:** | COMM CONT | | |
| **Defendant in Jail:** | N | **Defendant Release to:** | SFRC, | | |
| **Bond Amount:** | $0.00 | **Bond Status:** | | | |