UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

    Plaintiffs,

                Case No.: 1:20-cv-21457-KMW

      v.

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR ENTRY OF SCHEDULING ORDER**

Plaintiffs, by and through the undersigned counsel and pursuant to S.D. Fla. L. R. 16.1(b)(5), respectfully move this Court for entry of a Scheduling Order and in support state:

1. This is a matter seeking habeas corpus relief and, as such, it is exempt under Fed. R. Civ. P. 26(a)(1)(B)(iii) and S.D. Fla. L. R. 16.1(b0(1), from the Initial Disclosure requirements of Fed. R. Civ. P. 26 and S.D. Fla. L. R. 16.1. However, pursuant to S.D. Fla. L. R. 16.1(b)(5): "The Court shall have the discretion to enter a Scheduling Order or hold a Scheduling Conference in any case even if such case is within an exempt category."

2. During the hearing held on Monday, May 18, 2020, the Court stated that the Court was not yet ready to address Plaintiffs' habeas corpus claim. Plaintiffs believe that entry of a Scheduling Order or the setting of a Scheduling Conference would facilitate discovery, set appropriate deadlines for the parties to file relevant motions, and put this matter on a track for final disposition.

3. Based on the foregoing, Plaintiffs hereby request that the Court enter a Scheduling Order or hold a Scheduling Conference pursuant to S.D. Fla. L. R. 16.1(b)(5).

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to S.D. Fla. L. R. 7.1(a)(3), the undersigned hereby certifies that counsel for Plaintiffs conferred with counsel for Defendants and, on May 26, 2020, Defendants' counsel stated that Defendants opposed the instant Motion. According to Defendants' counsel: "Any discovery as this stage is premature, *particularly in light of the pending appeal and stay."* (Emphasis added).

Dated: May 27, 2020                                      Respectfully submitted,

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111
DLA Piper LLP (US)
200 South Biscayne Blvd., Ste 2500
Miami, Florida 33131
Tel.: (305) 423.8525
lida.rodriguez-taseff@dlapiper.com
Secondary Email: dawn.perez@dlapiper.com

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com
Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel: (305) 856-7723

Meena Jagannath, Fla. Bar No. 102684
meena@communityjusticeproject.com
COMMUNITY JUSTICE PROJECT
3000 Biscayne Blvd. Ste 106
Miami, Florida 33137
Tel: (305) 907-7697

Maya Ragsdale, Fla. Bar No.: 1015395
maya@dreamdefenders.org

EAST\174153763.1

>DREAM DEFENDERS
>6161 NW 9thAve.
>Miami, Florida 33127
>Tel: 786-309-2217
>
>Alexandria Twinem, D.C. Bar No. 1644851
>*(Admitted Pro Hac Vice 4/6/2020)*
>alexandria@civilrightscorps.org
>Katherine Hubbard, DC Bar No. 1500503
>*(Admitted Pro Hac Vice 4/6/2020)*
>katherine@civilrightscorps.org
>Alec Karakatsanis
>alec@civilrightscorps.org
>*(Pro Hac Vice Admission Pending)*
>CIVIL RIGHTS CORPS
>1601 Connecticut Ave. NW, Ste. 800
>Washington, DC 2009
>Tel: (202) 894-6126
>
>Tiffany Yang, DC Bar. No. 230836
>tyang@advancementproject.org
>*(Admitted Pro Hac Vice 4/6/2020)*
>Thomas B. Harvey, MO Bar. No. 61734
>*(Admitted Pro Hac Vice 4/6/2020)*
>tharvey@advacementproject.org
>ADVANCEMENT PROJECT
>1220 L Street NW, Ste 850
>Washington, DC 20005
>Tel: (202) 728-9557
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of May, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

>*/s/ Lida Rodriguez-Taseff*
>Lida Rodriguez-Taseff
>Florida Bar No. 39111

EAST\174153763.1