**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ANTHONY SWAIN, et al., individually and
on behalf of all others similarly situated,

                                **Case No.: 1:20-cv-21457-KMW**

     Plaintiffs,

         v.

DANIEL JUNIOR, in his official capacity as
Director of the Miami-Dade Corrections and
Rehabilitation Department, et al.,

     Defendants.

_____/

### PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss all claims in this action against Defendants Daniel Junior, in his official capacity as Director of the Miami-Dade Corrections and Rehabilitation Department (MDCR), and Miami-Dade County ("Defendants").

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a "plaintiff may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The Rule further clarifies that such dismissals are deemed to be without prejudice. *See* Fed. R. Civ P. 41(a)(1)(B). Defendants have not filed an answer or a motion for summary judgment in this action. Accordingly, this action is hereby being dismissed without an Order of the Court. This dismissal is without prejudice.

1

Dated:  September 28, 2020                    Respectfully submitted,


*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111
Lida.Rodriguez-Taseff@us.dlapiper.com
Secondary Email: Dawn.Perez@us.dlapiper.com
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: (305) 423-8525

Alexandria Twinem, D.C. Bar No. 1644851
*(Admitted Pro Hac Vice 4/6/2020)*
alexandria@civilrightscorps.org
Katherine Hubbard, DC Bar No. 1500503
*(Admitted Pro Hac Vice 4/6/2020)*
katherine@civilrightscorps.org
Alec Karakatsanis
alec@civilrightscorps.org
*(Admitted Pro Hac Vice 4/28/2020)*
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Ste. 800
Washington, DC 2009
Tel: (202) 894-6126

R. Quinn Smith, Fla. Bar No. 59523
quinn.smith@gstllp.com
Katherine Alena Sanoja, Fla. Bar No. 99137
katherine.sanoja@gstllp.com
GST LLP
1111 Brickell Avenue, Suite 2715
Miami, Florida 33131
Tel: (305) 856-7723

Maya Ragsdale, Fla. Bar No.: 1015395
maya@dreamdefenders.org
DREAM DEFENDERS
6161 NW 9thAve.
Miami, Florida 33127
Tel: (786) 309-2217

Tiffany Yang, DC Bar. No. 230836
tyang@advancementproject.org
*(Admitted Pro Hac Vice 4/6/2020)*

EAST\176605382.1

Thomas B. Harvey, MO Bar. No. 61734
*(Admitted Pro Hac Vice 4/6/2020)*
tharvey@advancementproject.org
ADVANCEMENT PROJECT
1220 L Street NW, Ste 850
Washington, DC 20005
Tel: (202) 728-9557

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of September, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court U.S. District Court, Southern District of Florida, using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. ATTORNEY

3